UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE, et al.<br><br>Defendant(s). | No. C 07 06171 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: December 6, 2007

Patrick D. Toole
_____
Signature
Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")

NDC-06

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA ]
                    :
COUNTY OF FRESNO    ]

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 2445 Capitol Street, Post Office Box 1632, Fresno, California 93717-1632.

On December 6, 2007, I served the foregoing document described at **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| CITY OF SAN JOSE | SAN JOSE CITY COUNCIL |
| City Clerk's Office | City Clerk's Office |
| 200 E. Santa Clara, 2nd Floor-Wing | 200 E. Santa Clara, 2nd Floor-Wing |
| San Jose, California 95113 | San Jose, California 95113 |

__X__ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

_____ (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

_____ (BY FACSIMILE) I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

_____ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED ON December 6, 2007, at Fresno, California.

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ (FEDERAL) I declare that I am employed in this office of a member of the bar of this Court at whose direction this service was made.

_____
Lisa M. Silva

{6823/002/00217849.DOC}