UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. Express Cab, LLC, a California organization,<br><br>　　　　　Plaintiff,<br>　v.<br><br>City of San Jose, et. al.,<br><br>　　　　　Defendants.<br>_____/ | No. C07-06171<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 25, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **March 28, 2008** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on March 21, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: December 7, 2007　　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　　　　　　/s/*Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　　Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy for
　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

1 THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Patrick Darryn Toole    ptoole@sjhattorneys.com