**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**December 7, 2007**

**CASE NUMBER:  CV 07-06171 HRL**
**CASE TITLE:  U.S.A. EXPRESS CAB, LLC.-v-CITY OF SAN JOSE, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/07/07

FOR THE EXECUTIVE COMMITTEE:

_____
*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 12/06/07 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to:  All Counsel | Transferor CSA |