POS-010

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Patrick D. Toole, 190118<br>SAGASER, JONES & HAHESY<br>2445 Capitol St, 2nd Fl<br>Fresno, CA 93721<br>TELEPHONE NO.: (559) 233-4800<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF/PETITIONER: U.S.A. Express Cab, LLC, et al.

DEFENDANT/RESPONDENT: City of San Jose, et al.

CASE NUMBER: C0706171HRL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 6823-002

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Civil Cover Sheet, Summons In A Civil Case, Complaint for Declaratory and Injunctive Relief; and Demand f<br>Jury Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order re Initial<br>Case Management and Discovery Disputes, Standing Order re Case Management In Civil Cases, Standing Ord<br>For All Judges of the Northern District of CA Contents of Joint Case Management Statement
3. a. Party served: City of San Jose

    b. Person Served: Cynthia Jaszka (Clerk) of the City Clerk's Office - Person authorized to accept service of process
4. Address where the party was served: 200 E. Santa Clara 2nd Floor<br>San Jose, CA 95113
5. I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): December 10, 2007    (2) at (time): 2:29 pm
6. The "Notice to the Person Served" (on the summons) was completed as follows:

    c. on behalf of:

    City of San Jose

    under:    CCP 416.50 (public entity)
7. **Person who served papers**
    a. Name:    Ceaser Railey
    b. Address:    One Legal, Inc. - 132-Marin<br>504 Redwood Blvd #223<br>Novato, CA 94947
    c. Telephone number: 415-491-0606
    d. The fee for service was: $ 95.00
    e. I am:
        (3) registered California process server.
            (i) Employee or independent contractor.
            (ii) Registration No.: 850
            (iii) County ALAMEDA
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 12, 2007

Ceaser Railey
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6652931