**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Patrick D. Toole, 190118<br>SAGASER, JONES & HAHESY<br>2445 Capitol St, 2nd Fl<br>Fresno, CA 93721<br>TELEPHONE NO.: (559) 233-4800<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF/PETITIONER: U.S.A. Express Cab, LLC, et al.

DEFENDANT/RESPONDENT: City of San Jose, et al.

CASE NUMBER: C0706171HRL

Ref. No. or File No.: 6823-002

## PROOF OF SERVICE OF SUMMONS

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Civil Cover Sheet, Summons In A Civil Case, Complaint for Declaratory and Injunctive Relief; and Demand f. Jury Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order re Initial Case Management and Discovery Disputes, Standing Order re Case Management In Civil Cases, Standing Ord For All Judges of the Northern District of CA Contents of Joint Case Management Statement

3. a. Party served: San Jose City Council

   b. Person Served: Cynthia Jaszka of the City Clerk's Office - Person authorized to accept service of process

4. Address where the party was served: 200 E. Santa Clara 2nd Floor
   San Jose, CA 95113

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): December 10, 2007 (2) at (time): 2:29 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   San Jose City Council

   under: CCP 416.50 (public entity)

   BY FAX

7. **Person who served papers**
   a. Name: Ceaser Railey
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 22.25
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 850
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 12, 2007

Ceaser Railey
(NAME OF PERSON WHO SERVED PAPERS)          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6652932