**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@sjhattorneys.com

Howard A. Sagaser #072492
Patrick D. Toole #190118

Attorneys for: Plaintiffs U.S.A. Express Cab, LLC, a California organization; Alpha Transportation, Inc. dba Alpha Cab Company, a California organization, Dial Dialing, Inc. dba California Cab, a California organization, City Cab Company, a California organization, Milpitas Cab, LLC, a California organization, National Cab, LLC, a California organization, and Net Cab Company, a California organization

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC. dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-06171 RMW<br><br>**DECLARATION OF MEKONNEN WOLDEGEBRIAL IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br><br><br>Complaint Filed: December 5, 2007<br>Trial Date: Not Assigned<br><br>Judge: Honorable Ronald M. Whyte |

I Mekonnen Woldegebrial, declare:

1. I am over the age of 18 and I am a citizen of the United States.

2. I am the owner of National Cab, LLC ("National") Plaintiff in this action and make this Declaration in support of the application for a temporary restraining order and order to show cause.

{6823/002/00217674.DOC}  1

3. I have personal knowledge of the facts stated herein.

4. I am an Ethiopian; a minority racial group.

5. National is engaged in the business of providing transportation services to consumers in the San Jose, California region including the Mineta San Jose Airport ("Airport"). National currently employs 18 taxicab drivers. These drivers are hired on condition that they are allocated a permit to drive at the Mineta San Jose Airport. Without this allotment, these drivers would not drive for National.

6. In 2005 National owned and operated seven (7) taxicabs. National Cab was allocated seven (7) airport service permits. At sometime thereafter, National Cab was able to acquire another airport service permit, bringing the total number to eight (8). Currently, National owns fifteen (15) taxicabs. National has increased the number of taxicabs in its fleet because of increased business attributable to airport service.

7. National submitted 6,796 off airport trips. However, the City did not verify these trips and told me they would make no effort to do so. Therefore, none of the off airport trips submitted by National were included in the airport permit reallocation process.

8. In 2005, City regulations required that taxicabs with Airport service permits alternate days spent servicing the Airport and the City. Therefore, a taxicab was permitted to spend one day working at the Airport and the next day working in the community. On days spent working in the community, each Airport permitted taxicabs were required to complete four "off-Airport" trips. These requirements were stated in a contract signed by each cab company that serviced the airport.

9. After I signed the 2005 contract, there was great confusion on how or what to report how or what to report as "off-Airport" trip. Initially, City representatives informed me that only trips for cabs and drivers working at the Airport would be counted. Without any formal notice from the City, I then learned that the City would count all off-Airport trips be every cab of the company toward the reallocation in 2007. I was also told by

///

///

City representatives that "flagged"[1] would not be counted by the City. In addition, it was unclear if a cab company was to report only trips, which originated in the City of San Jose, the County of Santa Clara, or elsewhere.

10. I was later told by City officials that other taxicab companies reporting information for all trips, including company wide off-Airport trips, flag trips, or trips occurring outside San Jose City limits and the County of Santa Clara.

11. Had National been allowed to submit information for all trips, National would have submitted 10,500 total trips.

12. Under the proposed airport permit reallocation, which will take effect on January 1, 2008, National will receive zero (0) airport permits.

13. This is a significant reduction in the number of airport permits and will irreparably disrupt the business practices of National. National will be unable to continue to maintain a fleet of fifteen (15) taxicabs without Airport permits. It is not economically feasible for a company to be required to maintain a fleet of fifteen taxicabs. Currently, demand in the City can support a ratio of approximately two taxicabs per one Airport permit. Demand in the City will not support a ratio of approximately four taxicabs per one Airport permit. Therefore, National will have to reduce the number of taxicabs in its fleet, thereby losing all airport permits, or close operations.

14. Furthermore, the City did not communicate with National to discuss the fifteen taxicab fleet minimum. The City did not include this requirement in the initial 2005 permit allocation.

15. To date, three drivers have quit because they feared that they would lose the ability to service the Airport.

16. To date, ten drivers have told me that if they are unable to service the airport they will resign and seek employment with a taxicab company that will offer them Airport service permits.

---

[1] A "flagged" trip is a random fare picked up by the driver, which is not pre-arranged. The typical example is where the passenger "flags" a taxi down walking the street. Because of the random nature, these fares are impossible to verify.

(6823/002/00217674.DOC) 3

DECLARATION IN SUPPORT OF TEMPORARY                    C 07-06171 RMW
RESTRAINING ORDER AND ORDER TO SHOW CAUSE

1     I declare under penalty of perjury under the laws of the State of California that
2 the foregoing is true and correct and if called as a witness at trial, I could competently testify
3 thereto. Executed this __14__ day of December 2007, at _____,
4 California.

5                         */s/ Mekonnen Woldegebrial*
                        Mekonnen Woldegebrial

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(6823/002/00217674.DOC)                         4

DECLARATION IN SUPPORT OF TEMPORARY                 C 07-06171 RMW
RESTRAINING ORDER AND ORDER TO SHOW CAUSE