**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@sjhattorneys.com

Howard A. Sagaser #072492
Patrick D. Toole #190118

Attorneys for:   Plaintiffs U.S.A. Express Cab, LLC, a California organization; Alpha Transportation, Inc. dba Alpha Cab Company, a California organization, Dial Dialing, Inc. dba California Cab, a California organization, City Cab Company, a California organization, Milpitas Cab, LLC, a California organization, National Cab, LLC, a California organization, and Net Cab Company, a California organization

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC. dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-06171 RMW<br><br>**DECLARATION OF LAKHBOR SINGH POONI IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE TO ISSUE PRELIMINARY INJUNCTION**<br><br><br>Complaint Filed: December 5, 2007<br>Trial Date:         Not Assigned<br><br>Judge: Honorable Ronald M. Whyte |

I, Lakhbor Singh Pooni, declare:

1. I am the owner of Milpitas Cab Company ("Milpitas") and City Cab Company ("City Cab"). I am a naturalized citizen of the United States over the age of 18.

2. I have personal knowledge of the facts stated herein.

3. I am Punjabi, a minority racial group.

{6823/002/00217673.DOC}                               1

DECLARATION OF LAKHBOR SINGH POONI IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE TO ISSUE PRELIMINARY INJUNCTION

4. Milpitas is business organization with operations in San Jose, California. Milpitas is engaged in the business of providing transportation services to consumers in the San Jose, California region, including the Mineta San Jose Airport ("Airport").

5. City Cab is business organization with operations in San Jose, California. City Cab is engaged in the business of providing transportation services to consumers in the San Jose, California region, including the Airport.

6. In or about 2005 Milpitas operated a fleet of seven (7) or eight (8) taxicabs. Currently, Milpitas operates a fleet of eighteen (18) taxicabs. Milpitas has increased the number of taxicabs in its fleet because of increased business attributable to Airport service. Milpitas employs twenty-one (21) drivers. These drivers are employed on condition that they be allotted an Airport permit. These drivers would not drive for Milpitas if they were not allotted an Airport permit.

7. In or about 2005 City Cab operated a fleet of seven (7) taxicabs. Currently, City Cab operates a fleet of twenty-one (21) taxicabs. City Cab has increased the number of taxicabs in its fleet because of increased business attributable to Airport service. City Cab employs nineteen (19) drivers. These drivers are employed on condition that they be allotted an Airport permit. These drivers would not drive for City if they were not allotted an Airport permit.

8. In 2005, Milpitas received seven (7) taxicab Airport permits to operate taxicab services at Airport. At some point after 2005, Milpitas was able to acquire two (2) additional Airport permits.

9. In 2005, City Cab received seven (7) taxicab Airport permits to operate taxicab services at the Airport. At some point after 2005, City Cab was able to acquire one (1) additional Airport permit.

10. Milpitas submitted 15,994 verified off Airport taxicab trips in the city of San Jose, California. The reported trips were based solely on off-Airport trips for permitted taxicabs.

///

{6823/002/00217673.DOC}    2

DECLARATION OF LAKHBOR SINGH POONI IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE TO ISSUE PRELIMINARY INJUNCTION

11. City Cab submitted 16,074 verified off Airport taxicab trips in the city of San Jose, California. The reported trips were based solely on off-Airport trips for permitted taxicabs.

12. In 2005, City regulations required that taxicabs with Airport service permits alternate days spent servicing the Airport and the City. Therefore, a taxicab was permitted to spend one day working at the Airport and the next day working in the community. On days spent working in the community, each Airport permitted taxicabs were required to complete four "off-Airport" trips. These requirements were stated in a contract signed by each cab company that serviced the airport.

13. After I signed the 2005 contract, there was great confusion on how or what to report how or what to report as "off-Airport" trip. Initially, City representatives informed me that only trips for cabs and drivers working at the Airport would be counted. Without any formal notice from the City, I then learned that the City would count all off-Airport trips be every cab of the Company toward the reallocation in 2007. I was also told by City representatives that "flagged"[1] would not be counted by the City. In addition, it was unclear if a cab company was to report only trips which originated in the City of San Jose, the County of Santa Clara, or elsewhere.

14. I was later told by City officials that other taxicab companies reporting information for all trips, including company wide off-Airport trips, flag trips, or trips occurring outside San Jose City limits and the County of Santa Clara.

15. Had Milpitas been allowed to submit information for all trips, Milpitas would have submitted 30,000 to 35,000 total trips.

16. Had City Cab been allowed to submit information for all trips, City Cab would have submitted 30,000 to 35,000 total trips.

17. Under the proposed taxicab permit reallocation, which will take effect on January 1, 2008, Milpitas will be allocated only four (4) taxicab Airport permits.

---

[1] A "flagged" trip is a random faire picked up by the driver which is not pre-arranged. The typical example is where the passenger "flags" a taxi down walking the street. Because of the random nature, these fairs are impossible to verify.

{6823/002/00217673.DOC}                         3

1   18.  Under the proposed taxicab permit reallocation, which will take effect on January 1, 2008, City Cab will be allocated only four (4) taxicab Airport permits.

19.  This is a significant reduction in the number of Airport permits and will irreparably disrupt the business practices of Milpitas and City Cab. These companies will be unable to continue to maintain a fleet of fifteen (15) taxicabs with only four (4) Airport permits. It is not economically feasible for a company to be required to maintain a fleet of fifteen taxicabs. Currently, demand in the City can support a ratio of approximately two taxicabs per one Airport permit. Demand in the City will not support a ratio of approximately four taxicabs per one Airport permit. Therefore, Milpitas and City Cab will have to reduce the number of taxicabs in its fleet, thereby losing all Airport permits, or close operations.

20.  Furthermore, the City did not communicate with either Milpitas or City Cab to discuss the fifteen taxicab fleet minimum. The City did not include this requirement in the initial 2005 permit allocation. I did not receive any notice of this requirement until after the reporting period.

21.  To date, three (4) drivers have quit because they feared that they would lose the ability to service the Airport.

22.  To date, drivers from both companies have told me that if they are unable to service the Airport they will resign and seek employment with a taxicab company that will offer them Airport service permits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ___ day of December, 2007 at San Jose, California.

*Lakhbir S. Pooni*
Lakhbir Singh Pooni

{6823/002/00217673.DOC}                                    4

DECLARATION OF LAKHBOR SINGH POONI IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE TO ISSUE PRELIMINARY INJUNCTION