**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@sjhattorneys.com

Howard A. Sagaser #072492
Patrick D. Toole #190118

Attorneys for: Plaintiffs U.S.A. Express Cab, LLC, a California organization; Alpha Transportation, Inc. dba Alpha Cab Company, a California organization, Dial Dialing, Inc. dba California Cab, a California organization, City Cab Company, a California organization, Milpitas Cab, LLC, a California organization, National Cab, LLC, a California organization, and Net Cab Company, a California organization

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC. dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-06171 RMW<br><br>**DECLARATION OF JASRAJ BHATIA IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE TO ISSUE PRELIMINARY INJUNCTION**<br><br><br>Complaint Filed: December 5, 2007<br>Trial Date:     Not Assigned<br><br>Judge: Honorable Ronald M. Whyte |

I, Jasraj Bhatia, declare:

1. I am over the age of 18 and I am a citizen of the United States.

2. I am the owner of Alpha Transportation, Inc. dba Alpha Cab Company ("Alpha") and Dial Dialing Inc. dba California Cab ("California"), Plaintiffs to this action and

///

{6823/002/00217675.DOC}     1

DECLARATION OF JASRAJ BHATIA IN SUPPORT OF TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE TO ISSUE PRELIMINARY INJUNCTION     C 07-06171 RMW

1  make this declaration in support of the application for a temporary restraining order and order
2  to show cause.

3.  I am a Punjabi, a minority racial group.

4.  Alpha is a business organization with operations in San Jose, California. Alpha is engaged in the business of providing transportation services to consumers in the San Jose, California region, including the Mineta San Jose Airport ("Airport").

5.  California is a business organization with operations in San Jose, California. California is engaged in the business of providing transportation services to consumers in the San Jose, California region, including the Mineta San Jose Airport.

6.  In or about 2005, Alpha operated a fleet of four (4) to six (6) taxicabs. Currently, Alpha operates a fleet of fifteen (15) taxicabs. Alpha has increased the number of taxicabs it operates because of increased business attributable to Airport service. Alpha currently employs eighteen (18) taxicab drivers. These drivers are hired on condition that they be allotted an Airport permit. Without an Airport permit these drivers would not drive for Alpha.

7.  In 2005, California operated a fleet of eight (8) taxicabs but only had five (5) drivers. Currently, California operates a fleet of fifteen (15) taxicabs. California has increased the number of taxicabs it owns and operates because of increased business attributable to Airport service. Currently, California employs 18 taxicab drivers. These drivers are hired on condition that they be allotted an Airport permit. Without an Airport permit these drivers would not drive for California.

8.  In 2005, Alpha was allocated seven (7) Airport service permits. Alpha currently has eight (8) Airport service permits.

9.  In 2005, California was allocated seven (7) service permits. California currently has eight (8) Airport service permits.

10.  Alpha submitted 29,164 verified off Airport taxicab trips in the City of San Jose, California.

11. California submitted 22,111 verified off Airport taxicab trips in the City of San Jose, California.

12. In 2005, City regulations required that taxicabs with Airport service permits alternate days spent servicing the Airport and the City. Therefore, a taxicab was permitted to spend one day working at the Airport and the next day working in the community. On days spent working in the community, each Airport permitted taxicabs were required to complete four "off-Airport" trips. These requirements were stated in a contract signed by each cab company that serviced the airport.

13. After I signed the 2005 contract, there was great confusion on how or what to report how or what to report as "off-Airport" trip. Initially, City representatives informed me that only trips for cabs and drivers working at the Airport would be counted. Without any formal notice from the City, I then learned that the City would count all off-Airport trips be every cab of the Company toward the reallocation in 2007. I was also told by City representatives that "flagged"[1] would not be counted by the City. In addition, it was unclear if a cab company was to report only trips which originated in the City of San Jose, the County of Santa Clara, or elsewhere.

14. I was later told by City officials that other taxicab companies reporting information for all trips, including company wide off-Airport trips, flag trips, or trips occurring outside San Jose City limits and the County of Santa Clara.

15. Had Alpha been allowed to submit information for all trips, Alpha would have submitted 40,000-45,000 total trips.

16. Had California been allowed to submit information for all trips, California would have submitted 45,000-50,000 total trips.

17. Under the proposed taxicab permit reallocation, which will take effect on January 1, 2008, Alpha will be allocated only four (4) taxicab Airport permits. Alpha will be allocated only four (4) taxicab Airport permits. Alpha will only receive these permits if it

---

[1] A "flagged" trip is a random faire picked up by the driver which is not pre-arranged. The typical example is where the passenger "flags" a taxi down walking the street. Because of the random nature, these fairs are impossible to verify.

{6823/002/00217675.DOC}  3

DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

qualifies for permit reallocation by maintaining fifteen (15) taxicabs and fifteen (15) drivers. If, at anytime before the reallocation occurs or during the time period that the permit reallocation is in effect, Alpha is unable to meet this requirement it will lose all of its Airport permits.

18. Under the proposed taxicab permit reallocation, which will take effect on January 1, 2008, California will be allocated only four (4) taxicab Airport permits. California will only receive these permits if it qualifies for permit reallocation by maintaining fifteen (15) taxicabs and fifteen (15) drivers. If, at anytime before the reallocation occurs or during the time period that the permit reallocation is in effect, California is unable to meet this requirement it will lose all of its Airport permits.

19. This is a significant reduction in the number of Airport permits and will irreparably disrupt the business practices of Alpha and California. These companies will be unable to continue to maintain a fleet of fifteen (15) taxicabs with only four (4) Airport permits. It is not economically feasible for a company to be required to maintain a fleet of fifteen taxicabs. Currently, demand for taxicab service in the City can support a ratio of approximately two taxicabs per one Airport permit. Demand for taxicab services in the City will not support a ratio of approximately four taxicabs per one Airport permit. Therefore, Alpha and California will have to reduce the number of taxicabs in its fleet, thereby losing all Airport permits, or close operations.

20. Furthermore, the City did not communicate with either Alpha or California Cab to discuss the fifteen (15) taxicab fleet minimum. The City did not include this requirement as a condition in the 2005 permit allocation. I did not receive any notice of this requirement until after the reporting period. This condition is a severe hardship and is economically infeasible if Alpha and California are only allocated four (4) Airport permits.

21. To date, two (2) drivers have quit because they feared that they would lose the ability to service the Airport.

22. To date, sixteen (16) drivers have informed me that if they are unable to service the Airport they will resign and seek employment with a taxicab company that will offer them Airport service permits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 11 day of December, 2007 at San Jose, California.

_____
Jarraj Bhatia

{6823/002/00217675.DOC}                    5

DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE