1  **SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
Fresno, California 93717-1632
3  Telephone: (559) 233-4800
Facsimile: (559) 233-9330
4  E-Mail: ptoole@sjhattorneys.com

5  Howard A. Sagaser #072492
Patrick D. Toole #190118
6

7  Attorneys for:    Plaintiffs U.S.A. Express Cab, LLC, a California organization; Alpha
Transportation, Inc. dba Alpha Cab Company, a California organization, Dial
Dialing, Inc. dba California Cab, a California organization, City Cab Company,
8  a California organization, Milpitas Cab, LLC, a California organization,
National Cab, LLC, a California organization, and Net Cab Company, a
9  California organization

10

11            **UNITED STATES DISTRICT COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION**

13  U.S.A. EXPRESS CAB COMPANY, a                Case No. C07-06171 RMW
California corporation, ALPHA
14  TRANSPORTATION, INC. dba ALPHA            **DECLARATION OF KULWANT
CAB COMPANY, a California                  LASHER IN SUPPORT OF
15  organization, DIAL DIALING, INC. dba       TEMPORARY RESTRAINING
CALIFORNIA CAB, a California                ORDER AND ORDER TO SHOW
16  organization, CITY CAB COMPANY, a          CAUSE TO ISSUE PRELIMINARY
California organization, MILPITAS CAB,      INJUNCTION**
17  LLC, a California organization, National
Cab, LLC, a California corporation, and
18  NET CAB COMPANY, a California
organization,
19
                Plaintiffs,
20
        v.
21
22  CITY OF SAN JOSE; SAN JOSE CITY           Complaint Filed: December 5, 2007
COUNCIL; and DOES 1 through 10,            Trial Date:       Not Assigned
inclusive
23                                            Judge: Honorable Ronald M. Whyte
                Defendants.
24

25          I, Kulwant Lasher, declare:

26          1.    I am the owner of U.S.A. Express Cab Company, and Net Cab

27  Company. I am a naturalized citizen of the United States and over the age of 18.

28  ///

{6823/002/00217912.DOC}                    1

2.      I have personal knowledge of the facts stated herein.

3.      I am Punjabi, a minority racial group in the United States.

4.      U.S.A Express Cab Company ("U.S.A. Express") is a business organization with operations in San Jose, California. U.S.A. Express is engaged in the business of providing transportation services to consumers in the San Jose, California region, including the Mineta San Jose Airport ("Airport").

5.      Net Cab Company ("Net Cab") is a business organization with operations in San Jose, California. Net Cab is engaged in the business of providing transportation services to consumers in the San Jose, California region, including the Airport.

6.      In or about 2005 U.S.A. Express operated a fleet of seven (7) taxicabs. Currently, U.S.A. Express operates a fleet of twenty (20) taxicabs. U.S.A. Express has increased the number of taxicabs in its fleet because of increased business attributable to Airport service. U.S.A. Express employs nineteen (19) drivers. These drivers are employed on condition that they are allotted an Airport permit.  These drivers would not drive a taxicab for U.S.A. express if they were not allotted an Airport permit.

7.      In or about 2005, Net Cab operated a fleet of seven (7) taxicabs. Currently, Net Cab operates a fleet of seventeen (17) taxicabs. Net Cab has increased the number of taxicabs in its fleet because of increased business attributable to Airport service. Net Cab employs fourteen (14) taxicab drivers. These drivers are employed on condition that they are  allotted an Airport permit. These drivers would not drive a taxicab for Net Cab if they were not allotted an Airport permit.

8.      In 2005, U.S.A. Express received seven (7) taxicab Airport service permits to operate taxicabs at the Airport.  U.S.A. Express was able to increase its allotment of Airport service permits to eight (8) permits.

9.      In 2005, Net Cab received seven (7) taxicab Airport service permits to operate taxicabs at the Airport.  Net Cab was able to increase its allotment of Airport service permits to eight (8) permits.

10.    In 2007, U.S.A. Express reported 16, 959 "off Airport" trips for reallocation purposes. U.S.A. Express only reported "off Airport" trips for the taxicabs that had serviced the Airport, as required by the City.

11.    In 2007, Net Cab reported a total of 23, 289 total trips for reallocation purposes. The City of San Jose reduced the number of trips by fifty (50) percent to 11, 645 without explanation, or notice. Net Cab only reported "off Airport" trips for the taxicabs that had serviced the Airport, as required by the City.

12.    In 2005, City regulations required that taxicabs with Airport service permits alternate days spent servicing the Airport and the City. Therefore, a taxicab was permitted to spend one day working at the Airport and the next day working in the community. On days spent working in the community, each Airport permitted taxicabs were required to complete four "off-Airport" trips. These requirements were stated in a contract signed by each cab company that serviced the airport.

