**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@sjhattorneys.com

Howard A. Sagaser #072492
Patrick D. Toole #190118

Attorneys for: Plaintiffs U.S.A. Express Cab, LLC, a California organization; Alpha Transportation, Inc. dba Alpha Cab Company, a California organization, Dial Dialing, Inc. dba California Cab, a California organization, City Cab Company, a California organization, Milpitas Cab, LLC, a California organization, National Cab, LLC, a California organization, and Net Cab Company, a California organization

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC. dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization, <br><br>Plaintiffs, <br><br>vs. <br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10, inclusive, <br><br>Defendants. | Case No. C 07-06171 RMW <br><br>**DECLARATION OF BELEW YIFRO** <br><br><br>Judge: Honorable Ronald M. Whyte |

I, Belew Yifro, declare:

1. I am over the age of 18 and I am legally present in the United States and legally authorized to work.

2. I have personal knowledge of the following facts.


3.    I have driven a taxi for two years. Currently, I am employed by National Cab ("National") as a taxicab driver.

4.    I have a permit to drive a taxicab in the City of San Jose ("City"), California. I am also permitted to provide taxicab services to the Mineta San Jose Airport ("Airport"). I have completed the required driver training and understand the responsibilities that are placed on drivers by the City.

5.    City regulations require me to spend one day servicing the City for each day I spend servicing the airport. I am unable to service the Airport on consecutive days.

6.    I am able to provide taxicab services at the Airport because Milpitas has been allocated Airport permits by the City.

7.    Picking up passengers at the Airport is the most profitable for drivers.

8.    Without the ability to pick up customers at the Airport I would not drive for National.

9.    I understand the City plans to reallocate taxicab permits on January 1, 2008. Under this plan my company will receive zero (0) permits. With such a permit allocation, I will be unable to continue servicing the Airport as of January 1, 2008.

10.    If I am unable to service the Airport I will no longer drive a taxicab for National. Instead, I will be forced to seek employment with other taxicab companies because they will be allocated more permits.

11.    However, I would like to continue to work for National.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ___ day of December 2007, at San Jose, California.

_____
Belew Yifro