1  **SAGASER, JONES & HELSLEY**
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California 93717-1632
3  Telephone: (559) 233-4800
   Facsimile: (559) 233-9330
4  E-Mail: ptoole@sjhattorneys.com

5  Howard A. Sagaser #072492
   Patrick D. Toole #190118
6
   Attorneys for:       Plaintiffs U.S.A. Express Cab, LLC, a California organization; Alpha
7                       Transportation, Inc. dba Alpha Cab Company, a California organization, Dial
                        Dialing, Inc. dba California Cab, a California organization, City Cab Company,
8                       a California organization, Milpitas Cab, LLC, a California organization,
                        National Cab, LLC, a California organization, and Net Cab Company, a
9                       California organization

10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13  U.S.A. EXPRESS CAB, LLC, a California          Case No. C 07-06171 RMW
    organization; ALPHA TRANSPORTATION,
14  INC. dba ALPHA CAB COMPANY, a                  **DECLARATION OF HAILE**
    California organization; DIAL DIALING, INC.    **GEBREMESKEL**
15  dba CALIFORNIA CAB, a California
    organization; CITY CAB COMPANY, a
16  California organization; MILPITAS CAB, LLC,
    a California organization; NATIONAL CAB,
17  LLC, a California organization; and NET CAB
    COMPANY, a California organization,
18
                Plaintiffs,
19
    vs.
20                                                 Judge: Honorable Ronald M. Whyte
    CITY OF SAN JOSE; SAN JOSE CITY
21  COUNCIL; and DOES 1 through 10,
    inclusive,
22
                Defendants.
23

24          I, Haile Gebremeskel, declare:

25          1.      I am over the age of 18 and I am a citizen of the United States.

26          2.      I have personal knowledge of the following facts.

27          3.      I have been a taxicab driver for one year.. I am permitted by the City of

28  San Jose ("City") to drive a taxicab.   I have met, and continue to meet, all the rules,

{6823/002/00218262.DOC}                    1

regulations, and permit obligations imposed upon all taxicab drivers by the City of San Jose, California.

4.     I was employed by National Cab ("National Cab") as a taxi driver. While employed by National I was able to pick up Airport passengers. Serving the Airport is the most profitable for drivers.

5.     This Fall, I learned that National would receive fewer, if any, Airport service permits under the proposed City reallocation.

6.     I believe that I would no longer be allowed to service the Airport under the proposed reallocation if I continued to drive a taxicab for National. Therefore, I quit.

7.     I now drive a taxi for United . This company will have or provide an Airport permit for me.

8.     I would not have left the employment of National but for the fact that its permits were being taken away or reduced under the proposed reallocation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this _____ day of December 2007, at San Jose, California.

Haile Gebremeskel

{6823/002/00218262.DOC}

2

DECLARATION OF HAILE GEBREMESKEL

C 07-06171 RMW