1 **SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
2 Post Office Box 1632
Fresno, California 93717-1632
3 Telephone: (559) 233-4800
Facsimile: (559) 233-9330
4 E-Mail: ptoole@sjhattorneys.com

5 Howard A. Sagaser #072492
Patrick D. Toole #190118
6
Attorneys for:     Plaintiffs U.S.A. Express Cab, LLC, a California organization; Alpha
7                    Transportation, Inc. dba Alpha Cab Company, a California organization, Dial
                   Dialing, Inc. dba California Cab, a California organization, City Cab Company,
8                    a California organization, Milpitas Cab, LLC, a California organization,
                   National Cab, LLC, a California organization, and Net Cab Company, a
9                    California organization

10

11                  **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13 U.S.A. EXPRESS CAB, LLC, a California       Case No. C 07-06171 RMW
organization; ALPHA TRANSPORTATION,
14 INC. dba ALPHA CAB COMPANY, a
California organization; DIAL DIALING, INC.     **DECLARATION OF**
15 dba CALIFORNIA CAB, a California           **Engida Tedesse Degefu**
organization; CITY CAB COMPANY, a
16 California organization; MILPITAS CAB, LLC,
a California organization; NATIONAL CAB,
17 LLC, a California organization; and NET CAB
COMPANY, a California organization,
18
19             Plaintiffs,
20 vs.                                   Judge: Honorable Ronald M. Whyte
21 CITY OF SAN JOSE; SAN JOSE CITY
COUNCIL; and DOES 1 through 10,
22 inclusive,
23             Defendants.

24         I, Engida Tadesse Degefu , declare:

25            1.       I am over the age of 18 and I am a citizen of the United States.

26            2.       I have personal knowledge of the following facts.

27            3.       I have driven a taxi for 2 years. Currently, I am employed by California

28 Cab Company ("California") as a taxicab driver.

1        4.      I have a permit to drive a taxicab in the City of San Jose ("City"),

2   California. I am also permitted to provide taxicab services to the Mineta San Jose Airport

3   ("Airport"). I have completed the required driver training and understand the responsibilities

4   that are placed on drivers by the City.

5        5.      City regulations require me to spend one day servicing the City for each

6   day I spend servicing the airport. I am unable to service the Airport on consecutive days.

7        6.      I am able to provide taxicab services at the Airport because California

8   Cab has been allocated Airport permits by the City.

9        7.      Picking up passengers at the Airport is the most profitable for drivers.

10       8.      Without the ability to pick up customers at the Airport I would not drive

11  for California Cab Co.

12       9.      I understand the City plans to reallocate taxicab permits on January 1,

13  2008.   Under this plan my company will receive four (4) permits.   With such a permit

14  allocation, I will be unable to continue servicing the Airport as of January 1, 2008.

15       10.     If I am unable to service the Airport I will no longer drive a taxicab for

16  California Cab. Instead, I will be forced to seek employment with other taxicab companies

17  because they will be allocated more permits.

18       11.     However, I would like to continue to work for California Cab Co.

19              I declare under penalty of perjury under the laws of the State of California that

20  the foregoing is true and correct.  Executed this 17th day of December 2007, at San Jose,

21  California.

22

23

24              Engida Tadesse Degefu

25

26

27

28

{6823/002/00218223.DOC}                              2

DECLARATION OF AMANPREET SINGH BATH                                      C 07-06171 RMW