1  **SAGASER, JONES & HELSLEY**
   2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
   Fresno, California 93717-1632
3  Telephone: (559) 233-4800
   Facsimile: (559) 233-9330
4  E-Mail: ptoole@sjhattorneys.com

5  Howard A. Sagaser #072492
   Patrick D. Toole #190118
6

   Attorneys for:      Plaintiffs U.S.A. Express Cab, LLC, a California organization; Alpha
7                       Transportation, Inc. dba Alpha Cab Company, a California organization, Dial
                        Dialing, Inc. dba California Cab, a California organization, City Cab Company,
8                       a California organization, Milpitas Cab, LLC, a California organization,
                        National Cab, LLC, a California organization, and Net Cab Company, a
9                       California organization

10

11                     UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13  U.S.A. EXPRESS CAB, LLC, a California          Case No. C 07-06171 RMW
    organization; ALPHA TRANSPORTATION,
14  INC. dba ALPHA CAB COMPANY, a
    California organization; DIAL DIALING, INC.
15  dba CALIFORNIA CAB, a California              **DECLARATION OF DANIEL**
    organization; CITY CAB COMPANY, a            **MELESSE DAMMA**
16  California organization; MILPITAS CAB, LLC,
    a California organization; NATIONAL CAB,
17  LLC, a California organization; and NET CAB
    COMPANY, a California organization,
18
19          Plaintiffs,

    vs.
20
    CITY OF SAN JOSE; SAN JOSE CITY
21  COUNCIL; and DOES 1 through 10,
    inclusive,
22
            Defendants.
23

24          I, Daniel Melesse Damma, declare:

25      1.      I am over the age of 18 and I am a citizen of the United States.

26      2.      I have personal knowledge of the following facts.

27      3.      I have driven a taxi for 2 years. Currently, I am employed by Alpha Cab

28  Company ("Alpha") as a taxicab driver.

{6823/002/00218215.DOC}                          1

DECLARATION OF DANIEL MELESSE DAMMA
                                                              C 07-06171 RMW

1         4.     I have a permit to drive a taxicab in the City of San Jose ("City"),

2    California. I am also permitted to provide taxicab services to the Mineta San Jose Airport

3    ("Airport"). I have completed the required driver training and understand the responsibilities

4    that are placed on drivers by the City.

5         5.     City regulations require me to spend one day servicing the City for each

6    day I spend servicing the airport. I am unable to service the Airport on consecutive days.

7         6.     I am able to provide taxicab services at the Airport because Alpha has

8    been allocated Airport permits by the City.

9         7.     Picking up passengers at the Airport is the most profitable for drivers.

10        8.     Without the ability to pick up customers at the Airport I would not drive

11   for Alpha.

12        9.     I understand the City plans to reallocate taxicab permits on January 1,

13   2008. Under this plan my company will receive four (4) permits. With such a permit

14   allocation, I will be unable to continue servicing the Airport as of January 1, 2008.

15        10.    If I am unable to service the Airport I will no longer drive a taxicab for

16   Alpha. Instead, I will be forced to seek employment with other taxicab companies because

17   they will be allocated more permits.

18        11.    However, I would like to continue to work for Alpha.

19        I declare under the penalty of perjury under the laws of the State of California

20   that the foregoing is true and correct and if called as a witness at trial, I could competently

21   testify thereto.

22   DATED: December 14 2007        By_____

23

24

25

26

27

28

{6823/002/00217701.DOC}                    2