**SAGASER, JONES & HELSLEY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@sjhattorneys.com

Howard A. Sagaser #072492
Patrick D. Toole #190118

Attorneys for: Plaintiffs U.S.A. Express Cab Company, a California corporation, Alpha Transportation, Inc. dba Alpha Cab Company, a California organization, Dial Dialing, Inc. dba California Cab, a California organization, City Cab Company, a California organization, Milpitas Cab, LLC, a California organization, National Cab, LLC, a California corporation, and Net Cab Company, a California organization

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB COMPANY, a California corporation, ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization, DIAL DIALING, INC. dba CALIFORNIA CAB, a California organization, CITY CAB COMPANY, a California organization, MILPITAS CAB, LLC, a California organization, NATIONAL CAB, LLC, a California corporation, and NET CAB COMPANY, a California organization, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 006-0671 RMW <br><br> **DECLARATION OF PATRICK D. TOOLE IN SUPPORT OF EX PARTE APPLICATION TO ISSUE TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE REGARDING ISSUANCE OF PRELIMINARY INJUNCTION** <br><br> Complaint Filed: December 5, 2007 <br> Trial Date: Not Assigned <br><br> Judge: Honorable Ronald M. Whyte <br> Courtroom: 6 |

I, Patrick D. Toole, hereby declare and state:

1. I am an attorney licensed to practice law in the State of California and am a shareholder in the law firm of Sagaser, Jones & Helsley, attorneys of record for Plaintiffs

{6823/002/00218100.DOC}   1

DECLARATION OF PATRICK D. TOOLE IN SUPPORT OF EX PARTE APPLICATION
TO ISSUE TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE
REGARDING ISSUANCE OF PRELIMINARY INJUNCTION

C07-06171 RMW

U.S.A. Express Cab Company, Alpha Transportation, Inc. dba Alpha Cab Company, Dial Dialing, Inc. dba California Cab, City Cab Company, Milpitas Cab, LLC, National Cab, LLC, and Net Cab Company in the above-captioned matter. The facts stated in this Declaration are from my personal knowledge.

2. I contacted Mr. George Rios, a San Jose City Assistant Attorney at approximately 3:00 p.m. on the afternoon of December 11, 2007. I was able to speak directly to Mr. Rios regarding the assignment of the action to another City attorney. I also discussed, Plaintiff Cab Companies' desire to file ex parte relief to seek an order shortening time or issuance of a temporary restraining order. Mr. Rios informed me that no assignment had been made, but that the matter would be referred to counsel within twenty-four (24) hours.

3. I did not hear from San Jose City Counsel on December 12, 2007. I again contacted Mr. Rios on December 13, 2007, at approximately 1:20 p.m. I spoke to Mr. Rios' assistant, who informed me that the matter had been assigned to Ms. Daisy Nishigaya.

4. I immediately contacted Ms. Nishigaya to discuss scheduling of the preliminary injunction hearing and the ex parte application.

5. I was able to speak with Ms. Nishigaya in person on Friday, December 14, 2007. Ms. Nishigaya and I discussed the general outline of the case, and the Plaintiff's desire to seek ex parte relief.

6. As of the filing of this motion, Ms. Nishigaya and I were able to agree upon an expedited date for hearing on preliminary injunction.

7. Given the short time available before January 1, 2008, I informed Ms. Nishigaya that the Plaintiff Cab Companies would file the ex parte on Monday, December 17, 2007. In addition, Ms. Nishigaya and I agreed to electronic service of all the filings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18 day of December, 2007 at Fresno, California.

Patrick D. Toole

{6823/002/00218100.DOC}   2

DECLARATION OF PATRICK D. TOOLE IN SUPPORT OF EX PARTE APPLICATION TO ISSUE TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE REGARDING ISSUANCE OF PRELIMINARY INJUNCTION

C07-06171 RMW