UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC. dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 007-06171 RMW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br><br><br>Complaint Filed: December 5, 2007<br>Trial Date:       Not Assigned<br><br>Judge: Honorable Ronald M. Whyte |

This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction. Plaintiffs brought this action seeking to enjoin enforcement of the San Jose Airport Permit Reallocation. Plaintiffs argue that the airport permit reallocation violates their Equal Protection and Due Process rights as guaranteed by the Fourteenth Amendment to the United States Constitution. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, and having considered the arguments of counsel, the Court hereby orders as follows:

///

Plaintiffs are entitled to a preliminary injunction because they are likely to succeed on the merits of their constitutional challenge to the permit reallocation, and because the equities weigh strongly against enforcement of the airport permit reallocation. *Coalition for Economic Equality v. Wilson*, 122 F.3d 692, 701 (9th Cir 1997); *Washington v. Davis*, 426 U.S. 229. 241; *Monterey Mech. Co. v. Wilson*, 125 F.3d 702 715 (9th Cir. 1997). Plaintiffs will suffer irreparable harm if the airport permit reallocation is allowed to go into effect because the loss of Constitutional protections, for any amount of time, constitutes irreparable injury. *Monterey Mech. Co. v. Wilson*, 125 F.3d 702 715 (9th Cir. 1997). Furthermore, the public interest tips in favor of Plaintiffs' efforts to prevent enforcement of the permit reallocation.

Accordingly, Plaintiffs' Motion for a Preliminary Injunction is GRANTED; and it is further ORDERED that Defendants to this action, their officers, employees, and representatives, are hereby enjoined from enforcing, or directing the enforcement of the airport permit reallocation until resolution of this action or further order of this Court.

DATED: December ___, 2007

_____
Honorable Ronald M. Whyte
U.S. District Court Judge
Northern District