# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB COMPANY, a California corporation, ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization, DIAL DIALING, INC. dba CALIFORNIA CAB, a California organization, CITY CAB COMPANY, a California organization, MILPITAS CAB, LLC, a California organization, NATIONAL CAB, LLC, a California corporation, and NET CAB COMPANY, a California organization,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C07-06171 RMW<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION**<br><br><br>Complaint Filed: December 5, 2007<br>Trial Date:　　Not Assigned<br><br>Judge: Honorable Ronald M. Whyte |

TO DEFENDANTS CITY OF SAN JOSE AND SAN JOSE CITY COUNCIL (collectively the "City"):

Based on Plaintiffs U.S.A. Express Cab Company, Alpha Transportation, Inc. dba Alpha Cab Company, Dial Dialing, Inc. dba California Cab, City Cab Company, Milpitas Cab, LLC, National Cab, LLC, and Net Cab Company ("Cab Companies") filing, including Memorandum of Points and Authorities and Declarations contained in the Court's file, Cab Companies' Complaint, and upon good cause, this Court:

1.  Orders the City to show cause at _____ a.m. / p.m. on _____, or as soon thereafter as counsel may be heard in Department 6 of the above-entitled Court, why Defendants, their agents, servants, assignees, and those acting in concert with the City should not be restrained and enjoined pending trial of this action from redistributing or reallocating any airport taxi permits on January 1, 2008, or any other date.

2.  The Order to Show Cause hearing will be held in this Department at _____ a.m. / p.m. on _____.

3.  Any opposition to the Preliminary Injunction shall be filed and served on Plaintiffs Cab Companies' counsel no later than 5:00 p.m. on _____, by hand delivery, e-mail, or facsimile.

4.  Any reply papers to the opposition shall be filed and served on the City no later than 5:00 p.m. on _____, by hand delivery, e-mail or facsimile.

5.  This Court acknowledges that Plaintiff Cab Companies have already posted a sufficient bond in the amount of $10,000 in accordance with Local Rule 65.1.

6.  Pending the hearing on the Preliminary Injunction, the City, their agents, servants, assigns and all those acting in concert with the City are hereby restrained and enjoined from reallocating or redistributing any airport taxi permits on January 1, 2008, or any other date.

IT IS SO ORDERED.

DATED: December ___, 2007

_____
Honorable Ronald M. Whyte
U.S. District Court Judge
Northern District

{6823/002/00218246.DOC}                 2

TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
REGARDING PRELIMINARY INJUNCTION                                      C07-06171 RMW