**PROOF OF SERVICE**

My business address is 2445 Capitol Street, Post Office Box 1632, Fresno, California 93717-1632. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **SEE ATTACHED LIST** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Daisy Nishigaya
Deputy City Attorney
Office of the City Attorney
City of San Jose
200 East Santa Clara Street
San Jose, CA 95113-1905
408-998-3131 Fax
E-Mail: daisy.nishigaya@sanjoseca.gov

_____ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

_____ (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

__X__ (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated **(See attached e-mail)**.

_____ (BY FACSIMILE) I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

_____ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED ON December 18, 2007, at Fresno, California.

__X__ (FEDERAL) I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

_____
Lisa Silva

{6823/002/00218414.DOC}

**LIST OF DOCUMENTS SERVED VIA E-MAIL**

1. Memorandum Of Points And Authorities In Support Of Ex Parte And Preliminary Injunction
2. Declaration of Mekonnen Woldegebrial
3. Declaration of Lakbor Singh Pooni
4. Declaration of Jasraj Bhatia
5. Declaration of Kulwant Lasher
6. Declaration of Belew Yifro
7. Declaration of Haile Gebremeskel
8. Declaration of Vali Aprbisedleh
9. Declaration of Ali Muse
10. Declaration of Sewa Sahota
11. Declaration of Varinder Singh
12. Declaration of Amarvir Singh
13. Declaration of Alex Olshanya Oguhlade
14. Declaration of Mohamed Elmi
15. Declaration of Mussie Haile
16. Declaration of Mozelo Tesfamariam
17. Declaration of Shamsher Singh
18. Declaration of Harjinder Singh
19. Declaration of Kulwant Singh
20. Declaration of Ali Abdiaziz Hasan
21. Declaration of Nashih Bariagabir Gilazgi
22. Declaration of Negussu Awlachew Gerbra
23. Declaration of Engida Tedesse Degefu
24. Declaration of Harpal Singh Chahal
25. Declaration of Herminia Bryars

{6823/002/00218414.DOC}

| | | |
|---|---|---|
| 1 | 26. | Declaration of Gurmail Singh Bath |
| 2 | 27. | Declaration of Anthony Murray Barron |
| 3 | 28. | Declaration of Bajinder Singh Bains |
| 4 | 29. | Declaration of John Ballone |
| 5 | 30. | Declaration of David Alan Yukutat |
| 6 | 31. | Declaration of Abebayehu Tedesse Wossen |
| 7 | 32. | Declaration of John Ronald Stark |
| 8 | 33. | Declaration of Swran Singh |
| 9 | 34. | Declaration of Kamaljit Singh |
| 10 | 35. | Declaration of Trong Hoang Phan |
| 11 | 36. | Declaration of Deeq Abdi Mursal |
| 12 | 37. | Declaration of Said Farah Koreye |
| 13 | 38. | Declaration of Tesfai Embaye |
| 14 | 39. | Declaration of Adem Arale Kahin |
| 15 | 40. | Declaration of Hassan Mohammed Egal |
| 16 | 41. | Declaration of Daniel Melesse Damma |
| 17 | 42. | Declaration of Tesfahun Demissie Beshah |
| 18 | 43. | Declaration of Dagnachew Anbesso Bekele |
| 19 | 44. | Declaration of Amanpreet Singh Bath |
| 20 | 45. | Declaration of Lisa M. Silva |
| 21 | 46 | Declaration of Patrick D. Toole |
| 22 | 47. | [Proposed] Order Granting Plaintiffs' Motion For A Preliminary Injunction |
| 23 | 48. | Temporary Restraining Order and Order To Show Cause Regarding Preliminary Injunction |

{6823/002/00218414.DOC}

**From:** Lisa Silva
**To:** Nishigaya, Daisy (6823-002)
**Date:** 12/18/2007 5:30:52 PM
**Subject:** USA Express Cab/COSJ (6823-002) **Ex Parte Documents**

Dear Ms. Nishigaya:

Pursuant to your agreement with attorney Patrick D. Toole, attached are the documents which are being filed by Plaintiffs in support of their ex parte request for temporary restraining order and/or preliminary injunction.

We will provide you the entire filing in five (5) separate e-mails. In total, there are 48 documents; 39 of which are 2- page declarations. Please contact Patrick Toole or myself if you do not receive all of these documents or if you have questions.

Also, please feel free to serve any opposition by e-mail as agreed.

Lisa M. Silva
Legal Assistant
SAGASER, JONES & HELSLEY
2445 Capitol Street, 2nd Floor
Fresno, California 93721
Phone: (559) 233-4800, Ext. 109
Fax: (559) 233-9330
Website: www.sjhattorneys.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information. Do not copy, forward or distribute this e-mail without permission. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CC:** Patrick Toole

**From:** Lisa Silva
**To:** Nishigaya, Daisy (6823-002)
**Date:** 12/18/2007 5:39:49 PM
**Subject:** USA Express Cab/COSJ (6823-002) **Ex Parte Documents (2/5)**

Dear Ms. Nishigaya:

Per my last e-mail, this is the 2nd of 5 e-mails.

Lisa M. Silva
Legal Assistant
SAGASER, JONES & HELSLEY
2445 Capitol Street, 2nd Floor
Fresno, California 93721
Phone: (559) 233-4800, Ext. 109
Fax: (559) 233-9330
Website: www.sjhattorneys.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information. Do not copy, forward or distribute this e-mail without permission. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CC:** Patrick Toole

**From:** Lisa Silva
**To:** Nishigaya, Daisy (6823-002)
**Date:** 12/18/2007 5:46:50 PM
**Subject:** USA Express Cab/COSJ (6823-2) **Ex Parte Documents (3/5)**

Dear Ms. Nishigaya:

Per my last e-mail, this is the 3rd of 5 e-mails.


Lisa M. Silva
Legal Assistant
SAGASER, JONES & HELSLEY
2445 Capitol Street, 2nd Floor
Fresno, California 93721
Phone: (559) 233-4800, Ext. 109
Fax: (559) 233-9330
Website: www.sjhattorneys.com


This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information. Do not copy, forward or distribute this e-mail without permission. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**CC:** Patrick Toole

**From:** Lisa Silva
**To:** Nishigaya, Daisy (6823-002)
**Date:** 12/18/2007 5:49:05 PM
**Subject:** USA Express Cab/COSJ (6823-002) **Ex Parte Documents (4/5)**

Dear Ms. Nishigaya:

Per my last e-mail, this is the 4th of 5 e-mails.

Lisa M. Silva
Legal Assistant
SAGASER, JONES & HELSLEY
2445 Capitol Street, 2nd Floor
Fresno, California 93721
Phone: (559) 233-4800, Ext. 109
Fax: (559) 233-9330
Website: www.sjhattorneys.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information. Do not copy, forward or distribute this e-mail without permission. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CC:** Patrick Toole

**From:** Lisa Silva
**To:** Nishigaya, Daisy (6823-002)
**Date:** 12/18/2007 6:27:37 PM
**Subject:** USA Express Cab/COSJ (6823-002) **Ex Parte Documents (5/5)**

Dear Ms. Nishigaya:

Attached is the last e-mail of 5. Please call with any questions. Thank you.

Lisa M. Silva
Legal Assistant
SAGASER, JONES & HELSLEY
2445 Capitol Street, 2nd Floor
Fresno, California 93721
Phone: (559) 233-4800, Ext. 109
Fax: (559) 233-9330
Website: www.sjhattorneys.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information. Do not copy, forward or distribute this e-mail without permission. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CC:** Patrick Toole