E-FILED on  12/19/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY; DIAL DIALING, INC. dba CALIFORNIA CAB; CITY CAB COMPANY; MILPITAS CAB, LLC; NATIONAL CAB, LLC; and NET CAB COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10<br><br>Defendants. | No. C-07-06171 RMW<br><br>ORDER SETTING BRIEFING SCHEDULE |

On December 19, 2007, plaintiff cab companies filed an *ex parte* motion for a temporary restraining order to enjoin the city of San Jose from reallocating taxicab permits, as the city allegedly plans to on January 1, 2008.

The city of San Jose is hereby ordered to file any opposition papers to the motion for a temporary restraining order by December 28, 2007 at 5:00. No hearing will be necessary. *See* Civ. Local Rule 7-1(b). In the event the court issues a temporary restraining order, a hearing will be held on the court's first law and motion date of 2008: January 11, 2008 at 9:00 A.M. As defendants have not made an appearance, plaintiffs are responsible for serving this notice on defendants.

DATED:    12/19/07

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER SETTING BRIEFING SCHEDULE—C-07-06171 RMW
TSF

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

Patrick Toole          ptoole@sjhattorneys.com

**Counsel for Defendants:**

No appearance.

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:         12/19/07**                              **TSF**
                                                         **Chambers of Judge Whyte**

ORDER SETTING BRIEFING SCHEDULE—C-07-06171 RMW
TSF                                                                                2