## **CERTIFICATE OF SERVICE**

My business address is 2445 Capitol Street, Post Office Box 1632, Fresno, California 93717-1632. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **ORDER SETTING BRIEFING SCHEDULE** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Daisy Nishigaya, Esq.
Deputy City Attorney
OFFICE OF THE CITY ATTORNEY
  CITY OF SAN JOSE
200 East Santa Clara Street
San Jose, California 95113-1905
Facsimile: (408) 998-3131
E-Mail: daisy.nishigaya@sanjoseca.gov

_____ (BY MAIL)  I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

_____ (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

__X__ (BY ELECTRONIC MAIL)  I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated **(See attached e-mail)**.

_____ (BY FACSIMILE)  I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

_____ (BY OVERNIGHT COURIER)  I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED ON December 21, 2007, at Fresno, California.

__X__ (FEDERAL)  I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

_____
Lisa Silva

{6823/002/00218522.DOC}

**From:** Lisa Silva
**To:** Nishigaya, Daisy (6823-002)
**Date:** 12/21/2007 10:54:49 AM
**Subject:** USA Express/COSJ (6823-2) **Order Setting Briefing Schedule**

Dear Daisy:

Attached is a copy of the Order Setting Briefing Schedule filed with the Court on December 19, 2007. Pursuant to this Order, the City of San Jose must file any opposition papers to the motion for temporary restraining order by December 28, 2007, at 5:00 p.m. Should you have any questions, please do not hesitate to call. Thank you.

Lisa M. Silva
Legal Assistant
SAGASER, JONES & HELSLEY
2445 Capitol Street, 2nd Floor
Fresno, California 93721
Phone: (559) 233-4800, Ext. 109
Fax: (559) 233-9330
Website: www.sjhattorneys.com

This e-mail (including any attachments) is intended for use by the addressee(s) and may contain attorney-client privileged and/or company confidential information. Do not copy, forward or distribute this e-mail without permission. If you are not the intended recipient of this e-mail, you are hereby notified that any copying, forwarding or distribution of the e-mail is prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the e-mail from your computer and destroy any printout.

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**CC:** Patrick Toole