RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DAISY M. NISHIGAYA, Deputy City Attorney (#186614)
RICHARD D. NORTH, (#225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| U.S.A. EXPRESS CAB, LLC, ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, DIAL DIALING, INC. dba CALIFORNIA CAB, CITY CAB COMPANY, MILPITAS CAB, LLC, NATIONAL CAB, LLC and NET CAB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL, and DOES 1-10, inclusive,<br><br>Defendants. | Case Number:  C07-06171 HRL<br><br>**DEFENDANTS' REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>Date:   TBD<br>Time:   TBD<br>Judge:  Hon. Ronald M. Whyte |
|---|---|

Defendants respectfully request an extension of time to file a response to Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint") as follows:

WHEREAS, Plaintiffs filed the Complaint on December 5, 2007;

WHEREAS, Defendants received service of the Complaint on December 10, 2007;

WHEREAS, Plaintiffs filed an *ex parte* motion for a temporary restraining order

1

1  ("TRO") on December 19, 2007;

2      WHEREAS, Federal Rule of Civil Procedure 12 requires that Defendants file a
3  response to the Complaint on or before December 28, 2007;

4      WHEREAS, pursuant to this Court's Order Setting Briefing Schedule dated
5  December 19, 2007, Defendants are required to respond to the request for a TRO no later
6  than December 28, 2007 at 5:00 pm;

7      WHEREAS, the Christmas holiday has limited the availability of certain persons key
8  to responding to the Plaintiffs' Complaint and the request for a TRO;

9      WHEREAS, the already limited resources and the time and resources necessary to
10 respond to the request for a TRO have not allowed for adequate time to respond to the
11 Complaint; and

12     WHEREAS, Plaintiffs have not responded to Defendants' request for a stipulation
13 extending time to respond to the Complaint.

14     THEREFORE, Defendants respectfully request that the Court extend Defendants'
15 time to respond to the Complaint by thirty days to January 30, 2008.

                                                    Respectfully submitted,

Dated: December 26, 2007            RICHARD DOYLE, City Attorney

                                                    By: _____/s/_____
                                                          RICHARD D. NORTH
                                                          Deputy City Attorney

                                                    Attorneys for CITY OF SAN JOSE

### **ORDER**

**IT IS HEREBY ORDERED** that Defendants' time to respond to the Complaint is extended to January 30, 2008.

Dated: _____            _____
                                                RONALD M. WHYTE
                                                JUDGE OF THE UNITED STATES
                                                DISTRICT COURT