1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  DAISY M. NISHIGAYA, Deputy City Attorney (#186614)
   RICHARD D. NORTH, (#225617)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
7  Attorneys for CITY OF SAN JOSE

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  U.S.A. EXPRESS CAB, LLC, ALPHA                Case Number: C07-06171 HRL
    TRANSPORTATION, INC. dba ALPHA
13  CAB COMPANY, DIAL DIALING, INC.              **DECLARATION OF RICHARD D.
    dba CALIFORNIA CAB, CITY CAB                 NORTH IN SUPPORT OF
14  COMPANY, MILPITAS CAB, LLC,                  DEFENDANTS' REQUEST FOR
    NATIONAL CAB, LLC and NET CAB                EXTENSION OF TIME TO FILE
15                                               RESPONSE TO COMPLAINT**
    COMPANY,
16
                Plaintiffs,                      Date:   TBD
17                                               Time:   TBD
18         v.                                    Judge:  Hon. Ronald M. Whyte

19  CITY OF SAN JOSE; SAN JOSE CITY
    COUNCIL, and DOES 1-10, inclusive,
20
21              Defendants.

22
23      I, RICHARD D. NORTH, declare:

24      1.    I am a Deputy City Attorney with the Office of the San Jose City Attorney,

25  counsel for the defendant, CITY OF SAN JOSE.

26
27
28
                                          1

2. I have personal knowledge of each of the facts set forth in this declaration and can testify competently thereto, except as to matters stated on information and belief, and as to such matters, I believe them to be true.

3. Plaintiffs filed their Complaint for Declaratory and Injunctive Relief ("Complaint") on December 5, 2007.

4. Defendants received service of the Complaint on December 10, 2007.

5. Plaintiffs filed an *ex parte* motion for a temporary restraining order ("TRO") on December 19, 2007.

6. Federal Rule of Civil Procedure 12 requires that Defendants file a response to the Complaint on or before December 28, 2007.

7. Pursuant to this Court's Order Setting Briefing Schedule dated December 19, 2007, Defendants are required to respond to the request for a TRO no later than December 28, 2007 at 5:00 p.m.

8. The Christmas holiday has limited the availability of certain persons key to responding to the Plaintiffs' Complaint and the request for a TRO.

9. The already limited resources and the time and resources necessary to respond to the request for a TRO have not allowed for adequate time to respond to the Complaint.

10. I am informed and believe that Plaintiffs have not responded to Defendants' request for a stipulation extending time to respond to the Complaint.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Dated this 26th day of December, 2007, at San José, California.

_____/s/_____
RICHARD D. NORTH