**EXHIBIT A – PART 1**
**DECLARATION OF ROBERT LOCKHART**

# Taxicab Regulatory and Service Model Study

Submitted to:
## City of San Jose
### Department of Transportation

## March 29, 2004

## Schaller Consulting

Brooklyn, NY  (718) 768-3487
schaller@schallerconsult.com
www.schallerconsult.com

In association with
Joseph A. Gagliano Consulting, Apex Strategies,
RSI Insurance Brokers, Gorman Gilbert and Fred Baer

# Summary

This study was undertaken at the direction of the City Council to assist the City of San José and the taxicab industry in resolving a series of issues facing the industry. By resolution adopted on December 10, 2002, the City Council directed that the study address five key taxi issues:

- What is the best possible service model for customers, taxicab companies, taxicab drivers and the City?

- Should the City place a moratorium on the number of taxicabs, taxi companies or drivers?

- How should the taxicab rate of fare be determined?

- Are there alternatives that would enable drivers to obtain pooled auto insurance at reasonable rates, without creating additional risk or regulatory burden to the City?

- What should be the roles and responsibilities of City departments (Transportation, Police, Airport) in regulating, managing and facilitating efficient taxicab service?[1]

Decisions on these issues will shape the quality of taxicab service in San José, the place of cabs in the city's transportation network, the relationship between cab companies and taxi drivers, and the financial health of cab companies and drivers for years to come. Accordingly, an in-depth process of consultation and analysis was developed to assess these issues and make recommendations.

Our recommendations are intended to balance the legitimate needs of taxi drivers, cab companies, the City and the airport in a regulatory structure that will meet the needs of taxicab users in San José, whether they are going home from the airport, attending a downtown event, or traveling to the doctor.

**Overview of recommendations**

The central change being proposed is to replace the two airport taxi concession contracts with a system of airport taxicab permits. The permits would provide access to pick up on-demand customers at the airport taxi lines. Airport permits would be issued to taxicab drivers and to cab companies. Drivers with who primarily work at the airport would be issued the driver airport permits. After a transition period, company-held airport permits would be allocated to cab companies based on the volume of non-airport trips served by the company.

---

[1] The issue of City roles and responsibilities is addressed in a report submitted under separate cover.

Issuing airport permits to drivers would provide drivers with a high level of mobility between companies, since drivers' access to the airport would not be conditioned on finding a company that would lease a cab with a permit to them.

For companies, the linkage of airport permits to non-airport trips will provide a powerful incentive for cab companies to serve pre-arranged dispatch trips and the downtown market, both of which appear to be underserved (in contrast to the airport which enjoys satisfactory service levels).

Other key recommendations are to replace the current uniform fare for all cabs with a maximum and minimum rates of fare and to issue taxicab vehicle permits to drivers. Drivers would have the option of obtaining their own auto insurance in a pooling-type arrangement.

Core goals of the recommendations concern competition, choice and service quality. The recommendations are designed to stimulate competition in the taxi industry, create greater choice of cab companies for both drivers and customers, enhance the quality of taxi service and emphasize taxi industry responsibility for the service provided. The recommended service model will thus create a more competitive dynamic in the taxicab industry and strengthen incentives for the industry to better serve pre-arranged trips and the downtown market.

**Recommendations**

Recommendations pertaining to the ***service model*** and the issue of a ***moratorium*** are:

1. The City of San José should issue licenses to taxicab companies to provide taxicab services, similar to current ordinance provisions.

2. The City should issue taxicab vehicle permits to both taxicab companies and individual drivers. Drivers who hold vehicle permits should be required to affiliate with a cab company. Drivers should have the option of obtaining auto insurance through an entity such as an insurance broker who agrees to track and report driver insurance status to the City.

3. Mineta Airport should issue airport taxi permits to San José drivers and cab companies. The permits should provide access to pick up on-demand customers at the airport taxi lines on an alternate-day rotation system.

4. After a two-year transition period, company-held airport permits should be allocated to cab companies based on each company's volume of non-airport trips picked up in San José. Permits should be reallocated annually based on updated trip volumes. The initial allocation of permits should include a minimum number of seven per company to provide a base of airport business for each San José cab company in the first two years. The minimum fleet size for taxicab companies receiving airport permits should be 15 taxicabs after a two-year transition period.

5.  The total number of airport permits should be set to ensure sufficient supply of cabs while minimizing taxicab wait times in holding areas. Three hundred (300) airport permits should be issued initially, with 60 permits classified as "conditional" airport permits. The number should be adjusted as needed based on experience and changes in trip volumes.

6.  Airport permits should be issued to San José drivers and cab companies that meet service, vehicle and driver requirements. Contracts with drivers and cab companies should hold them accountable for service quality, ensure labor peace and facilitate healthy business relationships between drivers and companies.

7.  Mineta Airport should contract for management of the taxi operation through a competitive process.

Recommendations relating to the **rate of fare** are:

1.  A maximum and minimum rate of fare should replace the current uniform taxicab fare. Each cab company would set its rate of fare at the maximum or minimum rate or somewhere in between. Companies should also be given the option of charging flat rates for trips outside the county.

2.  The maximum fare should initially be set at the current fare. Future increases in the maximum fare should be based on increases in the cost of living.

3.  A uniform fare should be set for on-demand airport trips.

**Auto insurance**-related recommendations are:

1.  Drivers who own their own vehicles should be afforded the opportunity to obtain auto liability insurance through a risk purchasing group. The risk purchasing group should be managed by an insurance broker who agrees to perform administrative and account services. The broker will track insurance status of each vehicle so as to avoid creating a burdensome task for the City, and report changes in status on a timely basis to the City and to the cab company with which the driver is affiliated.

\* \* \*

These recommendations, which are designed to address in a fair and equitable manner the various stakeholder interests that were identified in the course of the project, will enhance the taxi industry's position in the San José transportation system and strengthen the ability of the industry to meet the internal needs of companies and drivers and external customer-driven needs.

# Table of Contents

Summary ................................................................................................................ i

Table of Contents ............................................................................................... iv

Purpose and Methodology ................................................................................. 1

The Taxi Industry and Service Quality ............................................................. 4
    Taxicab industry composition ........................................................................ 4
    Market for taxicab service in San José ......................................................... 5
    Taxi service at Mineta Airport ........................................................................ 7
    Service quality ................................................................................................. 8
    Taxi fares ........................................................................................................ 12
    Driver incomes ............................................................................................... 12

Alternative Service Models ............................................................................... 14

Analysis of Key Issues ..................................................................................... 18
    Service models and moratorium .................................................................. 19
    Rate of fare .................................................................................................... 27
    Auto insurance alternatives ......................................................................... 29

Recommendations ............................................................................................. 35
    Service model ................................................................................................ 36
    Rate of fare .................................................................................................... 42
    Auto insurance .............................................................................................. 44
    Recap of recommendations, stakeholder interests and alternative service models ..... 45

Appendix A. In-cab Survey of Taxi Passengers ............................................. 47

Appendix B. Survey of Downtown Business Persons ..................................... 49

Appendix C. Service Model Workshop Summary ........................................... 53
    Interests and issues: ..................................................................................... 54
    Questions regarding service models: ........................................................... 57
    Evaluation of service models ........................................................................ 58
    Final questions and comments ..................................................................... 69
    Service model workshop materials ............................................................... 70

Appendix D.  Description of Service Model and Implementation Plan ........... 79

# Purpose and Methodology

The City of San José and the taxicab industry in the city are facing a series of inter-related issues that will shape the taxi industry and taxicab service in the city for years to come. The core issues concern the framework for taxicab regulation in San José, whether to continue the taxicab concession system at Mineta San José International Airport or adopt an alternative system, and the nature and extent of the City's regulatory responsibilities. Decisions in each of these areas will affect the quality of taxicab service in San José, the place of cabs in the city's transportation network, the relationship between cab companies and taxi drivers, and the financial health of cab companies and drivers.

In January 2001 the Mayor and City Council approved the creation of a Taxi Advisory Team to review the city's ordinance and develop recommendations for enhancing the viability of the taxicab industry in San José. The Taxi Team developed a set of recommendations in the areas of training, communications, customer service standards and industry recognition. The Council adopted recommendations relating to vehicle age and mileage restrictions and an increase in the rate of fare.

The Council also directed the Transportation City Service Area to conduct a consultant study to develop and assess alternative regulatory models and their applicability to San José. Specific issues to be addressed in the study are:

- What is the best possible service model for customers, taxicab companies, taxicab drivers and the City?

- Should the City place a moratorium on the number of taxicabs, taxi companies or drivers?

- How should the taxicab rate of fare be determined?

- Are there alternatives that would enable drivers to obtain pooled auto insurance at reasonable rates, without creating additional risk or regulatory burden to the City?

