# EXHIBIT A – PART 2
# DECLARATION OF ROBERT LOCKHART

# Recommendations

Our recommendations are designed to address each of the issues discussed in the previous section and form an effective, fair and flexible taxicab regulatory structure that will serve the city for years to come.  These recommendations:

- Create and strengthen market-based mechanisms and incentives aimed at improving customer service, balancing supply and demand for cabs, increasing driver incomes and setting competitive fares.

- Increase the number of companies and drivers with access to Mineta Airport.

- Make both cab companies and drivers directly accountable for the quality of cab service at the airport.

- Provide drivers with the opportunity to obtain airport permits.

- Provide drivers with the opportunity to obtain permits to operate their vehicles as taxicabs and obtain insurance independently of cab companies, without creating an undue administrative burden for the City.

- Provide drivers with a real and meaningful choice of cab companies and the opportunity to move between cab companies.

- Provide cab companies with the ability to adjust their service levels to meet customer needs.

- Overall, create a more competitive market dynamic in the taxi industry.

We believe that these recommendations will enhance the taxi industry's position in the San José transportation system and strengthen the ability of the industry to meet the internal needs of companies and drivers and external customer-driven needs.

These recommendations will foster the development of a taxi industry with a number of cab companies that have viable dispatch services while also serving airport walk-up trips.  The industry will thus offer both customers and drivers greater choice of cab companies.  Drivers will also have the choice of working for a range of companies, with gate fees priced to reflect the income potential.

Appendix D contains a summary of the recommendations and further detail describing a preliminary implementation plan.

## *Service model*

**1. The City of San José should issue licenses to taxicab companies to provide taxicab services, similar to current ordinance provisions.**

This recommendation represents a continuation of the current practice of issuing "operating authority" to cab companies. For clarity, we recommend calling this a license to provide taxi service. This recommendation supports the goal of creating strong, competitive taxicab companies.

**2. The City should issue taxicab vehicle permits to both taxicab companies and individual drivers. Drivers who hold vehicle permits should be required to affiliate with a cab company and to obtain auto insurance through an entity such as an insurance broker who agrees to track and report driver insurance status to the City, as described in the insurance recommendations below.**

Currently, vehicles are required to be registered to a cab company, although a driver may be the titled owner (lien holder). This requirement means that drivers who own their vehicle are required to sign over the vehicle registration to the company they work for, which also provides the insurance. Some drivers want to be able to register the car directly in their own name. They would also like to form an insurance pool or similar arrangement and believe that they may reduce insurance premiums by doing so.

This recommendation responds to these driver concerns by allowing drivers to directly obtain the vehicle permit from the City.[1] Drivers would also register the vehicle in their own name, thus being the registered owner, the titled owner (lien holder) and taxicab permit holder.

Drivers would be required to affiliate with a cab company and register their affiliation with the City. The City would continue to work through the cab companies when issues arise with drivers, e.g., customer complaints. Drivers would be able to obtain auto insurance through a risk purchasing group as described in the insurance recommendations below.

This recommendation supports the goal of using drivers' ability to move between companies to create a competitive market for drivers, and thus hold gate fees to reasonable levels. Drivers would be able to "shop" different cab companies to obtain the best combination of airport access, volume of dispatch trips and gate fees. The competitive dynamic introduced by drivers being able to "shop" the companies is expected to result in a range of gate fees offered by the cab companies. Gate fees would

---

[1] Note that under the recommendations the City would issue three categories of licenses or permits: licenses to taxicab companies to provide taxicab service (see Recommendation 1), taxicab vehicle permits to operate a vehicle as a taxicab (issued to both companies and drivers), and a taxicab drivers permit (no change in current practice). The airport would also issue taxicab airport permits as described in a later recommendation.

reflect whether the cab had airport access, the volume of dispatch trips a driver could expect to obtain, among other factors.

**3. Mineta Airport should issue airport taxi permits to San José drivers and cab companies. The permits should provide access to pick up on-demand customers at the airport taxi lines on an alternate-day rotation system.**

This recommendation furthers the goal of broadening the access of San José taxi companies and drivers to serving the airport taxi stands.

Airport permits would provide drivers with a high level of mobility between companies, since drivers' access to the airport would not be conditioned on finding a company that would lease a cab with a permit to them.

Combined with the next recommendation, the airport permit system uses access to the airport as an incentive for companies to develop effective dispatch operations that serve the rest of the city. Thus, the recommendation supports the goal of creating multiple strong, competitive taxicab companies.

The alternate-day rotation reflects the current ratio of airport trips to total trips in San José. The system creates a strong incentive for cab companies to develop a viable dispatch business because drivers will not want to work for a company that provides them with few dispatch trips on drivers' non-airport days. Drivers will be more attracted to companies that provide a consistent flow of both dispatch and airport trips.

Driver airport permits would be issued to drivers based on volume of airport service in the past 6 to 12 months. Airport permits would provide drivers with access to picking up at the airport taxi stand. Since the permit is issued to the driver, not the cab, other drivers would be allowed to drive the cab but not pick up at the airport. This approach ensures accountability of each driver with an airport permit who will be committed to serving the airport. This approach also prevents there from evolving a two-tier system in which some drivers lease airport permits to other drivers.

Driver and company airport permits would be non-transferable. Drivers would have the right to renew the permit annually, provided that permit requirements are met. Driver airport permits would revert to the City when no longer used and be re-issued to another driver based on volume of past airport service. Company airport permits would be reissued in the annual reallocation process described below.

Provision should be made for occasions when drivers go on extended vacations, which typically involve trips to home countries. Two options should be allowed:

- Drivers who hold an airport permit may let another driver use the permit for a period of between 2 weeks and 3 months, no more than twice per year and for an overall maximum of three months duration per annum. Service requirements would continue to apply to the permit.
- Alternatively, drivers may put the permit in "storage" for the period of the vacation and service requirements would not apply.

**4. After a two-year transition period, company-held airport permits should be allocated to cab companies based on each company's volume of non-airport trips picked up in San José. Permits should be reallocated annually based on updated trip volumes. The initial allocation of permits should include a minimum number of 7 per company to provide a base of airport business for each San José cab company in the first two years. The minimum fleet size for taxicab companies receiving airport permits should be 15 taxicabs after a two-year transition period.**

This recommendation is a key part of providing incentives for cab companies to build their dispatch business since the number of airport permits issued to each company would be dependent on each company's volume of non-airport business. Companies that increase their dispatch operations can thus increase their share of airport permits. Companies with little non-airport business would receive a proportionately smaller number of airport permits in subsequent reallocations of permits.

The minimum fleet size of 15 cabs is recommended because the City's current minimum of five taxicabs is not sufficient for companies to provide a satisfactory level of dispatch service in San José. The higher minimum fleet size thus supports the goal of creating a taxi industry with effective dispatch operations. The requirement should be phased in during the first two years to allow companies time to increase the size of their operations and should be applied only to companies serving the airport. It is not important for other companies, particularly cab companies that primarily serve other cities and may want to be able to pick up the occasional customer in San José, to meet the 15-vehicle minimum.

An important issue is the division of airport permits between companies and drivers. After extensive discussion with the Taxi Advisory Team, a division of 167 permits to drivers and 133 permits to companies is recommended, assuming 300 total airport permits as recommended below. This allocation ensures that drivers who primarily work the airport can obtain an airport permit while also providing sufficient airport permits to companies to provide incentive for companies to build their dispatch business and serve City trips.

Another important issue involves setting the initial allocation of airport permits. A number of alternatives were considered in the course of discussions with the Taxi Advisory Team. One option is to use a formula based on the estimated current number of non-airport trips for each company. Another option is that the formula could use the number of taxicabs operated by each company. A third option is a formula based partly on the number of non-airport trips and partly on the number of taxicabs operated by each company. A fourth option is to use a competitive process in which each cab company would submit their plans for serving the airport and the rest of the city.

The final recommendation on this issue is that a minimum allocation of 7 airport permits per company should be made, and the remaining airport permits should be allocated based on total trips served in San José. This approach ensures that each company starts with a reasonable base to build its business. It should be expected that companies will be able to attract some drivers with airport permits to add to their stock of company-held permits. The minimum of seven company airport permits per company

follows the ratio of driver to company airport permits to reach the minimum fleet size of 15 cabs after two years.

Based on this approach, the allocation of company airport permits would be: Yellow 45, United 19, Rainbow 13 and the other eight companies, 7 permits each.

After the two-year transition period, airport permits should be allocated based on the volume of non-airport business served by each company. The volume of non-airport business may be measured by size of cab fleet, mileage or counts of non-airport trips.

New companies should be able to become "airport companies" upon showing that 15 or more airport drivers will affiliate with the company. New companies would obtain company permits in the annual re-allocation of company permits.

**5. The total number of airport permits should be set to ensure sufficient supply of cabs while minimizing taxicab wait times in holding areas. Three hundred (300) airport permits should be issued initially, with 60 permits classified as "conditional" airport permits. The number should be adjusted as needed based on experience and changes in trip volumes.**

This recommendation furthers the goal of striking a better balance between supply and demand for cabs and improving driver incomes for the days that they work the airport.

The number of permits issued needs to balance the need for a sufficient supply of cabs at the airport with the need to assure drivers of a sufficient number of trips on their airport days. A reasonable trip goal would be 10 trips per airport day, including "return" trips picked up after dropping off a customer. The recommendation below would mean approximately eight airport-originating trips per day for cabs actively working the airport.

At current airport trip volumes, 300 alternate-day airport permits are expected to achieve the twin goals of a sufficient supply of cabs at the airport and reasonable trip volumes for drivers. Currently, between 150 and 175 drivers pick up one or more trips at the airport during peak times (e.g., Monday morning, Friday afternoon/evening). Approximately 40 percent (or sometimes more) of these drivers pick up only one or two trips during five-hour peak periods, however. Under the alternate day plan, drivers are likely to focus intensively on airport service on their airport days. Thus, we expect that drivers would generally pick up at least three trips during peak periods. An analysis taking into account higher per-driver trip volumes as well as likely vehicle downtime concludes that 150 vehicles (300 alternate day permits) will satisfy current airport needs. The conclusion is supported by experience at John Wayne Airport in Orange County, which has a similar ratio of airport permits to airport taxi trips.

