**EXHIBIT E
DECLARATION OF ROBERT LOCKHART**

RD:MH  
7/20/05

FULLY-EXECUTED

CITY ATTORNEY FILE COPY

*Fishe 8/23/05*
*6.4*
*72867*

# ON-DEMAND GROUND TRANSPORTATION CONCESSION AGREEMENT
## BY AND BETWEEN THE CITY OF SAN JOSE
## AND
## [COMPANY]

*M & M Cab Co. Inc. dba Golden Star Cab*

THIS ON-DEMAND GROUND TRANSPORTATION CONCESSION AGREEMENT ("Agreement") is made and entered into this *4th* day of *January*, 200*6* by and between the CITY OF SAN JOSE, a municipal corporation of the State of California ("City"), and [GROUND TRANSPORTATION COMPANY], a California [select one: CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP] ("Contractor").

## RECITALS

A. City, as the owner and operator of the Norman Y. Mineta San Jose International Airport ("Airport") located in Santa Clara County, California, has the right to grant operating privileges thereon and desires to grant these privileges subject to the terms and conditions stated in this Agreement.

B. Contractor represents that it is duly authorized to engage in the business of transporting Airport customers and their baggage by ground transportation in the City of San José.

C. City has contracted with an On-Demand Ground Transportation Manager ("Manager") to manage the operations of all on-demand ground transportation providers on the Airport, including taxicabs.

D. The Council of the City of San José desires to grant Contractor the privilege of providing ground transportation services to passengers at the Airport desiring non-prearranged pickups, pursuant to the terms and conditions of this Agreement.

NOW, THEREFORE, for and in consideration of the following mutual covenants, terms and conditions, the parties agree:

1. **TERM.**

The term of this Agreement will be from September 7, 2005 (the "Effective Date") and shall continue to September 30, 2007, (the "Expiration Date"), unless sooner terminated in accordance with the provisions of this Agreement. City may, in its sole discretion, extend the term of this Agreement for up to five (5) one-year option periods by providing written notice of such election to extend no later than thirty (30) days prior to the end of the then-current term. In no event will the cumulative term of this Agreement, together with any extensions thereof described above, extend beyond September 30, 2012.

If Contractor does not cease its operations at the Airport upon expiration or termination of this Agreement, then Contractor will continue to be bound by all terms and conditions

1

T-4070/Final Company Contract 316701

RD:MH
7/20/05

7. **OPERATION FEES**

   a. **Fees**

   Contractor shall pay when due all fees established by resolution of the San Jose City Council for the privilege of conducting its operations at the Airport.

   b. **Reports**

   Monthly Activity Reports. On or before the tenth (10th) day of each month following the Effective Date, Contractors shall provide to the Director a monthly activity report, in such form and detail as the Director may require, setting forth by permit number, the number of passenger pickups made by Contractor's Airport permitted drivers at locations in Santa Clara County, other than the Airport during the previous month. Contractor. If the monthly activity report is not provided on or before the tenth (10th) day of each month as required herein, Contractor must pay a delinquency fee of $50 per occurrence for administrative expenses incurred by City for delays and collection processes, plus an amount of $50.00 for each 24 hours period thereafter until such date as the monthly activity report is submitted to the Director.

   Annual Vehicle Inventory. At least annually, the Contractor shall provide an inventory list of the actual vehicles that are used by Contractor at the Airport. This vehicle list will include the following information: Vehicle Make, Model and Year; License Number; Vehicle Identification Number; Company Vehicle Number (if applicable); Vehicle Seating Capacity; Vehicle Fuel Type (gasoline, CNG, propane, etc.); Engine size and type, Smoking/Non-Smoking; and Vehicle Condition (Excellent, Fair, etc.).

   c. **Payment of Fees and Charges**

   Any and all fees that are payable in advance must be paid on or before the first day of each month ("due date"), without any requirement of notice from the City and without deduction or offset. Such fees will be deemed delinquent if not received by City by the 15th day of the month. Contractor will be required to pay a late payment fee equal to one percent (1%) per month of the amount that is late, calculated monthly, for each month that payment is not timely received by City, until payment is received by City.

   Contractor must pay trip fees no later than thirty (30) days after the date of invoice by City. Such fees shall be deemed delinquent if not received by City on or before such thirtieth (30) day. Contractor will be required to pay a late payment fee equal to one percent (1%) per month of the amount that is late, calculated monthly, for each month that payment is not timely received by City.

   All of the fees and charges will be paid without notice or demand and without abatement, deduction or offset by check made payable to the "City of San Jose"

9

T-4070/Final Company Contract 316701