**EXHIBIT H
DECLARATION OF ROBERT LOCKHART**

**Nedrow, Angelique**

| | |
|---|---|
| **From:** | Lockhart, Bob |
| **Sent:** | Wednesday, December 12, 2007 6:40 PM |
| **To:** | 'Margee@unitedcabco.com'; 'theresemaloney@aol.com'; 'lsilva@yellowcheckercab.com'; 'dlogan@yellowcheckercab.com'; 'bikramjeet@yahoo.com'; 'asilva@yellowcheckercab.com'; 'sherry2230@yahoo.com'; 'lakhbirsinghp@yahoo.com'; 'laravorik@yahoo.com'; 'expresscab@sbcglobal.net'; 'ben@vxmlexpert.com'; 'goldenstar001@sbcglobal.net'; 'usacabcompany@yahoo.com'; 'astrucking@yahoo.com'; 'info@american-cab.com'; 'kirpal bajwa' |
| **Cc:** | Ortbal, Jim; McAnally, Pamela; Hausler, Kathy; Chubbic, Dirk; Shikada, Ed; Nedrow, Angelique; Tripousis, Ben; Aitken, John; Kirkbride, Frank; Sherry, Bill |
| **Subject:** | Reallocation of Company Airport Access Permits |
| **Attachments:** | Permit Reallocation 12-10-07 Final.doc; Company Allocation (min 4) based on SJ Trips 7-1-06 - 6-30-07 #3.xls |

Taxi Company Owners,
Attached is the memo and distribution chart for the reallocation of Taxicab Company Airport Access Permits. A hard copy will be mailed to each company. The reallocation process was delayed a couple of days to ensure that the company data was properly verified by our staff from the San Jose Police, Transportation and Airport Departments prior to this reallocation. We will be working with the San Jose Police Department to process the new Permits so that they will be available to you prior to the January 1, 2008 effective date.

 

Permit Reallocation   Company Allocation
   12-10-07 F...          (min 4) bas...

Bob Lockhart
Airport Operations Manager
Mineta San Jose International Airport
(408) 277-5249
(408) 277-3093 fax
blockhart@sjc.org

1



NORMAN Y. MINETA
SAN JOSE
INTERNATIONAL
AIRPORT

December 12, 2007

**To: Taxicab Company Owners**

**Subject: Taxicab Company Airport Access Permit Reallocation**

San Jose City Council approved the methodology and qualifications for reallocation of Taxicab Company Airport Access Permits (Permits) on November 20, 2007. Staff distributed memorandum dated November 19, 2007 and November 21, 2007 to ensure that all taxicab companies were aware of the deadlines and minimum requirements to have Permits allocated to their company. Copies of the approved Council memo and the two previously distributed memorandums will be attached to hard copies of this letter and distributed to the companies.

Staff from the San Jose Police Department contacted companies that did not meet the minimum criteria regarding driver counts and vehicle counts, requesting the companies provide specific documentation to refute the preliminary determination. Upon review of the documentation submitted, staff from San Jose Police, Transportation and Airport Departments determined that Alpha Cab, All Star Cab, American Cab, National Cab and Net Cab did not meet the minimum requirements to receive Permits. These five companies which did not meet the minimum requirements were removed from the January 1, 2008 reallocation process.

The allocation of Permits to companies that met the minimum requirements, based on the approved methodology, is attached. The reallocation to companies is based on San Jose originated non-Taxi San Jose dispatched trips and allocates a minimum of four Permits to each qualified company. The reallocated Permits will be effective January 1, 2008 through March 31, 2009.

Sincerely,

Robert Lockhart
Airport Operations Manager



SAN JOSE
CAPITAL OF SILICON VALLEY    1732 N. First Street, Suite 600   San Jose, CA 95112-4538   Tel: 408.501.7600
www.sjc.org

## San Jose Originating Trips
## Not Generated Through Taxi San Jose
## 7-1-06 through 6-30-07

| Company | San Jose Trips | % of San Jose Trips | Minimum Allocation | Companies earning over 4 permits percentage of 462,398 trips | Addditional Permits earned | Total Permits Allocated |
|---|---|---|---|---|---|---|
| California | 19167 | .037% | 4 | | 0 | 4 |
| City | 7998 | .015% | 4 | | 0 | 4 |
| Executive | 11209 | .021% | 4 | | 0 | 4 |
| Golden Star | 36938 | .071% | 4 | .079% | 5 | 9 |
| Milpitas | 7894 | .015% | 4 | | 0 | 4 |
| Rainbow | 58269 | .111% | 4 | .126% | 8 | 12 |
| SV Checker | 74014 | .141% | 4 | .160% | 10 | 14 |
| United | 32154 | .061% | 4 | .069% | 5 | 9 |
| USA Express | 14922 | .028% | 4 | | 0 | 4 |
| Yellow | 261023 | .499% | 4 | .564% | 37 | 41 |
| | 523588 | | 40 | | 65 | 105 |

% of San Jose trips for companies earning more than 4 permit minimum based on companies percentage of 462,398 trips. Total San Jose trips for Golden Star Cab reduced by 50% due to the lack of sufficient verifiable data by this company.

Note: The following companies were not eligible to participate in the reallocation due to not having met all of the minimum requirements for eligibility; All Star Cab, Alpha Cab, American Cab, National Cab, and Net Cab.