RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DAISY M. NISHIGAYA, Deputy City Attorney (#186614)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC., dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL, and DOES 1-10, inclusive,<br><br>Defendant(s). | Case Number: C07-06171 HRL<br><br>**DECLARATION OF ALEX DAVIS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Ronald M. Whyte |

I, Alex Davis, declare:

1.     I am an investigator for the City Attorney's Office, I have been employed by the City of San Jose for five years. My job responsibilities include conducting research by

any means needed such as via internet, public records, and by telephone.

2. I researched the legal status of Plaintiff Dial Dialing, Inc. dba California Cab via the California Secretary of State website. I discovered that the California corporation, Dial Dialing, Inc., is a suspended corporation. Attached hereto as Exhibit A is a true and correct copy of the printout from the Secretary of State's website showing its suspended status, which I printed on December 20, 2007.

3. I also researched the legal status of Plaintiff Alpha Transportation, Inc. dba Alpha Cab Company via the California Secretary of State website. I discovered that the California corporation, Alpha Transportation, Inc., is a suspended corporation. Attached hereto as Exhibit B is a true and correct copy of the printout from the Secretary of State's website showing its suspended status, which I printed on December 20, 2007.

4. On December 18, 2007, I telephoned the California Secretary of State to confirm the information on its website about the suspension of these two companies. The Secretary of State confirmed that these two companies are suspended. The Secretary of State also informed me that the suspension of these companies was initiated by the California Franchise Tax Board.

5. Further, the San José Police Permits Unit informed me during my telephone call that Plaintiff Net Cab Company was out of business as of December 18, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 27, 2007, at San José, California.

ALEX DAVIS

DECLARATION OF ALEX DAVIS ISO OPPOSITION TO
PLAINTIFFS' APPLICATION FOR TRO

C07-06171 HRL
455570

**EXHIBIT A
DECLARATION OF ALEX DAVIS**

# California Business Portal
**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| DIAL DIALING, INC. |

| Number: C2275311 | Date Filed: 12/4/2001 | Status: suspended |
|---|---|---|
| Jurisdiction: California | | |

| Address |
|---|
| PO BOX 7233 |
| REDWOOD CITY, CA 94063-7233 |
| **Agent for Service of Process** |
| HARPREET S CHAWDHERY |
| 52 SO PARK VICTORIA |
| MILPITAS, CA 95035 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT B**
**DECLARATION OF ALEX DAVIS**

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| ALPHA TRANSPORTATION, INC. |
| **Number:** C2271529    **Date Filed:** 2/6/2001    **Status:** suspended |
| **Jurisdiction:** California |
| **Address** |
| 52 S PARK VICTORIA DR |
| MILPITAS, CA 95035 |
| **Agent for Service of Process** |
| HARPREET S. CHAUDHARY |
| 52 S PARK VICTORIA DR. |
| MILPITAS, CA 95035 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.