13.    After I signed the 2005 contract, there was great confusion on how or what to report how or what to report as "off-Airport" trip. Initially, City representatives informed me that only trips for cabs and drivers working at the Airport would be counted. Without any formal notice from the City, I then learned that the City would count all off-Airport trips be every cab of the Company toward the reallocation in 2007. I was also told by City representatives that "flagged"[1] would not be counted by the City. In addition, it was unclear if a cab company was to report only trips which originated in the City of San Jose, the County of Santa Clara, or elsewhere.

14.    I was later told by City officials that other taxicab companies reporting information for all trips, including company wide off-Airport trips, flag trips, or trips occurring outside San Jose City limits and the County of Santa Clara.

15.    After I signed the 2005 contract, there was great confusion on how or what to report how or what to report as "off-Airport" trip. Initially, City representatives

---

[1]    A "flagged" trip is a random faire picked up by the driver which is not pre-arranged. The typical example is where the passenger "flags" a taxi down walking the street. Because of the random nature, these fairs are impossible to verify.

{6823/002/00217912.DOC}                              3

1   informed me that only trips for cabs and drivers working at the Airport would be counted.

2   Without any formal notice from the City, I then learned that the City would count all off-

3   Airport trips be every cab of the Company toward the reallocation in 2007.  I was also told by

4   City representatives that "flagged"[2] would not be counted by the City.  In addition, it was

5   unclear if a cab company was to report only trips which originated in the City of San Jose, the

6   County of Santa Clara, or elsewhere.

7          16.    I was later told by City officials that other taxicab companies reporting

8   information for all trips, including company wide off-Airport trips, flag trips, or trips occurring

9   outside San Jose City limits and the County of Santa Clara.

10         17.    Had U.S.A. Express been allowed to submit information for all trips,

11  U.S.A. Express would have submitted approximately 75,000 total trips.

12         18.    Had Net Cab been allowed to submit information for all trips, Net Cab

13  would have submitted approximately 50,000 total trips.

14         19.    Under the proposed taxicab permit reallocation, which will take effect

15  on January 1, 2008, U.S.A. Express will be allocated only four (4) taxicab Airport permits.

16  U.S.A Express will only receive these permits if it qualifies for permit reallocation by

17  maintaining fifteen (15) taxicabs and fifteen (15) drivers.  If, at anytime before the reallocation

18  occurs or during the time period that the permit reallocation is in effect, U.S.A. Express is

19  unable to meet this requirement it will lose all of its Airport permits.

20         20.    Under the proposed taxicab permit reallocation, which will take effect

21  on January 1, 2008, Net Cab will be allocated only zero (0) taxicab Airport permits. Net Cab

22  did not receive any permits because it did not qualify for permit reallocation by maintaining

23  fifteen (15) taxicabs and fifteen (15) drivers. Because of the proposed allocation, Net Cab lost

24  drivers and could not qualify by the December 3, 2007, deadline.

25         21.    This is a significant reduction in the number of Airport permits and will

26  irreparably disrupt the business practices of U.S.A Express and Net Cab.  U.S.A. Express will

27

28

---

[2]    A "flagged" trip is a random faire picked up by the driver which is not pre-arranged.  The typical example is where the passenger "flags" a taxi down walking the street.  Because of the random nature, these fairs are impossible to verify.

{6823/002/00217912.DOC}                    4

1  be unable to continue to maintain a fleet of fifteen (15) taxicabs with only four (4) Airport

2  permits. It is not economically feasible for a company to be required to maintain a fleet of

3  fifteen taxicabs. Currently, demand in the City can support a ratio of approximately two

4  taxicabs per one Airport permit. Demand in the City will not support a ratio of approximately

5  four taxicabs per one Airport permit. Therefore, U.S.A. Express will have to reduce the number

6  of taxicabs in its fleet, thereby losing all Airport permits, or close operations. Net Cab is

7  facing the same options.

8          22.     Furthermore, the City did communicate with neither U.S.A. Express nor

9  Net Cab to discuss the fifteen taxicab fleet minimum. The City did not include this requirement

10  in the initial 2005 permit allocation. I did not receive any notice of this requirement until after

11  the trips were reported to the City.

12          23.     To date, four (4) drivers have quit from both companies because they

13  feared that they would lose the ability to service the Airport.

14          24.     To date, ten to twelve (10-12) drivers of both companies have told me

15  that if they are unable to service the Airport they will resign and seek employment with a

16  taxicab company that will offer them Airport service permits. They are all going to work for

17  Yellow Cab.

18          25.     On or about December 17, 2007. I received a letter dated December 12,

19  2007, from Robert Lockhart, Airport Operations Manager, describing the final permit

20  reallocation effective January 1, 2008. Attached hereto as exhibit "A" is a true and correct copy

21  of the December 12, 2007 Letter.

22          I declare under penalty of perjury under the laws of the State of California that

23  the foregoing is true and correct. Executed this 17 day of December, 2007 at San Jose,

24  California.

25

26  _____
    Kulwant Lasher

27

28