- What should be the roles and responsibilities of City departments (Transportation, Police, Airport) in regulating, managing and facilitating efficient taxicab service?

The Department of Transportation retained Schaller Consulting to assist the City with the analysis and resolution of these issues. The consultant team consisted of Bruce Schaller, Principal of Schaller Consulting and a nationally recognized expert in taxicab regulation and operations; Dr. Gorman Gilbert, head of the Civil and Environmental Engineering Department and Director of the Oklahoma Transportation Center at Oklahoma State University and a long-time expert on taxicab issues; Joseph A. Gagliano, a transportation consultant based in San José with extensive experience in

strategic planning and organizational restructuring; Eileen Goodwin of Apex Strategies, a specialist in facilitating community participation programs; Fred Baer, who recently retired from the Port Authority of New York and New Jersey where he managed the Aviation Office of Ground Transportation for the three Port Authority Airports (JFK International, Newark Liberty International and LaGuardia Airports); and Walter Diangson of RSI Insurance Brokers, who has developed auto insurance programs in the transportation sector.

Jim Ortbal, Assistant Director of the Department of Transportation, supervised the completion of the project.

The study proceeded in four phases.

**1. Document review and interviews.** The consultant team reviewed background documents, including the city ordinance; Mineta San José International Airport's taxi concession agreement; the airport request for proposals for taxicab concessions; the Taxi Advisory Team report, staff recommendations and the Mayor's Report; driver proposal for a medallion system; UFCW Local 428 recommendation for alternative service model; State of California, Employment Development Department, "Information Sheet – Taxicab Industry;" and related documents.

In preparation for the initial site visit, the consultant team also prepared a Market Analysis on the taxicab and local passenger transportation markets in San José.

The team then conducted a four-day site visit in October 2003 to meet with the various stakeholder groups. The visit included meetings with the Taxicab Advisory Team, city and airport staff; Convention and Visitors Bureau representatives; cab company owners; and union and driver representatives. The consultant team held two focus group sessions with taxi drivers and conducted brief interviews with front-line staff at hotels, major offices and hospitals. The consultant team also visited taxicab company facilities, the airport taxi stands and hold areas.

**2. Data collection.** Beginning with the initial site visit and continuing through the fall, the consultant team conducted a wide-ranging data collection and analysis program to document key areas of taxicab operations and service quality. The data collection included:

- Trip volumes through pre-arranged dispatch and airport dispatch.

- Customer complaint volumes for complaints received by the Police Department, the San José Convention and Visitors Bureau and Mineta Airport.

- An online survey of members of the San José Downtown Association concerning their experiences and satisfaction with taxicab service.

- An in-cab survey of taxi customers concerning customers' experiences and satisfaction with taxicab service.

- Taximeter and odometer readings of a sample of taxicabs, collected by two of the cab companies for a sample of the cabs operated from their companies.

- Computerized dispatch records from Yellow Cab, the largest taxi company in San José and the one cab company in the city with a computerized call-taking and dispatch system.

**3. Development and evaluation of taxicab service models.** Concurrent with the second phase, the consultant team developed an inventory of key issues and stakeholder interests for the project and three alternative taxicab service models. The inventory of interests and taxicab service models were summarized in a handout and used as the basis for the Taxicab Service Model Workshop, which was held with stakeholder groups on December 9, 2003.

Based on comments at the workshop and results of the data collection program, the consultant team conducted further analysis and development of service models.

**4. Development and review of recommendations.** Analysis of key issues and recommendations were developed based on information and analysis from the first three phases of the project. A draft final report was submitted to City staff for distribution to the Taxi Advisory Team for discussion and comment at a meeting on January 16, 2003. Recommendations will then be presented to the City Council for Council review and action.

# The Taxi Industry and Service Quality

This section highlights key findings from interviews and surveys concerning the San José taxi industry, airport concessions, service quality, driver incomes and the regulatory roles of city agencies. This section traces the broad outlines of the industry and reports key findings that are relevant to the policy issues that are the focus of this report, and in particular, to the analysis of alternative service models.

## Taxicab industry composition

San José currently licenses 12 taxicab companies, which together operate approximately 480 taxicabs that are licensed to operate in the city. Three of these 12 companies have 20 or more cabs licensed by the city:

- Yellow Cab/Checker Cab, with about 263 cabs licensed in the city. Yellow Cab operates a computerized dispatch system and services Terminal A at the airport.

- United Cab, with 80 taxicabs currently operated in the city. United Cab services Terminal C at the airport, which accounts for most of the trips served by United drivers.

- Rainbow Cab, with 35 cabs licensed in the city. Rainbow Cab serves a combination of downtown taxi stands and pre-arranged trips.

The remaining nine companies each have fewer than 20 cabs licensed by the city. These companies are Golden Star Cab, Alpha Cab, Net Cab, USA Express Cab, Milpitas Cab, West Valley Cab, Computer Cab, Santa Clara Cab and California Cab. Some of these companies are in fact quite small; Golden Star and Alpha currently have 5-8 cabs that primarily serve taxi stands. Other companies including USA Express, Santa Clara and Computer Cab, operate primarily outside San José; a majority of their cabs are not licensed in San José.

The size and composition of the industry has changed significantly over the past decade in ways that show some of the strengths as well as weaknesses in the industry. One of the most significant developments was Rainbow Cab's becoming one of the largest providers of pre-arranged (dispatch) trips in the city. Another significant change occurred when a group of five companies that included Golden Star and United lost the concession for Terminal A. The result was that three of the five companies went out of business and Golden Star became a much smaller company. A third set of changes was brought about by the late-1990s economic boom, which resulted in an increase in customer demand for dispatched trips that Yellow Cab was unable to service, producing unreliability in Yellow's dispatch service.

Virtually all taxi drivers work for cab companies as independent contractors (although Yellow has a few employee drivers). Drivers pay a daily or weekly gate fee to companies.

Gate fees vary by company and are based on whether the company or driver is responsible for supplying the vehicle. Approximately 85 percent of vehicles used as taxicabs are owned by drivers and 15 percent of vehicles are owned by a cab companies.

The most common lease arrangement is for the driver to provide the vehicle and pay between $250 and $330 a week to the cab company in gate fees, for which the companies provide auto liability insurance and dispatch services. Gate fees are higher at companies with airport concessions ($300-$330 a week) than non-airport companies ($250-275 a week).

In a significant minority of cases, the cab company provides the vehicle. Gate fees are higher for these cabs: $500-530 a week for airport cabs and $300-470 a week for non-airport cabs.

Drivers also pay per-trip fees for on-demand trips from the airport that can total $80-130 a week for drivers who primarily work from the airport.

## Market for taxicab service in San José

In general, the market for taxicab service is related to population, employment, visitation and business activity, reflecting the fact that taxicab trips typically involve airports, hotels, places of employment and shopping and leisure activities.

Figures 1 and 2 on the next page summarize changes in population, employment, airport arrivals and other indicators since 1996. As one would expect, these indicators rose significantly in the late 1990s and then declined since 2000 or 2001 due to the recession and the 9/11 attacks. Even with the declines of the last three years, however, population, visitation, airport passenger volumes and airport taxi concession trips are all well above their 1996 levels.

All sectors of the taxi industry have experienced the effects of the recent downturn. Several cab companies have significantly reduced their fleet sizes and driver incomes have declined since 2000-01.

Overall, San José's taxi industry provides approximately 2,500 trips per day. Based on interviews with cab company owners and managers and airport, hotel, office and hospital staff, current trip levels are:

- Approximately 1,300 trips dispatched through two-way radios or computerized systems.

- 1,025 trips from the airport served by Yellow Cab and United Cab.

- Approximately 50 walk-up trips from hotel taxi stands (Hilton and Fairmont).

- An additional unknown number of "personals" arranged directly between customers and drivers, generally via cell phone. For purposes of estimation we

TAXICAB REGULATORY AND SERVICE MODEL STUDY                                    6

assume that personals total 100 per day but the actual number could be significantly higher.

The largest dispatch trip volumes, as reported by the cab companies, are experienced by Yellow Cab (about 700 trips per day in San José) and Rainbow Cab (300-350 trips per day). United Cab, Santa Clara Cab, Computer Cab and Alpha Cab each receive 40-60 telephone requests for service per day from San José callers. The other cab companies report providing between "almost none" and 30 dispatched trips per day.

Figure 1.  Change in Market Indicators, 1996-2003



Figure 2.  Change in Market Indicators, 2001-03



It should be noted that several cab companies licensed in San José provide a substantial number of trips outside the city using San José-licensed vehicles. Yellow Cab, for example, receives over 200 calls for service per day from Sunnyvale, Las Gatos, Campbell, Mountain View and other cities in the area. Several of the cab companies licensed in San José primarily work outside the city, primarily using cabs that are not licensed by the city.