The City and Airport should closely monitor the number of cabs serving the airport, customer waiting times and driver trip volumes. The number of airport permits should be adjusted based on experience and after consultation with the Taxi Advisory Team. By issuing 60 conditional airport permits, the City and Airport would have a means to

reduce the number of airport permits if experience shows that we have overestimated the need. Conversely, the City and Airport should issue additional airport permits if the 300 number is insufficient to meet current service needs and as trip volumes increase.

**6. Airport permits should be issued to San José drivers and cab companies that meet service, vehicle and driver requirements. Contracts with drivers and cab companies should hold them accountable for service quality, ensure labor peace and facilitate healthy business relationships between drivers and companies.**

Airport permits would carry obligations similar to those in the current concession agreement concerning customer waiting times, vehicle and driver standards, alternative fuel and accessible vehicles and provision of minivan-size vehicles. Each permit holder (company and driver) would sign contracts with the airport agreeing to these service requirements. Similar to the current concessions, liquidated damages would be assessed to permit holders when the service standards are not met.

Drivers and companies with airport permits would be required to meet service-level standards for both airport service and City (non-airport) service. For drivers with airport permits, service requirements would be:

- Drivers must work the airport 70% of days they have access (5 days out of 7 days).
- Drivers must serve non-airport trips 70% of the other days (also 5 days out of 7 days), including working dispatch at least 50% of non-airport days.
- Driver must pick up a minimum four (4) trips each day to count the day toward meeting the respective service requirements.

Service requirements for company-held airport permits track the requirements for drivers. Cabs with company airport permits must be in service 70% of days they have access to airport, and 70% of other days as well. Days in which at least four trips were served would be counted toward meeting the service requirements.

Compliance with airport service requirement can be verified through airport-collected trip data. The airport management company (see below) would track these data. Non-airport dispatch service would be verified through company records of trips served by each driver and cab.

Airport permits should be put only on cabs that pick up exclusively in Santa Clara County. This limitation prevents cabs from Oakland or San Francisco from working the airport on airport days and those cities on non-airport days – which would defeat the objective of improving City (non-airport) service in San José.

The contracts between the airport and airport drivers and cab companies should include several provisions to ensure labor peace and healthy business relationships between cab companies and drivers. The contracts should provide for a dispute resolution process between cab companies and drivers. To help avoid the need to use a dispute resolution process, the contracts should mandate that in consultation with drivers, each cab

company establish a mechanism for regular and open communication between company managers and drivers, such as periodic open forums, drivers council, etc. The exact form will vary by company depending on the preferences of the company and drivers. Both drivers and the company should agree to the form to be used.

The contracts should also mandate that companies provide drivers who are affiliated with the company or interested in affiliating with the company with a *"Company Plan and Offer to Drivers."* Companies would formulate this plan and offer in consultation with drivers as described in the previous paragraph. The *Company Plan and Offer to Drivers* would contain the following:

| 1. Company plan: | ▪ Current and anticipated trip volumes<br>▪ Current and planned number of cabs and drivers<br>▪ Fares, including flat fares and discounts<br>▪ Company marketing and advertising |
|---|---|
| 2. Offer to drivers: | ▪ How drivers will make money working at this company<br>▪ Gate fees including itemization (cost of insurance, dispatching, alternative fuel/minivan fee as described below, etc.)<br>▪ Subsidies for minivans and alternative fuel vehicles.<br>▪ What company expects of drivers. May include driver requirements, responsiveness to working certain hours as needed, accepting dispatch calls, procedures if turn down dispatch calls, etc.<br>▪ Policy on fare discounts (e.g., whether discounts are deducted from driver income or reimbursed in whole or part by company)<br>▪ Number of dispatch trips per cab drivers can expect to be offered. |
| 3. Contract-enforceable terms: | ▪ Specific terms of Plan and Offer that will be incorporated by reference into Airport Contracts and thus be binding on company and driver without running afoul of California independent contractor issues. |

**7. Mineta San José International Airport should contract for management of the taxi operation through a competitive process.**

To make possible replacement of the current taxi concession system with an airport permit system, management of taxi operations at the airport should be contracted to a third party. The airport should issue a request for proposals for management of taxicabs and select an entity based on a competitive process. The contractor could be an independent management company (as in Oakland, San Diego and San Francisco), an industry consortium composed of cab companies (as at LAX), a driver association (similar to Sacramento and somewhat similar to Stita in Seattle) or other entity.

The contractor should be responsible for providing dispatchers ("starters") at airport taxi stands and for ensuring availability of taxicabs at the airport. The contractor should be empowered to control the number of cabs at the airport by calling in cabs on their non-

rotation days and by use of other incentives such as reduced fees for drivers serving the early morning time period.

The contractor should also be responsible for providing and maintaining clean and appropriate facilities at each taxi holding lot. Facilities should include appropriate food and relief facilities for drivers.

Costs for the contractor would be funded through the per-trip fees. The contractor would collect these fees from drivers directly, most likely through a voucher slip system (as in Oakland), an AVI system or magnetic or "smart" cards, similar to transit farecards. The amount of the trip fee would be determined based on contractor bids. The contractor would be selected in a competitive process in which price would be one important selection criterion.

Although we have not made a formal cost estimate of contracting out management of taxi dispatching, it appears that a per-trip fee of up to $2 is a reasonable estimate. This figure is based on taking the billable rate paid to the contractor at SFO and assuming that there are two dispatchers and one supervisor at Mineta Airport for 18½ hours per day, and a part-time manager who works 1,000 hours a year. The $2 per trip fee also appears reasonable when compared with the $2.50 fee at Oakland Airport, which covers the contractual fees and a portion of the airport's in-house costs, and the $2 per trip that is used to cover the costs of the consortium of cab companies that runs the taxi dispatching at LAX.[1]

The $2 per trip is possibly a high estimate given that the billable rate at another airport we checked – JFK in New York – is 30% less than the SFO billable rate.

Regardless of the exact trip fee that would be charged to cover the cost of a contractor, it appears likely that the fee would be higher than the amount drivers currently pay to Yellow Cab and United Cab ($1.10-$1.30 per trip).

## *Rate of fare*

1. **A maximum and minimum rate of fare should replace the current uniform taxicab fare. Each cab company would set its rate of fare at or between the maximum and minimum rates. Companies should also be given the option of charging flat rates for trips outside the county.**

The City should provide taxi companies with the flexibility to reduce fares from their current high levels. The City would set a maximum fare and a minimum fare at 80 percent of the maximum metered fare. Each cab company would be allowed to charge the maximum rate, the minimum rate or something in between. Each cab company should be required to file a rate of fare with the City that applies to all cabs operating

---

[1] The $2 at LAX is a portion of the total trip fee, the balance of which is used to partially cover LAX in-house costs.

from the company. Cab companies should also be permitted to offer discounts to their filed rate; e.g., 10 percent off coupons and discounts for return trips to the airport.

Cab companies should be permitted to charge flat fares for trips that are destined to locations outside Santa Clara County and for business accounts. Each company should be required to file with the City its schedule of flat fares that are charged to the general public. Flat fares should be at or below the metered fare for a trip from San José to the destination.

This recommendation addresses the current high fare that discourages taxicab usage and thus offers the taxi industry the opportunity to attract new customers. Under our recommendation, taxi companies have several means with which to offer lower fares, including reducing their standard rate of fare, offering flat fares for longer trips and discounting the fare as part of promotions that may be aimed at particular customer segments.

A maximum fare will also enhance competition among cab companies by allowing companies to compete with each other and with other transportation providers, such as sedans and shuttles, based on price. Price is a prime way that providers of transportation and other services build market share – witness the prominence of prices in advertisements for airlines and cell phone providers. The option of offering customers a lower price is particularly important for smaller companies that want to expand their operations. We expect that pricing incentives would expand the market for taxicab services in San José.

Based on the experience with maximum fares in San Diego, we expect that cab companies would select a range of fares, with newer vehicles and more sophisticated dispatch services commanding a higher fare. Companies would thus differentiate themselves based on a combination of price and quality.

A major issue with the idea of a maximum fare is the possibility that driver incomes would decline as cab companies reduce fares or offer discounts. In the context of the recommended service model, however, we do not expect this to occur. The service model is designed to create a more competitive market among cab companies for cab drivers, thus providing companies with the incentive to grow their dispatch businesses and better match trip volumes with the number of cabs in their fleets. We expect this market mechanism will be effective preventing driver incomes from falling as a result of the transition to a maximum fare.

It is also notable that cab companies in San Diego have not engaged in cutthroat pricing competition.

**2. The maximum fare should initially be set at the current fare. Future increases in the maximum fare should be based on increases in the cost of living.**

For the sake of simplicity, the maximum fare should be set at the current regulated fare.

The maximum rate should be reviewed annually and should be increased to match changes in the cost of living, using an index such as the consumer price index. The maximum fare should be adjusted when the cost of living has increased by a threshold amount, e.g., once the cost of living increases 8 percent or more since the previous fare change.

This recommendation ensures that the maximum fare keeps up with rising operating and living costs, with periodic but not too-frequent adjustments.

### 3. A uniform fare should be set for on-demand airport trips.

Airport passengers expect to take the next cab in line and expect to pay the same fare each time they use the airport taxi line. A uniform fare for on-demand trips from the airport ensures a uniform customer experience in terms of the fare and simplifies management of the taxi line. The fare charged at the airport should be set in consultation with airport management and may be the same as the maximum fare, or somewhat below the maximum fare.

## *Auto insurance*

### 1. Drivers who own their own vehicles should be afforded the opportunity to obtain auto liability insurance through a risk purchasing group. The risk purchasing group should be managed by an insurance broker who agrees to perform administrative and account services and report insurance status to the City on a timely basis.

A key objective of many taxi drivers is to obtain insurance separately from the cab company that they work for. Under current regulations, taxicabs must be registered by the cab company and insured by them. Under this recommendation, drivers who own their own vehicle and obtain a taxicab permit from the City would have the option of obtaining auto insurance through a risk purchasing group, as described in the previous section.