## Taxi service at Mineta Airport

Mineta San José International Airport currently has concession agreements with two cab companies to serve on-demand (walk-up) taxicab customers. The concession for Terminal A is with Yellow Cab and the concession for Terminal C is with United Cab. The current concession agreements took effect in early 2002 and are being extended to September 2004.

Under each concession agreement, the cab company is responsible for ensuring the availability of taxicabs and for managing taxicab operations at each of the terminals and taxicab holding lots. Yellow Cab and United Cab are also responsible for collecting trip fees from drivers, $1.50 of which is passed to the airport. The balance of the trip fees, which are $2.63 for Yellow and $2.80 for United, are retained by the cab company and are applied toward the cost of managing the airport taxi operation.

In fiscal year 2002-03, 1,025 taxi trips were dispatched from the airport on an average day. This figure includes 625 trips dispatched from Terminal A and 400 trips from Terminal C. An additional 3.3 trips per day were made by drivers serving pre-arranged customers.

Current airport taxi volumes have declined by 30 percent since the peak year of fiscal 2001 but are still higher than trip volumes for 1999 and prior years. As a proportion of air passengers deplaning at the airport, taxi concession trips have increased from 4.3 percent in FY'96 to 7.6 percent in FY'01 and 7.0 percent in FY'03, largely due to elimination of hotel shuttle services in the mid-'90s. See Table 1.

Table 1. Passenger and taxi volumes and Mineta San José International Airport

|  | Deplaning passengers | Taxicab Concession Airport Trips (fiscal years) | Taxi trips as pct. of deplaning passengers |
|---|---|---|---|
| 1996 | 4,794,394 | 207,882 | 4.3% |
| 1997 | 5,163,462 | 245,739 | 4.8% |
| 1998 | 5,142,765 | 295,506 | 5.7% |
| 1999 | 5,592,697 | 359,150 | 6.4% |
| 2000 | 6,160,011 | 445,868 | 7.2% |
| 2001 | 6,971,422 | 532,813 | 7.6% |
| 2002 | 5,836,787 | 401,445 | 6.9% |
| 2003 | 5,350,904 | 375,350 | 7.0% |

## *Service quality*

Several methods were used to assess the current quality of taxicab service: customer complaints, surveys of taxi users and downtown business people, and computerized dispatch records from the largest cab company in the city.

These data sources paint a varied picture of service quality. On the positive side, the number of complaints received in San José is quite low both in absolute numbers and when compared with other cities. Also, the large majority of customers who returned the in-cab survey rated taxi service favorably.

Less positively, a substantial proportion of respondents to the survey of downtown business persons expressed unhappiness with key aspects of cab service. Also, the taxi company computerized dispatch data showed a substantial proportion of calls were not picked up within a satisfactory amount of time or were not picked up at all.

The information on service quality should be viewed in light of the limitations of each data source. Because complaints are most often made by passengers who have had one upsetting experience, complaint volumes are a poor indicator of overall service quality. Most of the respondents to the in-cab survey were picked up at the airport rather by telephone pre-arrangement, limiting the usefulness of the results to assessing the satisfaction of non-airport passengers. The number of respondents to both in-cab and downtown business surveys was relatively small. Finally, it was not clear from the computerized dispatch data whether or not some passengers were eventually picked up.

Even with these caveats, it is fair to conclude that our evaluation of service quality shows a mixed picture. It appears that some taxi passengers are quiet satisfied with the quality of service they experience. On the other hand, there is clear reason to believe that a significant proportion of taxi users or potential users, including much of the downtown business community, would like to see significant improvements to the quality of service.

### Passenger complaints

A sticker in each taxicab advises passengers to call the cab company, the San José Police Department (SJPD) or the San José Convention and Visitors Bureau (CONVIS) with complaints or compliments about service. We tallied complaints from these two sources and the airport. We also charted changes in the number of complaints over time, and compared complaint levels in San José with those in other cities.

Table 2 shows that in 2003, the SJPD, CONVIS and the airport received a total of 9 complaints about taxi service. Over the last four years the number of complaints has fluctuated between 2 and 12, with no clear trend line.

Table 2. Public complaints about taxi service

|  | Complaint received by: | | | |
|---|---|---|---|---|
|  | SJPD | Airport | CONVIS | Total |
| 2000 | 2 | 0 | * | 2 |
| 2001 | 4 | 4 | * | 8 |
| 2002 | 2 | 10 | * | 12 |
| 2003** | 4 | 0 | 5 | 9 |

*Convention and Visitors Bureau did not formally collect complaints until 2003.
**Year to date figures; November for SJPD, mid-December for Airport and CONVIS.

Table 3. Comparison of public complaints about taxi service, selected cities

|  | Year | # complaints filed with city/county | # taxicabs | Complaints per cab |
|---|---|---|---|---|
| San Diego | 2002 | 222 | 1,170 | 0.19 |
| Montgomery County, MD | FY03 | 97 | 580 | 0.17 |
| Seattle | 2002 | 105 | 643 | 0.16 |
| Orange County, CA | 2003 | 25 | 609 | 0.04 |
| Fairfax County, VA | FY01 | 11 | 489 | 0.02 |
| San José | 2003 | 9 | 462 | 0.02 |

Note: Complaints received by airports in Seattle, San Diego and Orange County are not reflected in these data. However, the number of complaints received by airports in these jurisdictions is relatively small.

Complaint levels in San José are relatively low compared with selected other jurisdictions. Table 3 shows that the 9 complaints in 2003 in San José represents a rate of 0.02 complaints per cab. This rate compares favorably with Orange County, Seattle, San Diego and Montgomery County, Maryland and is about the same as in Fairfax County, Virginia.

**In-cab passenger survey**

City staff distributed several hundred copies of an in-cab survey to drivers and cab companies. Drivers were asked to distribute the survey to passengers, who had the option of returning the completed survey to the driver in a sealed envelop or mailing the survey back to the city. A total of 60 completed surveys were received.

Forty-three percent of respondents rated taxi service overall as "excellent," 50 percent as "good" and only 3 percent as "poor." Ratings were fairly similar across nine service attributes, with relatively more favorable ratings given for availability of cabs at taxi stands (this includes airport cab stands), driver knowledge of route and destination and driver helpfulness with packages and luggage, and safe driving. At least 50 percent of respondents rated each of these as "excellent."

Other key indicators were also positive. Three-quarters said that taxis are "a good value for the money" compared with one-quarter saying they are not a good value for the money. A large majority rated San José cab service as better (32 percent) or about the same (48 percent) as cab service elsewhere, and only 7 percent rated service in San José as worse.

The complete survey results are in Appendix A.

**Downtown business survey**

The Downtown Business Association asked about 300 of its members to complete an online survey of cab service. A total of 56 responses were received for a return rate of 19 percent, which is considered a good response rate for a survey of this type.

In contrast to the in-cab survey, downtown business persons surveyed on-line gave middling to poor ratings to cab service. Respondents were asked about cab service both from their own experience (if they take cabs at least once a month) and from the viewpoint of their business. Based on their own experience, only 16 percent rated cab service as excellent, 50 percent as good and 34 percent as poor. From the viewpoint of their business, ratings were 2 percent excellent, 38 percent good and 35 percent poor.

Other key indicators also skewed toward the negative. A majority (54 percent) said cabs are not a good value for the money and 67 percent said that cab service in San José is worse than cab service in other places they have used cabs.

The major problems with cab service identified by downtown business persons are the availability of cabs at downtown taxi stands and the wait time after telephoning for a cab. Between one-third and one-half of respondents rated these service attributes as poor based on their own experiences and from the viewpoint of their business.

Notably, respondents said that both their own use of cabs and their clients' or patrons' use of cabs would increase if taxi service improved.

The complete survey results are in Appendix B.

**Cab company computerized dispatch records**

Another valuable source of data related to service quality comes from the computerized dispatch records of cab companies. One company in San José, Yellow Cab/Checker Cab, has a fully computerized system. Calls for service coming into the company's phone center are entered into a computer and dispatched through a computer to a mobile data terminal in each taxicab.

Yellow Cab provided data for 16,383 trip requests for the period November 19-December 4, 2003. These data include all pre-arranged calls received by Yellow Cab during this period. Trips originating at the airport taxi stand at Terminal A, for which Yellow has the concession, and via drivers' cell phones are not included in these data. For purposes of analysis, we excluded calls for pickups outside San José, leaving 12,782 requests from

San José locations. In addition, some calls are redispatched in the process of the call being handled. An adjustment is made to avoid double-counting of duplicate records.

Table 4 summarizes the disposition of this sample of dispatch calls:

- 60.4 percent resulted in the passenger being picked up within 20 minutes of the request for service, or within 5 minutes of the requested pick-up time in the case of an advance reservation. These response times are generally considered satisfactory service for pre-arranged calls.