An insurance broker would set up and administrate the risk purchasing group, processing applications, obtaining coverage from an insurance carrier and collecting premiums. The broker would also be responsible for notifying the City of any canceled policies so that the City could take appropriate action on the taxicab permit. Information could be conveyed electronically and thus would not generate mounds of paperwork for the City.

## *Recap of recommendations, stakeholder interests and alternative service models*

The recommendations are designed to address in a balanced and fair manner the various stakeholder interests that were identified earlier in the report.

- The recommendations address **service to the customer** by ensuring availability of cabs at the airport, providing strong incentives for cab companies to provide effective dispatch service to the rest of the city, providing customers with greater choice of cab companies so that customers can choose which company to call based on the quality of dispatch, drivers and vehicles, and providing incentives for companies to compete with lower fares.

- The recommendations address **industry financial conditions and equity** by creating a competitive dynamic among cab companies that will provide greater choice for drivers and promote higher driver incomes; issuing most of the airport permits to drivers and providing them with a very strong ability to move between companies; providing cab companies with the opportunity to build their market in San José; and providing all San José cab companies (and their drivers) with access to airport trips. Providing greater choice for drivers of cab companies and greater transparency in the costs they pay (e.g., paying insurance costs directly) is expected to foster a positive relationship between cab companies and drivers.

- With respect to **regulation and oversight**, the recommendations provide mechanisms such as the insurance broker for a risk purchasing group to ensure industry compliance with regulatory requirements; set up an airport taxicab management structure that has proven satisfactory in Oakland, San Francisco, San Diego and other cities; and minimizes the City's regulatory role.

Among the three alternative service models discussed at the Service Model Workshop, the recommendations resemble most closely Option C, although modifications have been made based on feedback at the workshop and further analysis. The primary reasons for selecting Option C over the other two options are as follows.

### Option B - Medallion System

Medallion systems are most commonly used in cities that have dense volumes of flag down and taxi stand activity in the downtown area. The prototypical medallion systems such as New York, Chicago, Boston and San Francisco share this core attribute. In all of these cities, walk-up (non-prearranged), non-airport trips account for the large majority of all taxi trips. Medallion systems have evolved in these cities for a variety of historical reasons, but they are retained because they provide a way to (1) set supply of service relative to demand, and (2) provide a mechanism for the City to effectively regulate independent owner-operators, since the City can rely on the option of revoking valuable medallion licenses in the event of serious rule violations.

These conditions do not apply in San José, and thus there is no compelling need to adopt a medallion system in San José. Without a compelling need for a medallion system, there are clear reasons to avoid taking this path. The most important reason is that medallion systems give the taxi industry strong incentive to resist increases in the number of taxicabs. Medallion owners have for years resisted increasing the number of medallions in New York, San Francisco, Boston, Chicago and other cities in order to protect the value of the medallions. Only in the last decade have Depression-era caps been breached.

The other side of this same coin is that there is a lack of incentive for cab companies to market their service and attract new customers, since their growth is restricted. If their markets increase too much, in fact, companies' ability to dispatch cabs in a timely manner would decline. Thus, a medallion system is not a good fit with an urbanizing, growth-oriented city such as San José.

Finally, medallion systems create substantially greater regulatory costs for city governments. Since market incentives are weak, the primary responsibility for setting and enforcing service standards falls to the city government under a medallion system. This creates administrative, regulatory and enforcement costs that are typically passed to the industry through fees.

### Option A - Current system with greater city regulation

The recommendations are designed to create a competitive dynamic in the cab industry that give the industry incentives to maximize the quality of service. Option A, like Option B, leaves the city government with the primary responsibility for setting and enforcing service standards to address service quality goals. Option A thus foregoes use of market incentives to improve service. A combination of market incentives and appropriate regulatory oversight is more effective than regulation by itself in achieving service quality goals. Option C, as recommended in this section, is thus preferred over Option A for this reason.

In terms of the interests of various stakeholders, Option A is not expected to significantly increase choice of cab companies for drivers or customers. This is part of fostering a competitive dynamic, but these interests also have other values. Due to the lack of choice for drivers, Option A does not adequately address the goal of creating a more positive relationship between cab companies and drivers.

# Appendix A. In-cab Survey of Taxi Passengers

**1. How did you obtain the taxicab for this trip?**

| | |
|---|---|
| Taxi or airport stand | 58% |
| Telephone request for service | 32% |
| Called driver's cellphone | 10% |
| Street flagdown | 2% |
| Regularly scheduled pick-up | 0% |
| Total | 100% |

**2. How do you rate the quality of taxi service in San José?**

| | Excellent | Good | Poor | Don't know/not applicable | Total |
|---|---|---|---|---|---|
| Taxi service overall | 43% | 50% | 3% | 3% | 100% |
| Availability of cabs at taxi stands | 52% | 25% | 5% | 18% | 100% |
| Wait time after telephoning taxi company | 27% | 28% | 12% | 33% | 100% |
| Vehicle comfort | 33% | 62% | 5% | 0% | 100% |
| Vehicle cleanliness | 27% | 68% | 5% | 0% | 100% |
| Driver courtesy | 48% | 48% | 3% | 0% | 100% |
| Driver knowledge of route and destination | 52% | 42% | 3% | 3% | 100% |
| Driver helpfulness with packages/luggage | 52% | 38% | 3% | 7% | 100% |
| Safe driving | 50% | 47% | 3% | 0% | 100% |
| Being charged the correct fare | 48% | 45% | 3% | 3% | 100% |

**3. Considering the fares and service taxis provide, would you say that San José taxicabs are:**

| | |
|---|---|
| A good value for the money | 73% |
| Not a good value for the money | 27% |
| Total | 100% |

**4. Would you say taxi service is currently better, worse or about the same in San José compared with other places you have used cabs?**

| | |
|---|---|
| Better | 32% |
| Worse | 7% |
| About the same | 48% |
| Don't take cabs elsewhere | 13% |
| Total | 100% |

**5. Please indicate the origin and destination of this trip:**

Started at:

| | |
|---|---|
| Home | 37% |
| Hotel | 3% |
| Airport | 58% |
| Place of work | 2% |
| Recreational/social/shopping | 0% |
| Other | 0% |
| Total | 100% |

Going to:
| | |
|---|---|
| Home | 33% |
| Hotel | 8% |
| Airport | 25% |
| Place of work | 25% |
| Recreational/social/shopping | 3% |
| Other | 5% |
| Total | 100% |

**6. How often do you take taxicabs in San José?**

| | |
|---|---|
| At least once a week | 18% |
| Between once a week and once a month | 25% |
| Less than once a month | 57% |
| Total | 100% |

**7. What is your home ZIP code?**

| | |
|---|---|
| San José ZIP codes | 47% |
| Non-SJ ZIP codes | 53% |
| | 100% |

**8. Are you:**

| | |
|---|---|
| Male | 72% |
| Female | 28% |
| Total | 100% |

**9. Are you:**

| | |
|---|---|
| Under age 30 | 13% |
| 30-39 | 30% |
| 40-49 | 23% |
| 50-65 | 33% |
| Over 65 | 0% |
| Total | 100% |

**10. Did you have a car available to you for this trip?**

| | |
|---|---|
| Yes | 52% |
| No | 48% |
| Total | 100% |

Total of 60 responses.

# Appendix B. Survey of Downtown Business Persons

The San José Downtown Association sent an email to approximately 300 members requesting that they complete an on-line survey about taxicab service. A total of 56 responses were received, for a response rate of 19 percent.

**1. How often do you take taxicabs in San José?**

| | |
|---|---|
| At least once a week | 0% |
| Between once a week and once a month | 18% |
| Less than once a month | 39% |
| Rarely or never take cabs in San José | 43% |
| Total | 100% |
| Total Respondents | 56 |

*Questions 2-6 were asked only of respondents who use cabs at least once a month.*

**2. How do you personally obtain cab service? (check all that apply)**

| | |
|---|---|
| Downtown taxi stand | 15% |
| Airport taxi stand | 48% |
| Telephone request for service | 88% |
| Call driver's cellphone | 0% |
| Street flagdown | 6% |
| Regularly scheduled pick-up | 0% |
| Total Respondents | 33 |

**3. If you call for cabs on the phone how long do you expect to wait for the cab to arrive?**

| | |
|---|---|
| 10 minutes or less | 44% |
| 15, 10-15 or 15-20 min. | 33% |
| 20 min. | 11% |
| Over 20 minutes | 11% |
| Total | 100% |
| Total Respondents | 27 |

**4. Based on your own experiences how do you rate the quality of taxi service in San José?**

| | Excellent | Good | Poor | Don't know/not applicable | Total |
|---|---|---|---|---|---|
| Taxi service overall | 16% | 50% | 34% | 0% | 100% |
| Availability of cabs at the airport | 38% | 41% | 13% | 9% | 100% |
| Availability of cabs at downtown taxi stands | 3% | 25% | 47% | 25% | 100% |
| Wait time after telephoning taxi company | 6% | 45% | 35% | 13% | 100% |
| Vehicle comfort | 9% | 67% | 24% | 0% | 100% |
| Vehicle cleanliness | 9% | 66% | 25% | 0% | 100% |
| Driver courtesy | 13% | 69% | 19% | 0% | 100% |
| Driver knowledge of route and destination | 19% | 63% | 19% | 0% | 100% |
| Driver helpfulness with packages/luggage | 6% | 66% | 22% | 6% | 100% |
| Safe driving | 9% | 78% | 13% | 0% | 100% |
| Being charged the correct fare | 13% | 75% | 9% | 3% | 100% |
| Total Respondents | 33 | | | | |

**5. What would be the most important improvement to taxi service for you personally?**

| | |
|---|---|
| Taxi availability downtown, light rail, Santana Row | 28% |
| Reliability of service | 14% |
| Lower fares | 10% |
| Driver knowledge of SJ, ambassador for city | 10% |
| Driver courtesy, helpfulness | 10% |
| Driver geographic knowledge | 3% |
| Fast response to request for service | 0% |
| Total Respondents | 29 |