- 12.1 percent were picked up in 21 minutes or more.

- 4.4 percent of calls show no pick up of the passenger.

- 14.5 percent show a "fast meter," in which the time between the meter being turned on and off is 5 minutes or less. Fast meters can indicate a variety of situations. Some cases are truly short passenger trips. In many cases, the driver went to the pick-up location, found no passenger, and cycled the meter. Another possibility is that the driver decided against going to the pick-up location and cycled the meter to be available for another call. Presumably, the passenger was not picked up in these cases.

- 8.2 percent of calls were cancelled. The reason for the cancellation is not known, but could range from the customer no longer needing a ride to the customer having called another cab company that responded to the call first.

Table 4. Yellow Checker Cab Call Disposition

| Disposition | Percent | Percent for group where disposition is known |
|---|---|---|
| Passenger picked up within 20 minutes of request* | 60.4% | 78.5% |
| Passenger picked up 21+ minutes after request** | 12.1% | 15.8% |
| Passenger not picked up | 4.4% | 5.8% |
| Subtotal – pickup disposition known | | 100.0% |
| "Fast meter" | 14.5% | |
| Canceled | 8.2% | |
| All other | 0.3% | |
| Total | 100.0% | |

*This category includes passengers picked up within 5 minutes of requested pick-up time for advance reservation calls.
** Includes pickups of 6 or more minutes of requested pick-up time for advance reservation calls.
Total number of calls: 12,360 non-duplicate call requests.

Since the call disposition is ambiguous in the last two situations, it is useful to focus on the first three categories, which account for 76.9 percent of all calls. Just over three-quarters (78 percent) of this group of calls resulted in a pick-up within 20 minutes, while 22 percent resulted in a pick-up that is "late" relative to the 20 minute standard or no pick-up at all. This is a substantial number of late pick-ups and no-shows and exceeds the rate in some comparable communities.[1]

## Taxi fares

The current taxi fare in San José is $2.50 for the first one-tenth of a mile ($3.50 at the airport), $2.50 per mile and $25 per hour waiting time.    For a trip of 5 miles with 2 minutes of waiting time, the fare is $15.75 ($16.75 at the airport).

San José's fare was increased in March 2003 and is now among the highest fares in the U.S. San José's current fare ranks fourth when compared with 93 cities with 100 or more taxicabs, as listed in the Taxi, Paratransit and Limousine Association's *Fact Book*. Travelers accustomed to taking taxicabs in other major cities will find San José's fare to be relatively high; among the 13 cities with 1,300 or more metered taxicabs, none have a fare as high as the current fare in San José.

## Driver incomes

Two methods were used to collect information on driver incomes.  First, drivers attending the two focus groups were asked to complete a short questionnaire that included information on the number of trips they provide per day and incomes. Second, cab companies were asked to collect taximeter readings to show overall fare revenue for a sample of taxicabs.

The amount of information gained from these two data collection efforts was not sufficient to draw definitive conclusions on driver incomes due to relatively small sample sizes and the wide variation in fare revenues and driver-reported incomes.   On the driver survey, net incomes were reported to range from a $20 per day loss to $45,000 annual income. On the taximeter readings, daily fare revenues ranged from about $100 to $348.

Drivers in the first focus group, which consisted almost entirely of airport-oriented drivers, reported that they could expect to make about $80-$110 a day.  One driver interviewed separately said he nets about $10 per hour for 13 hour shifts.

These self-reported figures appear to be reasonable for full-time drivers who have access to airport on-demand trips.  An average take-home income of $100 a day would be realized based on the following assumptions, each of which appears to be reasonable:

---

[1] For example, the largest cab company in San Diego has been shown to pick up 87 percent of all calls within 20 minutes, compared with the 78 percent figure cited here.

- 37 percent cab utilization (paid miles as a percentage of total miles), based on taximeter readings supplied by Yellow Cab and United Cab.

- Average fare revenue per paid mile is about $3.15.

- 150 miles driven per day.

- 15 percent tips.

- $103/day expenses, including gate fees, airport per-trip fees, gasoline and vehicle expenses.

# Alternative Service Models

Concurrent with data collection and analysis, three alternative taxicab service models were developed for the purpose of describing and evaluating regulatory and service options for San José.

A Service Options Workshop was held in December 2003 to evaluate and further develop the alternative service models. Participants at the workshop included cab company owners, taxi drivers, representatives from the hospitality industry and City and airport staff. Approximately 55 participants attended the workshop.

Prior to the workshop, participants were sent an eight-page document consisting of an inventory of stakeholder interests and the City's goals, and descriptions of three alternative service models. (See the end of Appendix C for this document.)

The document included evaluation criteria for each service model, using three broad categories for evaluation:

**1. Service to Customer**
- Availability of cabs at airport
- Availability of cabs by dispatch
- Pre-arranged calls served promptly
- Availability of cabs at stands
- Driver courtesy, geographic knowledge
- Safe driving/safe vehicles
- Affordable fares
- Positive public perception

**2. Industry Financial Conditions and Equity**
- Driver incomes
- Financial condition of companies
- Opportunity to grow companies
- Equity among industry groups
- Positive relationship between cab companies and drivers

**3. Regulation and Oversight**
- Compliance with regulatory requirements (licensing, insurance, etc.)
- Smooth-flowing airport operation
- Minimize airport's administrative and management responsibilities
- Minimize city's regulatory responsibilities and enforcement needs

The three service models in the document illustrated three quite different approaches to regulating the taxicab industry and are summarized below:

**Service Model A: Current system with greater city regulation.** Maintains current regulatory framework except that the City's regulatory responsibilities are increased. Additional areas for regulation include setting of industry service standards, requiring management plans from each company to meet service standards and possibly regulating gate fees.

**Service Model B: Medallion system with closed entry and airport open to all San José cabs.** This service model is similar to the regulatory structure in San Francisco. Vehicle permits ("medallions") are issued to drivers as well as cab companies. Drivers who hold a medallion must drive a minimum number of days a year. Each driver must affiliate with a cab company for dispatch and complaint handling. The number of medallion licenses is set by the City. All San José cabs can serve on-demand trips at the airport; airport taxi operations are managed by a contractor selected through a competitive process. As in Model A, the City takes a stronger regulatory role.

**Service Model C: Airport rotation system and open-entry airport.** This model is intended to use the attractiveness of airport trips in a regulatory structure that creates the incentive for companies to develop an effective dispatch service. It continues the current system of issuing operating authority for taxicab service to cab companies (as opposed to medallion licenses to drivers as in Model B) while also providing greater flexibility for drivers to move between companies. Access to on-demand trips at the airport is opened to all cab companies provided they meet standards set by the airport and provided they provide dispatch service to the rest of the city. A rotation system is used to limit the number of cabs serving the airport on any given day to a number sufficient to meet demand for service while also ensuring adequate driver incomes on their "airport" days. A maximum fare replaces the uniform fare currently in place.

At the morning session of the workshop, participants reviewed the inventory of stakeholder interests and city goals and added to the list of interests. The consulting team then described each of the three service models. After lunch, participants broke into four discussion groups. Each break-out group evaluated and commented on each service model based on the three sets of criteria and reported back to the full workshop the results of their discussions.

Throughout the workshop, participants' comments were captured on flip charts visible to the entire group. Appendix C contains the documentation of the workshop discussions as captured on the flip charts.

The consultant team used the comments and discussion at the Service Model Workshop in developing recommendations. Several important themes from the workshop discussions are summarized below:

- **Importance of choice, particularly for drivers**. The issue of choice is most critical with respect to drivers moving between cab companies. Drivers express that they want to be able to move easily among a number of cab companies that have access to serving the airport. These drivers believe that the ability to move between companies will make the companies compete for their services, which drivers believe may result in reduced gate fees, better dispatch service and greater income potential.

  The importance of choice and competition means that the service model adopted in San José should foster competition on two levels: competition among cab companies for drivers, and competition among companies for customers, particularly dispatch trips. The importance of this theme also means that a larger number of cab companies should have access to the airport since airport trips are such an important part of the San José taxi business. Companies without airport access are much less attractive to drivers for this reason.

- **The relationship between driver "happiness" and the quality of service**. One driver summarized this theme by saying, "Happy drivers make for happy customers." The ability to move between cab companies and the opportunity to make a reasonable income are key ingredients to driver happiness. This means that the adopted service model should strike a reasonable balance between the supply and demand for taxi service, particularly at the airport but also throughout the city.

- **The "devil is in the details" for quality taxi service.** Discussion of customer service highlighted many of the seemingly "little" issues that affect the quality of customer service, ranging from the friendliness of cab company reservationists to drivers knowing about special events downtown. City staff commented that the industry is much closer to the customer and customer needs than are regulators. Thus, it is important that the adopted service model assign to the taxi industry the main responsibility for quality of service and assign to City regulators responsibilities that match the functional strengths of governmental agencies such as checking qualifications, issuing permits and enforcing minimum standards. A critical corollary to this point is that City responsibilities must recognize budget constraints that always exist but are particularly heavy at this time.