**6. If this improvement were made would your use of taxicabs …**

| | |
|---|---|
| Increase a lot | 23% |
| Increase a little | 47% |
| No change | 27% |
| Don't know | 3% |
| Total | 100% |
| Total Respondents | 30 |

**7. Check your type(s) of business(es):**

| | |
|---|---|
| Retail merchant | 5% |
| Restaurant | 11% |
| Nightclub | 2% |
| Office/professional | 60% |
| Other | 24% |
| I'm not a business person | 7% |
| Total Respondents | 55 |

**8. How often do your customers, clients, patrons or visitors use taxicabs?**

| | |
|---|---|
| Frequently | 31% |
| Occasionally | 27% |
| Rarely/never | 42% |
| Total | 100% |
| Total Respondents | 52 |

**9. From the viewpoint of your business how do you rate the quality of taxi service in San José?**

| | Excellent | Good | Poor | Don't know/not applicable | Total |
|---|---|---|---|---|---|
| Taxi service overall | 2% | 38% | 35% | 25% | 100% |
| Availability of cabs at the airport | 25% | 46% | 8% | 21% | 100% |
| Availability of cabs at downtown taxi stands | 0% | 25% | 46% | 29% | 100% |
| Wait time after telephoning taxi company | 0% | 36% | 34% | 30% | 100% |
| Vehicle comfort | 2% | 58% | 23% | 17% | 100% |
| Vehicle cleanliness | 4% | 54% | 25% | 17% | 100% |
| Driver courtesy | 10% | 54% | 19% | 17% | 100% |
| Driver knowledge of route and destination | 4% | 60% | 19% | 17% | 100% |
| Driver helpfulness with packages/luggage | 4% | 50% | 23% | 23% | 100% |
| Safe driving | 6% | 65% | 13% | 17% | 100% |
| Being charged the correct fare | 6% | 67% | 6% | 21% | 100% |
| Total Respondents | 49 | | | | |

**10. What would be the most important improvement to taxi service for your customers or clients?**

| | |
|---|---|
| Taxi availability downtown, light rail, Santana Row | 24% |
| Reliability of service | 6% |
| Lower fares | 9% |
| Driver knowledge of SJ, ambassador for city | 6% |
| Driver courtesy, helpfulness | 3% |
| Driver geographic knowledge | 6% |
| Fast response to request for service | 9% |
| Total Respondents | 34 |

**11. If this improvement were made do you think your customers' or clients' use of taxicabs would ....**

| | |
|---|---|
| Increase a lot | 26% |
| Increase a little | 44% |
| Not change | 15% |
| Don't know | 15% |
| Total | 100% |
| Total Respondents | 39 |

**12. Overall considering the fares and service taxis provide would you say that San José taxicabs are:**

| | |
|---|---|
| A good value for the money | 46% |
| Not a good value for the money | 54% |
| Total | 100% |
| Total Respondents | 46 |

**13. Would you say taxi service is currently better worse or about the same in San José compared with other places you have used cabs?**

| | |
|---|---|
| Better | 6% |
| Worse | 67% |
| About the same | 25% |
| Don't take cabs elsewhere | 2% |
| Total | 100% |
| Total Respondents | 48 |

Note: totals do not add to 100% for questions that allow multiple responses (#2, 5, 7, 10)

# Appendix C. Service Model Workshop Summary

A meeting of interested parties concerning changes to taxi regulation in San José was held on December 9, 2003 at Emma Prusch Park – Meeting Hall. The meeting started at 9:30 a.m. and concluded at approximately 3:30 p.m. There were approximately 55 invitees in attendance. Invitees were taxi drivers, taxi company representatives, the San José Convention and Visitors Bureau representatives, taxi customers, Airport staff, representatives from the San José Police Department and the City of San José Department of Transportation staff. The agenda for the meeting is attached. Eileen Goodwin, Apex Strategies, facilitated the Workshop and the stakeholder input is summarized below. The other members of the consultant team at the workshop were Bruce Schaller, Gorman Gilbert and Joseph Gagliano.

This report is in three main sections. The first section of this report sets out the comments of the group on the "Stakeholder Interests and the City's Goals" document as well as general questions and clarifications regarding the proposed Service Models. The Goals and the Service Model outlines were sent out to invitees prior to the Workshop. Most of the attendees indicated they had in fact reviewed these documents prior to the Workshop. Comments and statements were elicited in a joint meeting of the stakeholder participants during the morning session of the Workshop.

Following the joint discussion, the stakeholders were divided into four separate groups. Representatives from all of the areas were split evenly among the groups with the intent that a well rounded discussion could be had in each group. The groups evaluated the suggested three Service Models by interest area (i.e. service to the customer, financial viability and equity, and ease of City oversight) and then reported those evaluations to the entire group. The second main section of this report summarizes the evaluations provided by the different stakeholder groups.

The final portion of this report is a set of final questions and comments provided by participants at the end of the meeting.

## GROUP DISCUSSION

### *Interests and issues:*

Taxi passengers, taxi drivers, cab companies, the City, the Airport and those responsible fro marketing San José as a destination have a wide range of interests and goals. Some of these interests are more critical to the choice of service models than are others, however. Based on interviews during the consultant team's October visit, the consultant documented certain interests and goals as being most critical in the discussion of the service model. These interests and goals were provided to the attendees and the following comments (all additions) were proposed. It should be noted that the headings in this section reflect the basic interested groups to which the comments or questions relate, not necessarily the affiliation of the persons making the comments or asking the questions.

### Service to Customers

⇨ To assist all customers, particularly the disabled, dispatchers should prompt customers concerning any special accommodations they may require.

⇨ The industry should have knowledge of the special needs of the elderly and disabled.

⇨ Drivers, companies and dispatchers should have knowledge of events.

⇨ Drivers and dispatchers should be required to be able to communicate clearly and in English.

⇨ Taxi stands should be established and available near the San José Arena, the Caltrain Station and near downtown hotels and restaurants.

⇨ Dispatch should be professional, courteous, and reliable.

⇨ Pick-up and taxi stand areas at the Airport should be conveniently located.

⇨ Dispatchers should be required to give out calls fairly and non-discriminatorily to drivers.

### Drivers

⇨ There should be a fair and independent dispute resolution process.

⇨ An independent commission should be established, reporting to the City Council.

⇨ On-demand street signals should be installed (i.e. no taxi should need to idle and waste time at street lights).

⇨ Dispatchers should be required to give out calls to all drivers; there should be a uniform service model established for dispatchers.

⇨ Taxi zones should be tow-away zones, as they are in San Francisco.

⇨ The police need to be more responsive, particularly in addressing gypsy cab violations.

⇨ Drivers need the ability to follow up directly with dispatched customers.

⇨ There needs to a clear delineation of the city versus airport zones/turf.

⇨ The locations of airport pick-up and loading areas needs to be better clarified. Length of trip between staging area and pick-up needs to be considered.

⇨ The Airport website needs to list all the cab companies with permits in San José.

⇨ The relationship between the airport shuttle service(s) and cabs needs to be clarified.

⇨ The Taxi Commission concept makes sense.

⇨ Taxi company fairness issues are not regulated. Clarification is needed on when a driver is an employee versus a contractor. Insurance availability needs to be addressed.

⇨ Homeowners, apartment owners and the City need to take responsibility for ensuring that building numbers are visibly displayed or, at the least, capable of being figured out by drivers.

⇨ The current transportation improvements at the Airport have created airport access issues and overly long trip times from the staging area to pick up areas at the Airport, causing delays for customers and problems for drivers.

⇨ Taxis need the ability to proceed through some blockaded or special access areas in order to pick up customers at festivals and events around San José.

⇨ The city needs to support the licensed cab driver system, with Convention and Visitors Bureau and other City marketing efforts specifically stating that licensed cabs are preferred over non-licensed gypsy cabs.

## Companies

⇨ Companies need to be able to serve all the demand, including the Airport.

⇨ There needs to be clarification of the distinction between employee drivers and contractor drivers.

⇨ A better-defined taxi ordinance is required. Also, responsibility for enforcement of any ordinance needs to be clearly established.

## Convention and Visitors Bureau

⇨ Dispatchers need to be knowledgeable about events, entertainment and services in the Downtown area.

⇨ Need definition of what the rights of taxi customers and other citizens are.

⇨ Drivers should promote the City, particularly the downtown hotel zone.

## Airport

⇨ The Airport needs flexibility in its facility and the volume of cabs serving Airport customers.

⇨ There needs to a good match of supply to demand at the Airport – minimize driver and customer wait time.

⇨ There needs to be sufficient supply of cabs to cover peak demands, such as holidays and also convention or other peak periods.

⇨ The Airport is interested in containing the cost to it of accommodating the requests of the other interested groups (drivers, companies and Con-Vis).

## City of San José

⇨ The enforcement roles and the City and/or the County need to be clearly defined.

⇨ More cabs need to be on the street.

⇨ Costs need to be minimized or proposals should be self-sufficient. City does not have additional resources for enforcement.

## *Questions regarding service models:*

The memo regarding the three proposed service models was reviewed with the attendees. The following are general questions/clarifications that were sought.

### Service Model A

⇨ Could a stronger ordinance serve this role?

⇨ How would an over-supply of cabs be dealt with?

⇨ Would a taxi driver need to be an employee of a company under this model?

### Service Model B

⇨ Why would a medallion system be required to be connected to the Airport?

⇨ Are there medallion models where the companies don't hold them?

⇨ What are the issues related to transferability of medallions?

⇨ Does this medallion model contemplate one medallion per driver?

⇨ How are complaints dealt with under this proposed system?

⇨ Have there been customer service studies concerning any of the proposed models?

⇨ How will the eligibility for and number of medallions per company be determined?

### Service Model C

⇨ How would issues related to the maximum fare to be paid by customers be addressed?

⇨ How would this model address the total number of taxis?