- **Importance of transparency in driver costs and fees.** Finally, also dealing with financial issues, drivers stressed the importance of value and transparency in the fees they pay, whether gate fees to companies or license fees to the City. Currently, gate fees are paid as one lump sum that covers dispatch, airport access (where applicable) and auto insurance. Drivers lack a basis for evaluating the component costs or whether the costs are reasonable.

These considerations were reflected as the analysis and recommendations as the project proceeded.

Service models discussed at the workshop were further developed and refined after the workshop. Five service models were developed out of this process, differentiated most clearly on how access to the airport is determined. The five options are summarized in the next table. The range starts at the top with the two-concession system that exists today, through variations that provide access to the Airport through companies, to distribution of permits to drivers, to a full medallion system.

| Service Model | Airport Access Service to City | Service to the Customer | Equity and Control in Taxicab Industry | City Regulation and Oversight |
|---|---|---|---|---|
| **Two Company Airport Concession** | Limited to two concessionaires. No incentives to serve rest of City. | Accountability with two companies. Limited driver accountability. | Control with two companies, driver choice very limited to concessionaires. | Least amount of regulation and cost to City and Airport. |
| **Airport Permits Distributed to Companies** | Open to all licensed companies based upon service to City. | Accountability only with companies. Limited driver accountability. | Control with companies. Driver choice limited to companies with permits. | Open Airport requires independent management of taxi dispatch. |
| **Airport Permits to Drivers, Companies** | Permits to drivers and companies. Expands driver choice, retains service incentives. | Accountability shared equally between drivers and companies though service contracts. | Control shared between drivers and companies. Drivers choose company on business plan. | Open Airport requires independent management of taxi dispatch. |
| **Airport Permits to Drivers** | Permits to drivers. Full driver choice, eliminates service incentives for companies. | Accountability shifts to drivers to provide customer service guarantees. | Control shifts towards drivers. Eliminates service incentives for companies. | Open Airport requires independent management of taxi dispatch. |
| **Medallion System** | All operating authority to drivers, eliminates company role. | Accountability with drivers. Limited service requirements. | Control fully with drivers. Company role limited. | Taxicab Commission oversight of medallions. |

Subsequent discussions focused on the merits of each approach and how best to balance the interests of drivers and cab companies while also ensuring an effective workable system that will provide the desired level of service to the public.

# Analysis of Key Issues

This section discusses and draws conclusions on each of the five study issues outlined at the beginning of the report. The conclusions, which form the basis of our recommendations in each issue area, are summarized below and then discussed in detail in the balance of this section.

**Summary of conclusions: Service models**

- The service model should emphasize excellence in taxicab dispatch operations so that the taxi industry serves pre-arranged trips throughout San José promptly and reliably.

- The service model should allow the taxi industry to grow as the market for cab service grows, and should provide incentives for cab companies to market themselves and expand their customer base.

- The service model should provide increased choice of cab companies to both taxi customers and to drivers, with the objective of creating a more competitive and customer-oriented dynamic in the taxi industry.

- The number of cabs working the airport on any given day should be restricted for the purpose of increasing driver incomes without compromising the availability of cabs for airport patrons.

- The new service model for the airport should choose from among several possible methods to attain an appropriate balance between supply and demand at the airport.

**Summary of conclusions: Rate of fare**

- The service model should address the current high fare, which discourages the use of cabs in San José.

- Consideration should be given to establishing a maximum fare, thus allowing cab companies to differentiate themselves from other companies on the basis of price and attract new customers to use cabs.

**Summary of conclusions: Auto insurance**

- A risk purchasing group is a viable alternative avenue for owner-operators to obtain insurance for their vehicles, independently of cab companies.

### Service models and moratorium

The issues connected with taxicab service models go the heart of the choices facing the taxi industry and the City of San José. These include: Should the current service model be retained or an alternative put in its place? Should the City take a more active regulatory role on taxicab issues? Should the number of vehicles or drivers be capped? Should vehicle permits be issued to drivers in the form of medallions? Should the airport continue with the concession system? Should the airport be opened to a broader portion of the taxi industry? How can the downtown business community and residential communities be better served by taxicabs? How should taxi fares be set, and how should fares relate to improving driver incomes?

Analysis of the situation in San José, combined with the experiences of other jurisdictions discussed below, lead to the following main conclusions with respect to characteristics or features of a taxicab service model suitable for San José.

**1. Setting aside airport trips (discussed below), the primary taxi market is for pre-arranged trips dispatched through the cab companies. The service model should be designed so that the taxi industry excels in serving dispatch trips. This means promoting the existence of strong, competitive taxi companies serving dispatch trips.**

San José is not currently a "flag" or "hail" city, and is not likely to become one in the foreseeable future. The volume of business is too low to make flags or taxi stands a primary way for taxi drivers and passengers to connect. This means that most customers will continue to telephone a cab company when they need a cab. Serving this market effectively requires cab companies with strong management, adequately sized fleets and drivers who are oriented to serving the dispatch market.

In terms of service models, the importance of the dispatch market means that cab companies should continue to be the entity that is issued authorization to provide taxicab service. San José would not be well served by a fragmented taxi industry that lacked the means to field well organized cab fleets. We recommend below that permits to operate taxicab service continue to be issued to cab companies, with minimum standards (such as fleet size) to qualify as a cab company.

This emphasis on dispatch can also serve the downtown business community and hospitality industry's need for better visibility and reliability of cab service. This is necessarily the case because there does not appear to be sufficient demand to create active cab stands downtown aside from two hotel stands that currently attract drivers on a consistent basis. Downtown businesses should be able to obtain quick and reliable service through dispatch, however. In fact, some hotels report that they currently wait only a few minutes for cabs to arrive when they call.

The overall goal is to foster a taxi industry that has a number of cab companies with viable dispatch operations. San Diego and Orange County offer examples of communities with multiple cab companies with viable dispatch operations. San Diego has eight cab companies that each operate 45 or more taxicabs, including three with 90

or more cabs. The largest company has somewhat over 300 cabs. Orange County has four cab companies with 75 or more cabs each and three others with 14-22 cabs each.

**2. The SJ market has significant potential for growth in the dispatch (pre-arranged trip) market. The selected service model should allow the taxi industry to grow as the market grows. Ideally, the service model should provide incentives for cab companies to market themselves and expand their markets.**

A comparison of San José trip volumes with those in other cities provides context for evaluating the potential for growth in the San José taxi market.

Table 5 shows the volume of taxi trips in San José, San Diego, Seattle and two counties outside Washington DC: Fairfax County, Virginia (which includes Fairfax city, Reston, Vienna, Falls Church and Tysons Corner), and Montgomery County, Maryland (which includes Rockville, Bethesda, Silver Spring and Wheaton). The suburban DC counties and San Diego are probably the most similar to San José in size and character, while Seattle represents a more urban environment.

Trip volumes in San José are quite low compared with the other jurisdictions shown in Table 5. San José has 1.6 taxi trips per 100,000 residents, excluding on-demand trips originating at the airport, compared with a range of 5.3 to 7.9 for Montgomery County, Fairfax County and San Diego. Focusing on trips dispatched by cab companies (excluding walk-up trips at hotels, taxi stands, etc.), San José has 1.5 dispatch trips per 100,000 residents compared with a range of 5.3 to 13.9 in the other jurisdictions.

San José's relatively low taxi trip volumes are probably due in part to the higher rate of fare in San José compared with these jurisdictions, and to the perception that taxicab service is unreliable. The post-2000 downturn in trips may account for a portion of the difference as well.

Table 5. Taxi trip volumes in selected cities

| Jurisdiction | Population (2000) | Average daily trips, excluding airport* | | Average daily dispatch trips | | Year of trip data |
|---|---|---|---|---|---|---|
| | | Total | Per 100,000 population | Total | Per 100,000 population | |
| San José | 895,000 | 1,450 | 1.6 | 1,300 | 1.5 | 2003 |
| San Diego | 1,223,000 | 9,700 | 7.9 | 6,500 | 5.3 | 1999 |
| Seattle | 563,000 | n.a. | n.a. | 7,800 | 13.9 | 2002 |
| Fairfax County, VA | 970,000 | 5,100 | 5.3 | n.a. | n.a. | 2000 |
| Montgomery County, MD | 873,000 | 5,300 | 6.1 | 4,600 | 5.3 | 2001 |

*On-demand trips from the airport are not included in data for San José, San Diego and Seattle. Note that cabs in Fairfax and Montgomery Counties do not pick up on-demand airport trips.
n.a. = not available

The implication of San José's relatively low taxi trip volumes is that the industry has significant growth potential. This conclusion is supported by the Downtown Business survey results showing that respondents would take cabs more if service improved. Marketing, improved reliability and a lower fare would likely attract additional customers to use taxicabs in the city. While it would not be expected that taxi trip levels in San José would quickly reach the far higher levels in the comparative jurisdictions, a significant level of growth does appear achievable.