**Evaluation of service models**

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry and Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **1. Service to Customer** | | | |
| A+ Group | There is no problem today with supply; service is good from both an availability and productivity perspective.<br><br>Early morning availability is still a problem from the customer perspective (an incentive such as limited fees was suggested)<br><br>Airline information is not getting out.<br><br>Dispatch is not informed today. The system needs to be fixed to require ETA and/or standard arrival time.<br><br>There is a need to increase the availability of stands and to make existing stands more visible.<br><br>A question was asked about the potential for future fare increases. | What are the incentives for early morning services to the Airport?<br><br>There is the potential for imbalances of supply and demand at the Airport; demand management will need to occur to avoid potential oversupply.<br><br>There is need for happy drivers.<br><br>Parking limitations at the Airport may affect this plan.<br><br>Better labor peace in the industry is needed to make this work. | Fine-tuning will be needed to ensure early morning and late evening supply of cabs (incentives may be required).<br><br>Better labor peace will be needed to make this work.<br><br>Open entry is problematic.<br><br>Potential future fare increases are hard to plan because of potential price wars and the driver issues. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry and Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **1. Service to Customer** | | | |
| Vikings Group | Companies are said to be committed to customer service and to addressing complaints. Too much is being spent to address airport issues at the expense of the neighborhoods. New standards are needed for drivers and vehicles. | This proposal could cause traffic jams at the Airport. Establishing a taxi commission to handle complaints would be good. Such a commission needs to be knowledgeable and neutral. Flexibility to deal with problems would be important. Satisfied drivers make for satisfied customers. New standards for drivers and vehicles could be confusing to customers. | This proposal makes it easier to fill cab shortages, there is more flexibility. Limits on cars makes for happy drivers. However, this could be confusing for customers. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry and Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **1. Service to Customer** | | | |
| Bob's Group | PROS of the Model: Consistent service CONS of the Model: More regulation will result in a negative impact on customer service; The proposed regulations will be set by the companies' control, not drivers; There is a monopoly by two existing cab companies – this results in unhappy drivers which impacts customer service; Certain areas are underserved under the existing model, there is unequal service; | PROS of the Model: Drivers would be happy. Fees would be reduced. This was the favorite option for this group. CONS of the Model Some concern over Airport service; supply demand problems could exist. However, it was felt those could be managed. Some concern also over who would take over driver training; would it be the City's responsibility? | PROS of the Model: Flexible rates. May be good at Airport to have a fixed rate. CONS of the Model None identified. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry and Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **1. Service to Customer** | | | |
| No Name Group | Customer service at the Airport is affected by the potential conflict between service at the Airport and service in the City. The context of service needs to be broadened to encompass service in the cab – drivers need to be happy to provide the best service. This model does not rebate as much to the customer as other models. | Access to Airport is good. Companies and drivers would have the focus on customers. Happy drivers equal happy customers. However, more regulation by the City is more intrusion. | Access to Airport is good. Having the airport available to all is good; small companies would stand to gain. Competition for drivers is good for drivers. Happy drivers equal happy customers. However, more regulation by the City is more intrusion. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **2. Industry Financial Conditions and Equity** | | | |
| A+ Group | There is a need to consider the minimum fee. Consideration of a more regulatory fee structure is appropriate.<br><br>This model is unfair to small taxi companies. | Overall this Model is preferred.<br><br>Driver income could go up.<br><br>Need to consider setting a minimum fee.<br><br>All cabs are able to get to the Airport; however this would need to be managed.<br><br>On the negative side, similar to the current limited system, market forces would not determine the number of cabs servicing the Airport. This needs to be explored. | An open Airport probably impacts the supply, and therefore drivers' incomes.<br><br>Varying fares could be confusing and create negative impacts on competition.<br><br>There are potential negative impacts on maintenance under this Model.<br><br>All companies can compete, however there is a potential risk that drivers/companies may not work on non-airport days.<br><br>This Model is better for all companies, except those now at the Airport.<br><br>Need to consider setting minimum fees. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **2. Industry Financial Conditions and Equity** | | | |
| Vikings Group | Companies can charge high fees, and some do.<br><br>There is an incentive for companies to increase the number of cabs.<br><br>Companies charge more at the Airport.<br><br>An increase in fees would reduce driver incomes.<br><br>Losing the Airport concession can kill a company. | Increased regulatory costs reduce driver income and limit cabs. Companies lower fees to get drivers.<br><br>Good drivers participate in regulation.<br><br>Fees paid directly to Airport, not cab companies. Would the fees then be lower?<br><br>There is an incentive to provide long-term professional services.<br><br>There is also an incentive for companies to advertise and also to get more drivers. | Companies would drop fees to get drivers.<br><br>There are potentially lower fees paid by drivers.<br><br>This Model provides flexibility.<br><br>There is an incentive for companies to advertise and also to get more drivers. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **2.   Industry Financial Conditions and Equity** | | | |
| Bob's Group | Two companies benefit from the current system, others are not making a profit. Drivers are not making money – they pay high fees and have no business. Relationships between drivers and companies are not good under the current system. | Getting rid of a monopoly at the Airport would be a good thing. More competition and a real business environment are good. This would lower the gate fee for drivers and they may avoid having to pay additional fees. Service Model B can be good for companies too (insurance, related positive benefit). Having an open airport means more freedom for drivers, more ability to move between companies and a better work environment. The status of drivers would need to clarified. | Companies can grow under this Model. Model C would increase driver freedom. Clarification of the status of drivers would be necessary. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **2. Industry Financial Conditions and Equity** | | | |
| No Name Group | This model offers no changes in the opportunities to lower fees and costs. | Financial reward for drivers could be increased.<br><br>Drivers fees could go down<br><br>Expenses (such as insurance) could also be reduced.<br><br>This could create the potential for fleet increases.<br><br>An increase in regulation would make fees go up for drivers and companies.<br><br>The group noted that a company should be based in San José to work here. | Financial rewards for drivers could go up under this Model.<br><br>Drivers' fees could go down, this is a potential negotiation point.<br><br>Expenses for drivers could be reduced.<br><br>There could be the potential for a taxi fleet increase.<br><br>There would be a more competitive footing for companies to compete for drivers and against each other.<br><br>A company should be based in San José to work. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **3. Regulation and Oversight** | | | |
| A+ Group | Need to determine the scope and extent of the regulation by the City. This proposal has the most involvement by the City. | This group prefers Model B, with rotation at the Airport. Need to determine number of medallions (an issue for the Commission) and issues related to transferability. This may provide an opportunity for drivers to do more. Standardization of commission system. Overhead may cost more to driver, but that is o.k. if it is fair. There is a need to clarify the responsibility of the drivers association. It is also necessary to work out responsibility for enforcement. Competition would be good. | The rotation system may cost more to the driver, but that is acceptable if it is fair to the driver. A management company could handle the rotation issues (a hybrid of Model B). There would be a need to standardize communication systems. This proposal has the least City management involvement. Competition could be good. |

| CRITERIA | Service Model A Current System with Greater City Regulation | Service Model B Medallion System (Closed Entry Airport Open to all San José Cabs) | Service Model C Airport Rotation System and Open-Entry City |
|---|---|---|---|
| **3. Regulation and Oversight** | | | |
| Vikings Group | It is easier to deal with only two companies at the Airport. | Move investment and management at the Airport would be required. | More investment and management at the Airport would be required. |
| | More City regulation would be required under this Model. | More City regulation would be needed. | Monitoring rates would be a burden. |
| | | Difficult to keep track of 500 insurance issues. Minimum regulatory work related to insurance needs to be worked out. | Minimum regulatory work related to insurance needs to be worked out. |
| | | Insurance needs to be tracked on longer cycles. | Fines should reflect the costs of non-compliance. Should companies (versus drivers) be sanctioned? |
| | | Fees and fines should reflect costs of non-compliance. | Insurance needs to be tracked on longer cycles. |
| | | Drivers join to be service providers (less than company requirements). Need to define what a "company" is under this Model. | |

| CRITERIA | | Service Model A<br>Current System with Greater City Regulation | Service Model B<br>Medallion System (Closed Entry Airport Open to all San José Cabs) | Service Model C<br>Airport Rotation System and Open-Entry City |
|---|---|---|---|---|
| **3.** | **Regulation and Oversight** | | | |
| Bob's Group | | The Airport staff burden under this proposal would be substantially what it is today under this proposal. | Under the current system, drivers pay about $1 million. That could be transferred to cover the costs under Model B. The Airport Commission could be funded through the existing fees.<br><br>The flow of cabs could be done with signage and communications systems.<br><br>Airport staff burden may go up under this Model, but it could be worked to minimize that. | The flow of cabs could be done with signage and communications systems.<br><br>Any system is workable with modification. |
| No Name Group | | Regulatory control is not that much; but costs will still go up.<br><br>Companies at Airport have the control now.<br><br>If a third party is added, then costs will go up. | Highest regulation. This would result in the largest fee increases to cab companies and drivers.<br><br>Having 500 different companies would result in an administrative burden.<br><br>Third party management at the Airport could result in higher costs.<br><br>How to distribute those costs would have to be worked out. This could be done through a Commission imposing fees on drivers and/or companies. | Less regulation by the City would put the burden of regulation on the industry.<br><br>There is more flexibility under this Model to control costs and make cutbacks.<br><br>Third party management at the Airport could result in higher costs. |

## *Final questions and comments*

At the end of the Workshop the following comments/questions were noted:

⇨    When will the costs of the various alternatives be known?

⇨    What will be provided for the costs?

⇨    Whatever is finally chosen will only be as good as the participants make it.

⇨    Everyone has to take responsibility and play a role together.