The service model can provide incentives for companies to serve dispatch trips by linking access to the airport – a prized goal for most (though not all) cab companies and drivers – to success in building the dispatch market. We propose this linkage in the recommendations.

**3. The service model should provide increased choice of cab companies to both taxi customers and to drivers to create a more competitive and customer-oriented dynamic in the taxi industry.**

Currently, only two companies (Yellow and Rainbow) serve a significant volume of dispatch trips. Customers who need to call for a cab have only two companies that are likely to be able to meet their needs. Nevertheless, despite this minimal level of choice, it is clear that at least some customers exercise the power of choice to try to improve the quality of service they receive. Some hotels and businesses report having changed taxi companies as a result of being dissatisfied with their previous company of choice.

The choice available to drivers is in some respects even more limited than the choice available to customers. Only two companies (Yellow and United) have access to the airport taxi stands. Even more narrowly, drivers who want to work both the airport and the city have only one attractive choice. This lack of choice explains why many drivers stress the importance of opening the airport to more cab companies and easing drivers' ability to move between companies.

Creating more choice for both taxi customers and for drivers – who are also customers although in a different sense – would create a context for a more competitive taxi industry that is more responsive to customer and driver needs. Choice and competition create the incentives for the taxi industry to better serve customers since dissatisfied customers can call a different company.

Choice and competition should also help to improve the relationship between drivers and cab companies, for two reasons. First, drivers who are dissatisfied with one company will have viable options for moving to other companies. Second, drivers at a given company will have the incentive to work with the company closely to provide good service, for otherwise, customers may move elsewhere.

One of the healthy aspects of the taxi industries in San Diego and Orange County is that companies offer a range of gate fees that reflect the value of the business that can be derived from each lease. For example, in Orange County one of the larger companies charges $755 per week for an airport cab, $675 per week for a non-airport cab that can

pickup under the company's Anaheim franchise, and $575 per week for non-Anaheim, non-airport cabs. (The gate fees include dispatch services, vehicle and insurance.) In San Diego, gate fees vary from $400-450 for airport cabs to $300-350 for non-airport cabs.

A critical aspect to creating a more diverse and competitive taxi industry is to change the concession system currently used for airport taxi service. Airport taxi trips currently account for nearly one-half of all trips in San José, making it difficult (although as Rainbow Cab has shown, not impossible) for cab companies without an airport concession to grow. Providing airport access to additional companies will provide a basis for increasing the number of cab companies with significant level of San José operations. Linking the size of cab companies' airport operations to the size of their dispatch operations would create a strong incentive for companies to focus on and build the dispatch market.

**4. The City can evaluate alternatives to the current concession system at Mineta Airport without compromising the quality of taxi service at the airport, provided that limitations are maintained on the overall supply of cab service at the airport.**

Whether to allow access to the airport to additional cab companies is a major issue facing the taxi industry, the City and the airport. It is also a key to addressing other needs including incentives for competition in the dispatch market. If there is to be a change from the current concession arrangement, the issue then becomes, would the airport be able to maintain or even improve the current quality of taxi service with a different system?

Our analysis of this issue concludes that a key consideration to achieving good-quality taxi service at the airport is to balance the supply of cabs with the demand for service. In San José and at other airports, problems between cab drivers and between drivers and customers arise most often when there are too many cabs at the airport. Drivers become frustrated with long waits in the taxi hold, spawning problems ranging from drivers fighting with each other to drivers refusing short trips and being rude to passengers. This is perhaps the best example of the point made at the Service Models Workshop, that "happy drivers make for happy passengers."

The airport began the current concession arrangement in 1994 with the goal of ensuring cab availability, improving the quality of service and avoiding conflicts between drivers from different companies. These were major problems for the airport in the late 1980s and early 1990s. In the airport staff's view, the concession arrangement has largely achieved these goals. The number of complaints about taxi service received by the airport declined from 150-700 a year in 1989-92 to 10 in 2002 and zero in 2003 (as of mid-December).

At first glance it may appear that switching to the concession system was the key to resolving taxi service problems. But the most fundamental change was to achieve a better balance between supply and demand for cabs at the airport; concessions were

simply the mechanism for doing so. Since the concession system was put in place, the number of cabs has declined or stayed the same as compared with pre-concession years, while the number of trips doubled or tripled. Thus, daily trips per cab increased from 0.8 in 1990-91 to 3.5 in 2002-03. See Table 6.

Table 6. Comparison of current and pre-concession airport number of trips, cabs and complaints

| Fiscal year | Dispatched trips | # drivers/cabs | Trips/cab | Complaints |
|---|---|---|---|---|
| 1989-90 | 130,607 | 300 | 1.4 | Approx. 700 |
| 1990-91 | 142,570 | 576 | 0.8 | 280 |
| 1991-92 | 128,750 | Not avail. | Not avail. | 150 to date |
| 2002-03 | 375,000 | 343 | 3.5 | 0 |

Sources: 1989-92 from "Taxicab Fact Sheet" supplied by the airport; undated document apparently from late 1991 or early 1992. The "150 complaints to date" apparently applies to part of the 1991-92 fiscal year but it is unclear what portion since the document has no date.
2003 data from airport staff. Complaints are for calendar year 2003 through Dec. 15.
Trips/cab figures assume that each cab is operated 6 days a week.

The importance of limiting the supply of cabs at airports is shown in the fact that virtually all major U.S. airports constrain the number of cabs serving on-demand trips. Interviews with airport ground transportation managers at the airports we surveyed, including the airports in San Diego, Orange County, Seattle, Sacramento and Oakland, emphasized the importance of having some type of constraint to avoid having too many taxicabs in the holding areas, extensive waiting times for drivers, dissatisfied drivers, refusals of short trips and other service problems.

We next discuss the current supply/demand balance at Mineta Airport and then various methods of controlling the supply of cabs.

**5. The supply of cab service at the airport could be further restricted without compromising the availability of cabs, but with the effect of increasing driver incomes.**

Currently, about 343 San José cabs have access to on-demand airport trips – 263 taxis operated by Yellow and 80 cabs operated by United. With just over 1,000 trips per day from the airport, this means that on average there are 3.5 airport trips per day per cab for the two companies.[1]

The ratio for drivers working the airport is actually somewhat higher than 3.5 trips per day because some drivers do not make any airport pickups. Data supplied by airport

[1] The trips per day figure assumes that each driver works the airport 6 days a week.

staff for a typical day (Tuesday, January 6, 2004) indicated that 219 individual drivers picked up an average of 4.4 trips that day. The figure was higher for United Cab drivers (5.9 trips per day) than for Yellow Cab drivers (3.7 trips per day).[1] These figures are obviously higher for peak travel days and lower for days that have below-average airport trip volumes.

Table 7 compares the situation in San José with several similar West Coast airports. John Wayne Airport in Orange County and Sacramento airport have dedicated fleets or subfleets that primarily or exclusively serve on-demand airport trips. San Diego's Lindbergh Field and Oakland Airport employ rotation systems.

As shown in Table 7, Orange County, San Diego and Oakland airports have more than twice as many trips per cab, for the number of cabs working the airport on any given day, than Mineta Airport. Sacramento airport has about the same number of trips per cab as in San José, but trip lengths appear to be substantially longer (the distance downtown is greater and there are some very long trips, e.g., to Tahoe and Reno).

Ground transportation managers at John Wayne and Lindbergh report that cabs are nearly always available to airport patrons. In San Diego, on the unusual occasion when more cabs are needed, the airport can call in cabs not scheduled to work the airport that day.

The experience of these airports indicates that the number of cabs with access to the San José airport on any given day could be reduced while maintaining an adequate supply of cabs, with the result of increasing the number of trips for each driver.

Table 7. Taxi dispatching at selected airports

|  | # taxi trips dispatched, 2002/03 | # cabs with access to airport on any given day | Dispatched taxi trips per cab per day* |
|---|---|---|---|
| San José (Mineta) | 375,000 | 343 | 3.5 |
| Orange County (John Wayne) | 275,000 | 110 | 7.4 |
| Oakland | 59,000** | 80 | 8.1 |
| San Diego (Lindbergh) | 602,000 | 180 | 9.2 |
| Sacramento | 53,440 | 48 | 3.6 |

\* For San José, Orange County and Sacramento, assumes that drivers work six days a week. For San Diego and Oakland, assumes that all drivers work on their rotation days.

\*\* Oakland trip data are for the months of August-October 2003; full-year data not available.