# Workshop Materials
# Taxicab Service Models

Submitted to:
City of San Jose
Department of Transportation

## Schaller Consulting
94 Windsor Place, Brooklyn, NY
(718) 768-3487
schaller@schallerconsult.com
www.schallerconsult.com

## Stakeholder interests and the City's goals

Taxi passengers, taxi drivers, cab companies, the City and the airport have a wide range of interests and goals that are important to the taxicab regulatory structure. Some of these interests and goals are more critical to the choice of service models than are others, however. Based on interviews during the consultant team's October visit, we understand the following interests and goals as being most critical in the discussion of service models:

### *Taxi users*
- Cabs reliably and quickly available by dispatch, at the airport and at taxi stands
- Drivers courteous and knowledgeable of the city's geography
- Safe driving and safe vehicles
- Vehicles clean and in good condition
- Fare affordable and charged correctly

### *Taxi drivers*
- Increased driver incomes
- Cab companies competing for services of drivers through lower gate fees and greater volume of pre-arranged business
- Better relationship between cab companies and drivers

### *Taxi owners*
- Ability to serve pre-arranged calls for service effectively
- Flexibility to expand and contract as dictated by demand for service
- Maximize gate fee income
- Better relationship between cab companies and drivers

### *Convention/Visitors/Downtown Businesses*
- Make cabs into asset that can help sell San Jose
- Create visible taxi presence downtown
- Ensure that cabs are reliably and quickly available in response to telephone requests for service

### *Airport*
- Ensure that cabs available at airport at all times.
- Ensure reliable quality and appearance of drivers, vehicles and starters and smooth-flowing taxi operation.
- Minimize airport's management responsibilities for taxi operations
- Labor peace in the taxi industry

### *City*
- Ensure quality of taxicab service
- Visible presence downtown
- Compliance with licensing, insurance and other regulatory requirements
- Labor peace in the taxi industry
- Minimize City regulatory costs by maximizing self-enforcement

## Taxicab Service Models

As in any city, San Jose taxicab regulation directly impacts the characteristics of the service provided by its taxicab industry. Regulation affects a number of characteristics, including the number of cabs, how operating authorities are issued, how drivers are licensed, the relationship between drivers and cab companies, and the fares charged. Each combination of these features may be called a *service model*. The regulatory challenge that cities face, therefore, is to choose the best service model for the city. This process requires matching the service needs of the city with a combination of regulatory characteristics to shape an appropriate service model.

The key features of San Jose's current taxi industry structure, constituting the *current service model*, are:

- Operating authority is issued to taxi companies, not to individual drivers.

- Taxi companies must meet certain requirements to obtain operating authority and to increase the number of cabs they operate, but companies can increase the size of their fleets without limit provided they meet the requirements. (We refer to this as "open entry" with the understanding that entry is open for taxi companies with five licensed cabs and meeting other City requirements. Individual drivers cannot obtain operating authority under this definition of open entry.)

- Taxi access to the airport taxi line is controlled through concession agreements with two cab companies. Each cab company is responsible for the facilities and conditions of their taxi hold lot, for providing starters, and for ensuring availability of cabs.

- The City of San Jose through the Police Department focuses its regulatory effort on the testing of applicants for new taxi driver licenses. Aside from the driver licensing process, regulatory requirements and enforcement are relatively minimal.

- The City sets a uniform fare.

Three alternative service models are presented on the following pages, followed by an evaluation sheet for use in the December 9 workshop.

## Service Model A.  Current system with greater city regulation

Overview:

Increases regulation in order to address perceived deficiencies in service and insure adequate driver incomes.

Key features:

- Operating authority is issued to taxi companies, not individual drivers. *(No change from current system.)*

- Taxi companies must meet certain requirements to obtain operating authority and to increase the number of cabs they operate, but companies can increase the size of their fleets without limit provided they meet the requirements. *(No change from current system.)*

- Taxi access to the airport taxi line is controlled through concession agreements with two cab companies, one for Terminal A and one for Terminal C.  Each cab company is responsible for the facilities and conditions of their own taxi hold lot, for providing starters, and for ensuring availability of cabs. *(No change from current system.)*

- Uniform fare for all cabs. *(No change from current system.)*

- City expands regulatory role to include setting service standards (e.g., age limit that is lower than 10 years, response time standards), mandates that companies produce management plans for marketing and service improvements, set up grievance procedures for drivers, regulates gate fees with goal of increasing driver incomes.

Comments:

- Greater regulatory role can produce improvements to service quality, but requires substantial regulatory resources that City may not be able to fund except through fee increases on cab companies and drivers.

- Maintains open entry to cab companies for non-airport service.

- Does not address drivers' desire for increased competition among cab companies for their services.

- Does not match supply and demand conditions at the airport.

- Does not address high fare that discourages taxicab usage.

Experience of other cities with features of this service model:

- Similar to current San Jose situation except for greater regulatory role for City.

- Los Angeles requires management plans through which response time goals are set.  King County (which includes Seattle) monitors response times.

- San Francisco, Chicago, New York and Boston regulate gate fees, although driver incomes continue to be an issue in some of these cities.

## Service Model B. Medallion system (closed entry; airport open to all San Jose cabs)

Overview:

This model illustrates a San Francisco-style medallion system applied to San Jose.

Key features:

- Operating authority is issued in the form of medallion licenses to both individual drivers and companies.

- Drivers who own a medallion must drive the cab. Drivers may or may not be permitted to lease to a second driver, for example, for days they are not working or during illnesses or vacation. Company-owned medallions are leased to drivers.

- All medallion owners must affiliate with a cab company to provide dispatch services and handle complaints.

- Cab companies become radio service providers to medallion-holding drivers, and may also provide vehicle maintenance and other services to drivers. Cab companies continue to be accountable for service quality, e.g., complaint response.

- Number of medallion licenses is capped by the City, and adjusted periodically based on evaluation of need for additional service.

- Medallions may or may not be transferable.

- Airport is open to all licensed San Jose taxicabs.

- Airport contracts for management of the taxi operation through bid process. Contractor could be an independent management company (as in Oakland), industry consortium, driver association or any other entity. Contractor costs are funded through the per-trip fees. Contractor is held responsible for airport-mandated level of service.

- Uniform fare for all cabs.

- City expands regulatory role to include setting service standards (e.g., age limit that is lower than 10 years, response time standards), mandates that companies produce management plans for marketing and service improvements, sets up grievance procedures for drivers, regulates gate fees with goal of increasing driver incomes, and enforces driving requirement for drivers who own medallions.

Comments:

- Provides independence to drivers to move between companies.

- To expand, companies must attract drivers who hold medallions.

- City must set number of cabs to balance demand for service and industry financial health.

- Regulation is used to achieve service quality goals.

- Possibility that airport will have oversupply of cabs while dispatch trips are undersuppled. Companies may use low gate fees to attract drivers and then lack resources for marketing dispatch service and to buy dispatch technology.
- Does not address high fare that discourages taxicab usage.
- Greater City regulatory role requires professional staff to assess the number of cabs needed, determine gate fees and for street enforcement. This will require substantial regulatory resources that the City may not be able to fund except through fee increases on cab companies and drivers.

Experience of other cities with features of this service model:

- Overall, this service model is similar to San Francisco and San Diego, which issue medallions or permits to both cab companies and drivers (medallions/ permits are *non*transferable in San Francisco and transferable in San Diego). Both cities require that each cab be affiliated with a cab company for dispatch and handling complaints.
- Affiliation requirements have proved satisfactory for complaint handling in Seattle.
- Industry consortium to manage airport has worked well at LAX. The consortium (ATS) provides 2 car washes, a "dyno" machine to check the accuracy of taximeters, bathrooms, a TV-equipped rest area for the drivers, and contracts with a food service vendor. ATS costs are covered by portion of trip fee ($2.00 per trip covers all ATS costs). Current management company contractor is working well at the Oakland airport.
- Medallion ownership encourages experienced drivers to stay in the industry.
- If drivers who own a medallion drive are allowed to lease their cabs to a second driver, requirement that they drive a minimum number of shifts each year would need to be enforced. Enforcement of driver requirements has been labor-intensive in San Francisco and lax in enforcement in New York. San Francisco has experienced that as drivers grow older, they want to retire without giving up their medallions as required by Prop K.
- If medallion licenses are both transferable and limited in number, they may gain in value on the open market, as in New York City, San Diego, Seattle and other cities. This is beneficial to drivers who hold medallions but may result in a barrier for future drivers to become medallion owners.
- Issuance of additional medallions/permits has been a hotly contested issue in San Francisco, San Diego, New York and other cities. However, Las Vegas, San Antonio, Fairfax and Arlington Counties in Virginia and other jurisdictions have procedures that result in regular issuance of additional permits as indicated by need.

## Service Model C. Airport rotation system and open-entry city

Overview:
This model uses attractiveness of airport trips in a regulatory structure that creates incentives for developing dispatch service.

Key features:

- Operating authority issued to taxi companies, not individual drivers.

- Taxi companies must meet certain requirements to obtain operating authority and to increase the number of cabs they operate, but companies can increase the size of their fleets without limit provided they meet the requirements.

- Increased flexibility/ease for drivers to move between companies through increase in number of cab companies working the airport (see next bullet) and changes to enable drivers to register vehicles in own name and obtain vehicle liability insurance.

- Any taxi company can work the airport from the taxi holds, provided they also commit to providing dispatch to the rest of the city.

- Airport contracts for management of the taxi operation through bid process. Contractor could be an independent management company (as in Oakland), industry consortium, driver association or any other entity. Contractor costs are funded through the per-trip fees. Contractor is held responsible for airport-mandated level of service.

- Rotation system established at airport to limit the number of cabs serving the airport on any given day to a number sufficient to meet demand but also enabling drivers to make a good income on their "airport" days.

- Maximum fare for intra-San Jose trips. Each cab company can charge maximum fare or less. Must be same fare for all cabs in color scheme. Fare must be filed with the City. Companies can give discounts to their filed rate. Companies also file rates for out-of-city trips; these may be metered rates or flat rates.

- City regulatory resources are focused on testing of applicants for new driver licenses. Aside from the driver licensing process, regulatory requirements and enforcement are relatively minimal.

Comments:

- This model is the same as Service Model B in that every cab must be affiliated with a cab company for dispatch service and for handling complaints; all cabs have the opportunity to work the airport; and a management company, industry consortium, driver association or other entity manages the airport taxi operation.

- The differences between this service model and Service Model B are that the overall number of cabs is *not* set by the City; the number of cabs working the airport is limited on any given day in order to balance supply and demand; cab companies that work the airport must provide dispatch to the rest of the city;

operating authority is issued to companies only; and a maximum fare rather than uniform fare is set by the City.