---

[1] Note that Yellow drivers can more easily supplement their airport trips with pre-arranged trips dispatched through the computer, whereas United has relatively few dispatched trips.

**6. Several alternative mechanisms are available for constraining the supply of cabs at the airport. The service model should adopt one of these methods to provide for limiting the number of cabs at the airport on any given day, and ideally, should reduce the number from current levels to better balance taxi supply with demand.**

Concession agreements are only one of several effective methods of controlling the supply of taxicabs at airports. The experience of other airports illustrates alternatives to the current arrangement at Mineta San José International Airport.

Controls on the supply of cab service at airports may involve direct airport-imposed controls or indirect controls through citywide regulation of the size of the industry. In either case, airport taxi operations are usually managed either by contractors (San Francisco, Oakland, San Diego) or less often, by airport staff (Boston, Las Vegas). A variation of contracting occurs at LAX, where an industry consortium composed of the nine city-franchised taxi companies manages the taxi operation.

The indirect approach to constraining supply tends to be found in major cities where the citywide cap on the number of taxicabs effectively constrains the supply of cabs at the airport. Because in these cities drivers have the alternative of working strong downtown hail markets, a reasonable balance is struck between supply and demand at the airport. When driver waiting times become excessive in the airport hold areas, drivers have the alternative of leaving the airport and seeking passengers in the downtown area. Examples are San Francisco, Las Vegas, New York, Boston and Chicago. The presence of strong downtown walk-up markets (flag or hail) make these cities fundamentally different from San José. As a result, the indirect control approach is not appropriate for Mineta Airport.

Constraining the number of cabs at the airport thus needs to follow an airport-specific approach. Two basic methods are seen at other airports: subfleet and rotation methods. These methods can be used singly or in combination.

The **subfleet method** involves limiting the cabs picking up on-demand customers to some portion of the cabs licensed in the city. The subfleet approach is similar to a concession in that the number of cabs allowed to work the airport is limited, but different from a concession in that generally most or all cab companies have at least some vehicles with airport access. One example of a subfleet approach is seen in Orlando, where 75 percent of each cab company's vehicles are given airport access. Similarly, in Las Vegas, restricted taxi permits are issued for cabs that are not allowed to pick up at the airport or the "Golden Triangle" area that includes the Las Vegas strip. A somewhat different approach is seen in San Diego and Oakland, where the airport in each city has issued airport permits to a portion of the cab industry. Only cabs with an airport permit can pick up on-demand customers at the airport.

The **rotation method** involves assigning each cab certain days that it can work the airport. Drivers on their non-airport days must work elsewhere in the city. LAX is an

example of an airport with a rotation system for all cabs. Each Los Angeles cab can pick up at LAX one day in five on an ABCDE rotation system.

San Diego illustrates the rotation method combined with the subfleet method. In the original implementation of the system, each of 450 permits entitled cab owners to work the airport one day in three. Oakland also combines a permit and rotation system; each of 150 cabs with an airport permit can pick up one day in two. In addition, 40 CNG-powered cabs can pick up every day, as an incentive to use CNG.

One of the advantages of rotation systems is that the airport can call in additional taxicabs if they need additional service during peak times. The airport taxi manager simply notifies cab companies when additional cabs are needed and drivers are notified by the companies via two-way radio. LAX opens the airport to the next letter in the rotation when additional cabs are needed. Thus, if more cabs are needed on a "B" day, the airport calls in "C" day cabs. San Diego occasionally calls in additional cabs when needed.

The rotation system also creates the opportunity to adjust the supply of cabs as demand changes. Several years ago, the San Diego airport changed the rotation from one day in three to one day in two to increase the number of cabs at the airport each day from 150 to 225. This proved to be too large a change; driver waiting times lengthened considerably, which translated into poor customer service and an increase in complaints. Because of these problems, airport staff then adopted the current two-day-in-five rotation, explicitly to increase driver incomes. Airport staff calculate that average driver wait times are 45 minutes; staff estimate that drivers gross $200-250 per day on airport trips (not including any trips originating outside the airport) and take home $100-150 per shift.

San Diego illustrates another feature that is created in a rotation system. Multiple airport permits may be used on a single taxicab so that a given cab can work the airport as often as every day. In the one day in three rotation system, a cab with two airport permits could work the airport two out of three days; a cab with three airport permits could work everyday at the airport. (The system is somewhat more complex under the current two days in five system, but with an analogous result.)

Case 5:07-cv-06171-RMW    Document 16-2    Filed 12/28/2007    Page 33 of 40

### *Rate of fare*

Traditionally, cities' fare-setting processes focus on whether to increase the rate of fare and, if so, how to determine the amount of the increase. Accordingly, one of the issues raised for this study concerns the methodology for setting the rate of fare. In the course of our analysis, however, we broadened the issue to view the fare in the context of creating a more competitive taxi industry, a topic we address first.

**1. San José's taxicab rate of fare is quite high. Addressing the high fare is an important element in marketing cab service and improving the viability of cabs as a transportation option.**

As discussed earlier, San José's current taxi fare is among the top 5 percent of fares in the U.S., and higher than the fare in any major taxicab city. The high fare discourages taxi usage and projects a poor image for the taxi industry. Thus, before addressing the issue of a fare-setting methodology, we address the issue of the current high fare level.

Just as the City can increase the taxi rate of fare, the City could reduce the fare. We do not view this as an attractive option, however. While a fare reduction would make taxi service more attractive to potential customers, it would not foster a more competitive environment in the industry.

A more promising approach to the fare issue is for the City to establish a maximum rate of fare. Each cab company could then charge any rate it chooses up to the maximum. The overall advantage to a maximum fare is that it allows cab companies to compete on the basis of price as well as based on service quality. As a perusal of newspaper advertisements for airline tickets, cell phones or computers readily shows, price is a primary strategy used by many types of companies to attract customers. In contrast to more subtle aspects of service quality that may have to be experienced to be known, an attractive price can be highly effective in drawing new customers to a service provider.

In the current situation, a maximum fare would enable cab companies to target their marketing to particular customer segments that they identify as ripe for growth. Examples might be trips to San Francisco or elsewhere outside Santa Clara County, and markets such as seniors or others who are particularly price sensitive. Some companies might limit fare reductions to targeted markets. Some companies might reduce their overall rate in order to distinguish themselves from competitors and enlarge their market share.

Although not common, other cities have adopted maximum fares. Seattle had a maximum fare at one point and San Diego has used this approach since the taxi industry was re-regulated in 1984.

The details of San Diego's implementation of a maximum fare are worth noting. San Diego regulators require that each cab company[1] establish a uniform rate of fare that is used for all cabs operated under its color scheme. The rate must be filed with the regulatory body, the Metropolitan Transit Development Board. The maximum fare is adjusted annually and is computed at 20 percent above the weighted average fare of the cab companies.

It should be noted that fares charged for trips from the airport are handled differently. All cabs dispatched at the airport use the same rate, which is adjusted periodically and is currently the same as the maximum city fare.

**2. Future increases in the maximum fare would reasonably be based on increases in the cost of living.**

Even with a maximum fare approach, a methodology must be determined for changing the maximum fare level.

Most U.S. cities that have a defined methodology for determining the taxi fare follow essentially one of two approaches. The first approach is to periodically adjust the rate of fare based on a defined benchmark intended to reflect operating costs. The benchmark may be as simple as the consumer price index. Alternatively, the benchmark may be an index of expenses related to operating taxicabs (e.g., vehicles, gasoline and insurance).

The advantage of this approach is its relative simplicity and objectivity. The benchmarking approach tends to ensure that the fare is increased on a fairly regular basis as costs of operation increase. This helps to keep the taxi industry on a sound financial footing and, with periodic adjustments, avoids a situation where a large fare increase comes as a shock to taxi users.

The second approach is to base fare changes on a detailed analysis of taxi industry operating costs and revenues. This approach allows policymakers to target a desirable level of income per cab for vehicle expenses, dispatch services and driver incomes. The advantage to this approach is that policymakers can target certain policy outcomes such as higher driver incomes or funding for upgrades to vehicles or other aspects of service.

One disadvantage to this approach is that it is more labor-intensive, as regulatory staff need to make detailed estimates of revenues and operating costs. More fundamentally, this approach may have unintended consequences where the number of cabs is not regulated. In this situation, cab companies may expand the number of taxicabs in their fleets, or new companies may enter the market, after a fare increase. With the increased revenues spread over more vehicles, the amount of money for each cab and each driver may increase at a lesser rate than the fare increase, or not at all.

---

[1] In the San Diego regulatory structure, the regulation applies to radio service organizations, which include driver cooperatives as well as traditional cab companies.