- Drivers can move readily between companies and can set up driver association.

- Allows new companies to enter the city market and allows smaller companies to grow if they can attract drivers.

- Companies must develop dispatch business in order to attract drivers since rotation system limits the days that each cab can work the airport.

- Uses market forces to set number of cabs in the city and gate fees.

- Minimizes City and airport regulatory/management roles.

- Addresses issue of high fare through a maximum fare.

Experience of other cities with features of this service model:

- Industry consortium and management companies to manage airport have worked well at LAX and in Oakland. (See information in Service Model B.)

- Drivers can move readily between companies in San Diego and other cities.

- San Diego airport has modified the rotation system several times to adjust the balance of supply of cabs and demand for trips.

- Maximum fare has worked satisfactorily in San Diego.

- Driver associations are found in San Diego, Seattle, Los Angeles and other cities.

## Service Model Evaluation Worksheet

In this grid, stakeholder interests and City goals are grouped into three broad categories for the purpose of evaluating each of the three service models.

|  | Service Model A. Current system with greater city regulation | Service Model B. Medallion system (closed entry; airport open to all San Jose cabs) | Service Model C. Airport rotation system and open-entry city |
|---|---|---|---|
| **1. Service to Customer** | | | |
| Availability of cabs at airport | | | |
| Availability of cabs by dispatch | | | |
| Pre-arranged calls served promptly | | | |
| Availability of cabs at stands | | | |
| Driver courtesy, geographic knowledge | | | |
| Safe driving/safe vehicles | | | |
| Affordable fares | | | |
| Positive public perception | | | |
| **2. Industry Financial Conditions and Equity** | | | |
| Driver incomes | | | |
| Financial condition of companies | | | |
| Opportunity to grow companies | | | |
| Equity among industry groups | | | |
| Positive relationship between cab companies and drivers | | | |
| **3. Regulation and Oversight** | | | |
| Compliance with regulatory requirements (licensing, insurance, etc.) | | | |
| Smooth-flowing airport operation | | | |
| Minimize airport's administrative and management responsibilities | | | |
| Minimize city's regulatory responsibilities and enforcement needs | | | |

# Appendix D.
# Description of Service Model and Implementation Plan

This appendix contains a description of the recommended service model with explanatory material. The Taxi Advisory Team used versions of this package to review the recommended service model and better understand how the model would be implemented.

The materials consist of:

- Taxicab service model description

- Airport concession terms for companies and drivers

- Work processes – description of how the service model is expected to be implemented.

## *Taxicab Service Model Description*

Between 300 and 350 airport permits will be issued.  Depending on the total number, the distribution will be as follows:

|  | 300 Airport permits |
|---|---|
| Driver permits | 167 |
| Company permits | 133 |
| Yellow Cab | 45 |
| United Cab | 19 |
| Rainbow Cab | 13 |
| Others (minimum) | 7 |

# I. Airport transition period.

For two-year transition period, the following applies:

a) City issues airport permits to drivers who are currently picking up at least 4 trips per day, on average, at the airport.

- Permit provides the driver to whom it is issued access to the airport on alternate-day basis.  *(Permit is issued to driver, not the cab.  Other drivers may drive the cab but not pick up at the airport.)*
- Driver has the right to renew the permit biannually, provided that permit requirements are met.
- Driver signs contract with airport agreeing to service requirements.
- Service requirements for driver airport permits:
  Drivers must work the airport 70% of days they have access (5 days out of 7 days).
  Drivers must serve non-airport trips 70% of the other days (also 5 days out of 7 days), including working dispatch at least 50% of non-airport days.
  Driver must pick up a minimum four (4) trips each day to count the day toward meeting the respective service requirements.
  Airport service requirement is verified through airport-collected trip data. Management company will track these data.
  Non-airport dispatch service is verified through companies (see Concession Terms and Work Process sections below).
- Other conditions for driver airport permits:
  If drivers take long vacations they may let another driver use the permit for a period of between 2 weeks and 3 months, no more than twice per year, for a total duration of 3 months.  Service requirements continue to apply.
  Alternatively, drivers may put the permit in "storage" for the period of the vacation and service requirements do not apply.

1

- Drivers will be liable, with companies, for liquidated damages if airport service standards are not met.
- Airport drivers must affiliate with a cab company.
- Airport permits must be put on cabs that only pick up in Santa Clara County. *(Prevents cabs from Oakland or S.F. from working airport on airport days and those cities on non-airport days.)*

- Drivers with airport permits can work at any company and have free movement between companies.
- When driver leaves (voluntarily or by failing to live up to requirements), permit is returned to City for re-issuance as described in II(b) below.

b) City issues balance of airport permits to companies.
- Allocation based on current total number of trips, with minimum of 7 alternate-day airport permits per company.
- Airport permits must be put on cabs that only pick up in Santa Clara County. *(As with drivers, prevents cabs from Oakland or S.F. from working airport on airport days and those cities on non-airport days.)*
- Cabs with an airport permit must be in service 70% of days they have access to airport, and 70% of other days as well.

c) To obtain airport permits, or to have affiliated drivers with airport permits, cab company must become an "airport company." Airport has contract (or concession) with each "airport company." Airport drivers can affiliate only with "airport companies."
- Contract/concession sets standards for service and labor peace, similar to current concession agreements.
- Companies are liable for liquidated damages if standards are not met. As noted above, drivers are also assessed liquidated damages if standards are not met.
- Company must provide non-airport service. Requirements are:
  - 24 hour dispatch.
  - After transition period, minimum 15 cabs
  - Computer-aided dispatch within 3 months of the date that airport permits are issued. *(Computer-aided dispatch means call-taker inputs caller info into PC and dispatcher works off information for dispatch. Does not include the more expensive mobile data terminals in each taxi or GPS [as Yellow has]. Trip data is needed for verifying trip levels.)*
- Track number of days that cabs/drivers with airport permits work the City and report this information to the City.

d) Airport has discretion to increase the number of permits, based on service needs such as growth in air travel or growth in number of taxis dispatched.
- Additional permits would be issued at same driver/company ratio as the original permits.

2

- Company permits allocated based on percentage of existing company permits.
- Driver permits issued as described in II(b) below.

## II. Permanent airport system.

After two-year transition period, this system continues as above, except for the following changes:

a) Minimum 15 cabs per airport company

b) Company-held airport permits are re-allocated annually based on volume of non-airport business served by each company. Non-airport business volume may be measured by size of cab fleet, mileage or non-airport trips.

c) City re-issues driver permits made available as drivers with airport permits leaving the business. Permits are issued by lottery to drivers who sign up to enter the lottery.

## III. Other Service Model elements

a) Maximum fare
   - Maximum fare replaces uniform metered fare. Maximum is set at current fare.
   - Minimum fare set at 80% of the maximum metered fare.
   - Cab companies can set schedule for flat fares outside the county, and flat fares for accounts (e.g., hotels, businesses)
   - Cab companies can offer discounts from their metered fare.
   - Uniform fare for trips dispatched from the airport, set at current metered fare.
   - Maximum fare is adjusted periodically based on cost of living.

b) Auto insurance
   - Drivers who own their own vehicles may purchase auto insurance through risk purchasing group.
   - The risk purchasing group is managed by an insurance broker who agrees to perform administrative and account services. Will need an entity acceptable to the City, such as a driver association formed according to California law, that is legally responsible for ensuring insurance coverage.
   - The broker tracks insurance status of each vehicle so as to avoid creating a burdensome task for the City, and reports changes in status on a timely basis to the City and to the cab company with which the driver is affiliated

## *Airport Concession Terms for Companies and Drivers*

### Cab Companies with airport permits and/or airport-affiliated cabs

Note: each company that participates in airport system would sign a standard contract with the airport and be required to abide by the airport's rules.

- Comply with airport customer service requirements (courteous drivers, assistance with luggage, vehicle cleanliness, appearance, etc.)

- Comply with City rules for 24/7 dispatch service.

- Minimum of one station wagon or minivan per cab company in active airport service. For companies with more than ten airport cabs (including affiliated drivers), 20% of airport cabs owned or affiliated by the company must be station wagons or minivans

- Minimum of one alternative fuel vehicle per company in active airport service. For companies with more than eight airport cabs (including affiliated drivers), 15% of airport cabs must be alternative fuel vehicles by end of 2004 and 25% by the end of 2005.

- Implement driver consultation process and Company Plan and Offer to Drivers as described in work processes section below.

- Implement driver dispute resolution process.

- Track number of non-airport trips served by each company airport permitted cab, and number of non-airport trips served by each affiliated driver who has an airport permit. Information must be audited by outside party acceptable to the City on a quarterly basis, with audit results reported directly to the City.

- Respond to customer complaints and lost and found referrals from airport management company.

- Comply with driver training requirements.

- Make deposit for liquidated damages (amount to be determined).

- Make payments for liquidated damages assessed to company for failure to meet service standards. Liquidated damages for overall lack of service (e.g., customers wait more than 5 minutes) will be assessed to each "airport company," pro-rated to number of airport cabs operated from the company. Vehicle-specific problems (e.g., dirty cabs) will be assessed to the company involved. (Note: there are also liquidated damages assessed to drivers; see below.)

4

- Not permitted to charge drivers for liquidated damages that are assessed to the company.

- Collect liquidated damages from drivers as assessed by airport (see below), and transmit payment to airport on monthly basis.

## Airport drivers who hold airport permits

Note: each driver with an airport permit would sign a standard contract with the airport and be required to abide by the airport's rules.

- Comply with airport customer service requirements (courteousness, assistance with luggage, vehicle cleanliness, appearance, accept short trips, no solicitation of customers, etc.)

- Comply with alternate-day access restriction.

- Obey directions from Airport, City or management company staff.

- Meet service levels for dispatch and non-airport days of service.

- Promptly report any discrepancies in service level records kept by cab companies and follow procedure for resolving any discrepancies.

- Adhere to dispute resolution provisions.

- Make deposit for liquidated damages (amount to be determined).