## *Auto insurance alternatives*

**1.  A risk purchasing group is a viable alternative avenue for owner-operators to obtain insurance for their vehicles, independently of cab companies.**

At the onset of the study, conditions were identified that would define the ability of drivers to obtain insurance coverage through an insurance pool or alternative mechanism. These were:

- A hard insurance market for taxicab coverage;

- The limited resources of independent taxicab operators to fund a self-insurance pool, insurance captive or risk retention group;

- The ability of local independent drivers to establish an organization or association that could achieve the desired economic scale in order to form a risk purchasing group; and

- The level of authority and responsibility that the City of San José wanted to maintain in managing the independent drivers.

The initial review of the project identified four major alternatives to the direct purchase of conventional insurance by independent drivers. These alternative risk financing methods are generally (1) insurance pools; (2) captives; (3) risk purchasing groups; and (4) risk retention groups. They are defined and distinguished as follows:

**Insurance Pools** – A risk financing method in which each member of an insurance pool shares in each and every risk written by other members of the pool. As a self-insurance method, private pools are used by a wide variety of industries. The risks tend to be centralized in more labor-intensive and hazardous industries, in which risks are usually greater and more difficult to place with traditional insurance carriers.

**Captive insurance company** – A risk financing method or form of self-insurance involving the establishment of a subsidiary corporation or association organized to write insurance. It is a special type of insurance company set up by a parent company, trade association or group of companies to insure the risks of its owner or owners, in which entities in a common industry join together to provide members with liability insurance. Captives are domiciled either in a country outside the United States or in one of the few U.S. states that authorize them, e.g. Arizona, New York, Montana, Nevada).

**Risk Retention Groups (RRG)** – A group self-insurance program or group captive insurance company formed under provisions of the Liability Risk Retention Act of 1986, by or on behalf of businesses joined to insure their liability exposures. Members of an RPG generally are from the same industry and have banded together to capitalize and literally own their own insurance company. An RRG can issue policies and assume risk.

**Risk Purchasing Groups (RPG)** – An insurance buyers group formed to obtain coverage from homogeneous liability risks from an insurance company. Members have banded

together to purchase a master policy from a carrier that assumes the risk. An RPG cannot issue policies nor assume risk.

Self-insured retentions and large deductible programs can be elements of the above alternative approaches.

The applicability of any of these alternative risk-financing methods to the San José taxi program depends on the state's regulations of such approaches and the inclination of certain insurance carriers to participate in such programs. In addition, certain other factors could apply to a possible alternative program for San José's taxicab drivers. They include:

- Qualifications of individual members to be a part of any risk financing group, including financial capability, past performance in terms of losses, quality of management and operations, size of fleet and condition of fleet;

- The funding capacity of the members to fully capitalize their own insurance program, as well as generate sufficient cash flow for the group program;

- The tax implications for individual members;

- The willingness of an insurance carrier or group of carriers (policy issuers) to provide the master policy for the taxi class of business and the taxicab driver group;

- The availability of reinsurance to the program and carrier;

- Available state regulatory authority that allows the creation of any of these alternative risk financing methods for the San José's taxicab drivers;

- The compatibility and feasibility of the group's underwriting criteria with the individual situations of members, in terms of such criteria as driver standards, eligible equipment, eligible activities or services, required levels of coverage, required permits and licensing, financial standards (including the willingness to open financial records to other members).

The first three alternatives mentioned above do not appear to be feasible for this group of drivers because of the substantial financial requirements involved in each alternative. Contributions towards the self-insurance or self-funded level of an insurance pool, a captive and a risk retention group would be in a range of $ 3,000,000 to $5,000,000 for the group of individual participating driver-owners. A broker or managing general agent could fund the initial start-up self-funded cost of $3M-$5M for one of the methods and then collect contributions from individual members of the group. However, it is not likely that a broker or managing general agent would provide this initial investment in this case.

Another factor that makes the first three risk financing alternatives not feasible for the owner-operators is the reluctance of re-insurers to deal with a group with fragmented ownership of the pool, captive or RRG.

As to the fourth option, it appears that a risk purchasing group could be formed and managed for the independent drivers (drivers who own their own vehicle).

The general parameters of the San José Independent Taxicab Drivers Risk Purchasing Group (RPG) would include the following:

- Coverage limits of $300,000 single limit in auto liability.

- Coverage limits greater than the $300,000 level would be purchased for drivers on an individual basis outside the program.

- Individual review and qualification of owner-operator, independent drivers, including:

    - Motor Vehicle Record (MVR)

    - Vehicle Identification and Proof of Ownership

    - Years in Business

    - Age of the Driver

- Administration of the program would include such services as all individual billings, certificates of insurance, cancellations, re-instatements, claims and group and individual status reports to the City of San José. The program's insurance broker would provide administration and account services and free the city of any additional administrative burden.

Each vehicle would be rated separately based on motor vehicle records, with premiums set based on accident histories and other relevant factors. This individual rating of vehicles creates an incentive for safe driving, since drivers with poor records would pay higher premiums.

**Potential carrier interest**

In today's "hard market" for the taxicab service sector, there are about four admitted major companies doing business in California. Initial contact has indicated interest by some of these companies to develop a program for the *San José Independent Taxicab Drivers Risk Purchasing Group (RPG)*.

**Premiums**

Current premiums for individual owner-operators in the San Francisco Bay Area territory are estimated $5,500 to $6,000 per vehicle. While fleet operators are currently paying equivalent rates in the Bay Area, one must consider that the fleet operators may be participating in a large deductible program and including insurance charges in gate fees, while leasing the vehicle over a number of shifts. It must also be understood that

actual individual premiums are subject to actual motor vehicle records/loss histories, driver age, operating territory, specified coverage limits, and taxicab driver experience. In concept, an RPG should produce some degree of lower rates for drivers from what they are currently within their gate fees to the taxicab fleet operators. The actual premiums will be subject to negotiations with interested carriers and the incorporation of such items as a financing package, a rating system of drivers and the overall condition of the taxicab insurance market.

Since each owner-operator is rated on an individual basis, premiums among various drivers could vary. Again, this will depend on their individual motor vehicle records/loss histories, age and experience. However, good drivers would not be penalized by the performance of those with less than perfect performance. Individuals would also know their exact cost of the insurance for their vehicle.

Payment of premiums would be based on an annual schedule. It is likely that owner-operators will elect to finance their premiums. In such a case, finance companies will only finance on an annual basis, with drivers making monthly payments.

**Formation of an RPG**

Given that an association of San José's independent owner-operators has been formed and that from 175-250 independent drivers are interested in their own insurance program, the next steps will generally consist of the following actions:

- Develop a history of premiums and losses for the group for interested carriers' review or utilize an interested carrier's own premium-loss information for the San José territory;

- Develop and negotiate the initial program parameters for the select group, e.g. rating system, financing program, rates and terms with the interested carrier;

- Have the selected carrier file the negotiated rates with the State Department of Insurance on behalf of the association;

- Allow for a time period of 60-120 days to set-up the San José driver's RPG;

- Commence the program, including offering the program to all active and potential members of the association; and

- Have the interested drivers submit individual applications for coverage under the RPG program, including their MVRs and other personal application information.

**Individual requirements**

Again, Individual rating of drivers and setting of premiums based upon:

- Motor Vehicle Record (MVR)

- Vehicle identification and proof of ownership
- Years in business or driver experience as a taxicab driver
- Age of the driver

**Program administration**

An RPG creates a great deal of transactional activity among the broker presenting the program, the insurer providing the individually rated coverage, and the insureds.

Activities include, but are not limited to the following:

- Completion and submission of applications for coverage by the insured and broker:
  - Loss runs
  - MVRs
  - Other applicant information
- Acceptance, review and rating by the insurer;
- Payment and/or financing for the stipulated coverage by the insured;
- Binding of coverage with the insured;
- Transmission of payments to the insurer; and
- Servicing of the account, including payments, cancellations and follow-ups with insureds, re-instatements, change requests, claims report in-take and follow-up, and issuance of certificates of insurance.

The City of San José's concern is in-place insurance coverage of taxicabs operating within the city and the naming of the city as an additional-insured on certificates of insurance. Since the broker for an RPG program would normally handle the above account activity, a broker could also provide support services to the city by performing certain administrative functions as a part of the RPG. These services for the city would include the following:

- Regular reports (i.e. monthly written and on-line current reports) on the current list of insureds in the group, including insured name, address, policy number, policy period, coverage limits and type.

- Periodic meetings (i.e. quarterly) to report to the group and to the city on the status of the program.

- Immediate notification of cancellations to the city and taxi company that are reported to the broker by the insurer. (An insurer generally notifies both the insured and the broker of a notice to cancel.)

- Provision of individual certificates of insurance

Cab companies would also be named as an additional insured on certificates of insurance. As both the City and cab company would be notified by the broker in the case of cancellation, both the City and cab company would be able to take appropriate action to protect public safety.