- Pay liquidated damages assessed by airport for failure to meet service standards. Liquidated damages for overall lack of service (e.g., customers wait more than 5 minutes) will be assessed to each airport driver with airport access on the day in question. Vehicle-specific problems (e.g., dirty cabs) will be assessed to the driver involved.

- Violations of Airport Rules/Regs, if not egregious, could result in escalating levels of suspensions. (eg., first offense – 1 day suspension/sent home, second time – one week suspension, etc.)

5

## *Airport management company responsibilities*

Note: RFP for airport management company and the resulting contract will include the following tasks and responsibilities:

- Provide and supervise starters at each terminal

- Provide restroom facilities at holding areas

- Keep holding lots clean, well maintained, etc.

- Notify cab companies (and through companies, drivers) when cabs are needed at the airport.

- Collect airport trip fees.

- In-take customer complaints and lost and found, refer to appropriate company(ies) for prompt investigation and resolution, and track and report disposition of complaints and lost/found items.

- Administer automated system that tracks number of trips dispatched by vehicle number and by driver ID number.

- Track and document violations of concession agreements (e.g., no cabs for five minutes, dirty cabs, etc.) and report this information to the Airport.

- Set up and maintain database-driven website that tracks driver affiliations, trip volumes, trip fee payments, compliance with alternative fuel and minivan requirements. The City, Airport, and each cab company would have passworded access to this database and the ability to update selected fields (e.g., companies could update driver affiliation information).

- Ensure compliance with airport customer service requirements (courteousness, assistance with luggage, vehicle cleanliness, appearance, accept short trips, no solicitation of customers, etc.)

6

## Work Processes

This section provides a detailed description of how the overall Service Model is expected to be implemented. The purpose of this section is to help stakeholders understand how the new system will work. Note that particular details will be refined during the transition period as as a management company is brought in.

<u>Driver consultation, full disclosure and driver dispute resolution processes</u>

The objectives of these processes are (1) strengthen management capability of the cab companies; (2) strengthen driver choice and the effectiveness of driver choice as a mechanism to achieve fair gate fees and a reasonable level of driver incomes; and (3) provide mechanisms to prevent and where necessary resolve disputes between the cab companies and drivers.

In consultation with drivers, each cab company establishes a mechanism for regular and open communication between company managers and drivers, such as periodic open forums, drivers council, etc. The exact form will vary by company depending on the preferences of the company and drivers. Both drivers and the company must agree to the form to be used.

- Using the method of driver consultation agreed upon between the drivers and company, each company puts together a *Company Plan and Offer to Drivers*. This document will contain the following:

| 1. Company plan: | • Current and anticipated trip volumes<br>• Current and planned number of cabs and drivers<br>• Fares, including flat fares and discounts<br>• Company marketing and advertising |
|---|---|
| 2. Offer to drivers: | • How drivers will make money working at this company<br>• Gate fees including itemization (cost of insurance, dispatching, alternative fuel/minivan fee as described below, etc.)<br>• Subsidies for minivans and alternative fuel vehicles.<br>• What company expects of drivers. May include driver requirements, responsiveness to working certain hours as needed, accepting dispatch calls, procedures if turn down dispatch calls, etc.<br>• Policy on fare discounts (e.g., whether discounts are deducted from driver income or reimbursed in whole or part by company)<br>• Number of dispatch trips per cab drivers can expect to be offered. |
| 3. Contract-enforceable terms: | • Specific terms of Plan and Offer that will be incorporated by reference into Airport Contracts and thus be binding on company and driver without running afoul of California independent contractor issues. |

- In addition to driver consultation process agreed to above, companies and drivers will follow a Dispute Resolution Process.

Drivers with their own airport permit – daily work process:

- Each driver with an airport permit will be issued a driver ID card that identifies the driver as an airport permit holder and the driver's airport day (A/B). The ID will include a bar code readable by a scanner at the exit to the hold area.

- Drivers will purchase a magnetic swipe card or smartcard at vending machine at airport holding lot. This "payment card" is used to pay trip fees and any liquidated damages. Drivers can add value to the card as needed.

- When entering hold area, driver must have his ID card read by the scanner. The system will check that only A drivers enter on A days, B drivers on B days. The system will also check for any outstanding liquidated damages that are past due, and will deny entrance if that is the case. (Drivers can pay the liquidated damages on the spot using their payment cards.)

- When leaving the hold area en route to a pickup, driver will have his ID card read by the scanner. These readings will constitute the official count of trips from the airport, verifying that drivers meet their airport service requirements.

- Driver will also swipe/dip/pass card by a card reader that deducts the trip fee when leaving the hold area. Machine prints out an "exit ticket" with time and date printed and the driver ID number and vehicle number. AVI reader at exit reads the AVI tag and vehicle number is also printed on the exit receipt. Machine indicates whether to go to Terminal A or C.

- Driver proceeds to Terminal A or C taxi line. Exit ticket is given to dispatcher, who then gives it to the customer. Customer can use the exit ticket in case of lost property or complaint to identify the driver and cab number. Driver takes customer to destination.

Company airport permits – daily work process for drivers:

- Same as above for payment of trip fees (using payment cards).

- Driver enters hold area after AVI reader verifies that A/B car is there for A/B day.

- Same procedure as above for exiting the hold area. AVI readers are official count of trips from the airport, verifying that the cab company meets its airport service requirement for that vehicle.

- Same procedure as above at taxi line.

8

Airport Tracking System

- Management company will be responsible for setting up and administering database-driven website to track driver affiliations, trip volumes, trip fee payments, compliance with alternative fuel and minivan requirements. The City, Airport, and each cab company would have passworded access to this database and the ability to update selected fields (e.g., companies could update driver affiliation information).

- Management company will maintain information on drivers with airport permit. Thus, when drivers give back their airport permits and new drivers are issued new airport permits, management company will update database.

- When drivers or companies replace vehicle(s), the vehicle information will be updated by the Police Department.

- Management company tracks compliance with alternative fuel and accessible vehicle requirements based on vehicle information in database.

- Cab companies will update driver affiliation information in database. If an airport driver moves from Yellow to United, for example, Yellow will take the driver off its list of affiliated drivers and United will add the driver to its list.

- Cab companies will upload trip information for City (nonairport) trips as described in next section.

Tracking non-airport (City) trips

- Cab companies track the number of City trips served by cabs in their companies – for both company-held airport permits and driver-held airport permits.

- Cab company tracks non-airport pre-arranged trips through computer-aided dispatch system, to be required of all airport companies. Under this system, when customer calls for a trip, the call-taker inputs the customer name, address etc. into a computer (some companies already do this). Dispatcher offers the job to a driver. Driver accepts job and picks up customer. DRIVER MUST NOTIFY COMPANY OF THE PICKUP. Driver thus gets credit for making the City pickup.

- System must also have ability to track taxi stand pick ups and flags. Companies can design their own procedure to do this. It could be the driver calling in the call, or automated system for driver to report the trip through mobile data terminals.

- Company uploads to Airport Tracking System the trip totals per cab per day for company-held airport permits. Data is uploaded on a weekly basis. This information is subject to audit against trip sheets.

9

- Company uploads trip totals per driver per day for driver-held airport permits. Data is uploaded on a weekly basis. This information is subject to audit against trip sheets. Driver can check information on the Internet. In case of disagreements, resolve through the company dispute resolution process.

- Management company (or City/Airport staff?) analyzes data for compliance with nonairport trip requirements. Permit suspensions or revocations would follow normal City procedures.

Lost property

- Customer calls management company and reports lost property.

- If customer has vehicle and/or driver ID number, management company refers information to the appropriate cab company which must then call the driver on two-way radio.

- Driver arranges to return lost property to customer by communicating back through cab company or management company, or by calling customer directly. When possible, driver calls customer directly and returns property to customer. (Will generally produce a nice tip for the driver – does experience confirm this?) Item could also be mailed by cab company or management company or left at airport for customer to pick up.

Customer complaints

- Customer calls management company and reports details of complaint.

- If customer has vehicle and/or driver ID number, management company refers information to the appropriate cab company. Company must investigate and report resolution of complaint to management company.

- Management company contacts customer to see if customer is satisfied with the response.

- If customer cannot identify driver or vehicle, management company investigates based on cabs dispatched at that terminal and time period, using driver description, description of vehicle, etc. If management company can identify driver, complaint is forwarded to cab company as above.

- Above applies to complaints about rudeness, incorrect fare, other relatively less serious complaints. Serious/major complaints are referred to the Police Department for investigation and possible enforcement action.

10

Liquidated damages

- Management company will document violations of concession agreement, e.g., no cabs at stands, dirty cabs, etc.

- Information is reported to Airport on weekly basis.

- Airport reviews information as quality-control check and assesses damage amounts that apply by company and by driver. This information is then given to the management company.

- Management company posts liquidated damages on the Airport Tracking System website and emails (or other method to be determined) companies and drivers who are being charged liquidated damages.

- Companies and drivers have two weeks to either pay the damages or appeal to the Airport. Appeals must be based on good reason. Repeated frivolous appeals will not be allowed.

- Appeals are decided using current procedures by Airport staff.

- Drivers pay using payment card (see above).

- Companies pay via direct deposit to either the management company or Airport directly.

Alternative fuel/minivan requirements

- Requirements apply to each airport cab company, including affiliated drivers. The cab companies may charge a fee to each affiliated driver for compliance with these provisions. These fees can then be applied to provide incentives for airport drivers to buy minivans or alternative fuel vehicles, or can be used by the company to offset the extra cost of these vehicles in their own fleet. In effect, these fees are an internal cross-subsidy within each company. Both companies and airport drivers are responsible for either buying minivan/alternative fuel vehicles, or helping pay the cost for others to buy them. As the cost of these vehicles changes, or their attractiveness to drivers changes, the fees and amount of cross-subsidy can be adjusted.

- Management company tracks compliance through Airport Tracking System.

- Violations are reported to the Airport. Companies in violation are warned and ordered to comply with pre-set time period (e.g., 14 days.)

- Companies that still don't comply have their airport company status suspended or revoked.

11