RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DAISY M. NISHIGAYA, Deputy City Attorney (#186614)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC., dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL, and DOES 1-10, inclusive,<br><br>Defendant(s). | Case Number: C07-06171 HRL<br><br>**DECLARATION OF PAMELA MCANALLY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INUNCTION**<br><br>Date:  TBD<br>Time:  TBD<br>Judge: Hon. Ronald M. Whyte |

I, Pamela McAnally, declare:

1. I am an Analyst II in the Department of Transportation for the City of San Jose, I have been employed by the City of San Jose for nine years. My job responsibilities

1

1. are working with special projects, including working with the taxicab industry.

2. I authored an October 4, 2005 letter and mailed in the normal course of business to all of the San Jose licensed taxicab companies with specific instructions for off-Airport trip reporting. Specifically, Permit-holding drivers were instructed to record: (1) the name of the company; (2) the date of the trip; (3) the Permit number; (4) whether there was airport access on the trip; (5) whether it was a dispatch or flag drop; (6) the time of the trip; (7) the place (by code) of origination; and (8) the place (by code) of destination. A true and correct copy of the October 4, 2005 letter and the sample excel formatted spreadsheet is attached hereto as <u>Exhibit A</u>. I authored this document and know it to be an accurate copy. I know that it was prepared at or about the time of this date. This document was prepared in the course of regularly conducted City business and is kept in the course of the City's regularly conducted business. I use it as a reference during my job responsibilities. I am familiar with the document and its contents.

3. I have read the Memorandum of Points and Authorities in Support of Ex Parte and Preliminary Injunction dated December 18, 2007 ("MPA"). In this memorandum, Plaintiffs claim that "the City imposed several new obligations ... [t]o qualify for a 2008 allocation [including] ... track[ing] trips using GPS devices and computer-operated dispatch". (MPA at 9:1-4 (emphasis in original).) This is incorrect. The requirement for taxicab companies to track trips using a GPS device and computer-operated dispatch is a requirement in order to qualify for the Company Permit allocation in 2009. This information is also stated in a Chuck Reed and Sam Liccardo Memorandum to City Council, dated November 2, 2007, at pg. 1, a true and correct copy of which is attached hereto as Exhibit B. Although I did not author this document, I know that it was prepared at or about the time of this date by persons with knowledge of its contents. This document was prepared in the course of regularly conducted City business and is kept in the course of the City's regularly conducted business. I know that this is an accurate copy because I use it as a reference during my job responsibilities. I am familiar with the document and its contents.

2

4. An extensive audit was performed by my department, the Department of Transportation, City of San Jose, in order to verify each company's percentage of documented trips originating in the City of San Jose but not obtained through the Airport on-demand dispatch system. Random samples of data received for the past year from each company were reviewed and any company with questionable data was asked to submit to the City copies of driver and outreach trip logs, if applicable, for a specific time period so that a comparison could be made to the original reported data. I reviewed Net Cab's submitted off-Airport trip record and had a subsequent verbal conversation with the company owner. Net Cab's owner could not verify a very substantial number of the company's reported trips, so the total number was reduced by 50% (as opposed to voiding the submission entirely) in order not to completely disqualify the company from obtaining Company Permits.

5. Like Net Cab, Golden Star had serious problems with the verifiability of many entries in their off-Airport trip reporting, including too many trips by a driver in very short time periods and several trips from different places at the same time. For both of these companies, the verifiable data was estimated at about 50% of the total and a reduction was made accordingly as an alternative to voiding all of the data and disqualifying the companies from receiving Company Permits. Net Cab and Golden Star were the only two reporting companies who could not verify a substantial portion of their data.

6. Yellow and SV Checker's reported numbers were reduced along with all the other qualifying companies when the City Council opted to only include San Jose-originating trips for purposes of the Reallocation.

7. The Methodology and details for reporting off-Airport trips had been described to taxicab companies at the September 23, 2005 Taxicab Advisory Team ("TAT") meeting, which I attended, and it was also described at mandatory meetings held with companies on September 28 and 30, 2005, which I also attended and lead.

8. Handouts at the September 28th and 30th, 2005 meetings included a sample excel spreadsheet indicating the data fields that needed to be filled out for all

3

permitted drivers (Airport and non-Airport permittees) including, dispatch and flag drop trips, and origination and destination codes (a sample sheet of codes was handed out). The sample is the same as the one attached to my October 5, 2005 letter.

9. Non-plainitff Golden Star is a cooperative owned by I am informed and believe, primarily Indian, Ethiopian and Somali drivers.

10. The City Council further decided that, of all of the off-Airport trips reported by companies, only trips originating in San Jose would be counted as off-Airport trips for purposes of the Reallocation. The reason for this decision by the City Council was that the inclusion of trip data from outside of San Jose in the Reallocation Methodology would not target the goal of serving the City of San Jose as closely as it could if only trips originating in San Jose were counted. See November 2, 2007 Memo, Exhibit B at pg. 2.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct except for those matters that I state on information and belief, which I believe to be true. Executed on December 28, 2007, at San Jose, California.

PAMELA McANALLY

**EXHIBIT A
DECLARATION OF PAMELA McANALLY**



**City of San Jose**
CAPITAL OF SILICON VALLEY

*Department of Transportation*

October 4, 2005

Dear Taxicab Company Owner,

At our last Taxicab Advisory Team meeting we distributed the Company/Driver data requirements for off-airport trips. Please find enclosed with this letter a copy of the spreadsheet with the required data fields. At a minimum the data needs to be submitted in an Excel spreadsheet format. Reports are due not later than by the 10th day of the month for the previous month's activity. Please submit your reports to:

Norman Y. Mineta San Jose International Airport
Attn: Kathy Hausler
1732 N. 1st St. Suite 600
San Jose Ca. 95112

In addition, we distributed the minimum curriculum requirements for the driver training. Each driver is required to complete the refresher training by March 31, 2006. You are required to submit your final curriculum and training materials by November 30, 2005 to the attention of Pamela McAnally. Also, on the 1st of each month you need to send your monthly training schedule to me. My e-mail address is Pamela.McAnally@sanjoseca.gov or mail them to:

San Jose City Hall
Attn: Pamela McAnally
Department of Transportation
200 East Santa Clara Street
San Jose, CA 95113

Should you have any questions about either the Company/Driver Data or Driver Training requirements, please give me a call at 408-975-3273.

Thank you,

*[signature]*

Pamela McAnally

Company/Driver Data Base
(Template)

| Company Name | Date | Permit # | Airport Access Y/N | Dispatch / FlagDrop | Time of Trip | Origination | Destination |
|---|---|---|---|---|---|---|---|
| Yellow Cab | 9/15/2005 | 2D197C | Y | D | 1334 | 13 | 23 |
| | | 2D197C | Y | F | 1401 | 3 | 20 |
| | | 005670 | N | D | 932 | 3 | 19 |
| | | 005670 | N | D | 1001 | 20 | 3 |

## TAXI DESTINATIONS

1. CAMPBELL
2. CUPERTINO
3. DOWNTOWN SAN JOSE
4. EAST BAY
5. EAST SAN JOSE
6. FREMONT
7. GILROY
8. LOS ALTOS
9. MILPITAS
10. MORGAN HILL
11. MOUNTAIN VIEW
12. NORTH BAY
13. NORTH SAN JOSE
14. OAKLAND
15. OAKLAND INTERNATIONAL AIRPORT
16. ON AIRPORT
17. PALO ALTO
18. SAN FRANCISCO
19. SAN FRANCISCO INTERNATIONAL AIRPORT
20. SANTA CLARA
21. SOUTH SAN JOSE
22. SUNNYVALE
23. WEST SAN JOSE
24. OTHER

**EXHIBIT B
DECLARATION OF PAMELA McANALLY**

Council Meeting: 11/20/07
Agenda Item:


CITY OF
SAN JOSE
CAPITAL OF SILICON VALLEY

# Memorandum

TO: City Council

FROM: Mayor Chuck Reed
Councilmember Sam Liccardo

SUBJECT: TAXICAB SERVICE MODEL

DATE: October 29, 2007

Approved  Chuck Reed                Date  11/2/07

## RECOMMENDATION

Approve staff's October 12, 2007 and September 21, 2007 Taxicab Service Model Status Reports and the following recommendations:

1. Proceed with the reallocation of Airport taxicab company permits on January 1, 2008 effective until March 31, 2009. The reallocation of permits will be based upon the percentage of documented taxicab trip data by each company originating within the City of San José, but not obtained through the Airport on demand dispatch system (currently Taxi San José).

2. Future reallocations will occur on an annual basis and be in effect for the period of April 1 thru March 31. The time period to be used for data collection for all subsequent reallocations is the twelve-month period of January 1 to December 31. All airport permit holders are still required to make a minimum of four off airport trips a day (on the days they are not working at the airport) and those trips may originate outside of San José. Only trips that originate in San Jose will count towards the annual airport permit reallocation.

3. San José taxicab companies seeking eligibility for Airport taxicab company permits must meet the minimum requirements of items a, b and c as listed below in order to receive a minimum of 3 company permits effective January 1, 2008. Further, in order to be eligible for the reallocation of permits effective April 1, 2009, all of the following requirements must be met, including item d in order to collect data of off airport trips originating in San José beginning April 1, 2008. If the date of activation of a computer aided dispatch and GPS system occurs after April 1, 2008, only those trips reported after the date of activation will be counted towards the reallocation that is to be effective on April 1, 2009.

    a. Maintain fleets of fifteen (15) San José licensed taxicab vehicles and fifteen (15) permitted taxicab drivers.
    b. Twenty-five percent of each companies' trips that originate from the Airport must be in clean air vehicles as defined by Airport rules and regulations.
    c. Be current on all fees and charges due to the City of San José.
    d. Utilize a computer aided dispatch and GPS and fleet tracking system to ensure trip reporting accuracy, improve fleet management and customer response in order to qualify for the permit reallocation effective April 1, 2009

Each licensed taxicab company meeting these requirements will receive a minimum annual allocation of three Airport taxicab company permits at each reallocation. The remaining Airport taxicab company permits will be reallocated every year as described in recommendations one and two above.

CITY COUNCIL
10-29-07
Subject: Taxicab Service Model
Page 2

4. Utilize the Airport Commission to provide final oversight on implementation of Airport taxicab policy and regulatory matters, including Airport taxicab permit leaseability. Citywide taxicab policy (including transferability) and regulatory matters that extends beyond the Airport and that are beyond staff authority shall remain under the purview of the Transportation and Environment Committee and the City Council until such time as Taxicab Commission is created. Staff is directed to prepare a structure for the taxicab commission, a proposed scope of authority, cost estimates, and a cost recovery mechanism to be brought to the council prior to the priority setting session in February 2008.

5. Defer discussion of taxicab driver and vehicle caps until 2009 once the current reallocation has been completed. This item would be considered only as part of the T&E Committee workplan.

## BACKGROUND

In September 2005, the new Taxicab Service Model (TSM) was initiated. Taxi San José began providing dispatch services at the Airport to all 14 San José taxicab companies and the individual drivers with Airport-issued permits affiliated with those companies. The Taxicab Service Model has been in operation for two years and by all accounts has been effective in moving towards the four stated goals of the service model.

1. Enhance Access to the Airport and Improve Service to the City of San José
2. Improve Service to the Customer
3. Balance Equity and Control within the Taxicab Industry (between driver and owner)
4. Maintain an Effective and Efficient City Regulatory and Oversight System

In September 2007, the reallocation of the 105 Airport taxicab company permits was to occur. Staff presented the results of the reallocation to taxicab companies on September 28, 2007, with an effective date of November 1, 2007. Staff presented an overview of the process and results to the T&E Committee and Airport Commission at their respective October 1, 2007 meetings. The feedback focused on trip data reporting, including the difficulty in ensuring the accuracy of the data due to the manual nature of most taxicab company data systems. Finally, the inclusion of trip data from outside of San José in the reallocation method does not target the goal of serving the City of San José as closely as it could if only trips originating in San José were counted.

The Airport Commission recommended deferring the reallocation until May 1, 2008. The deferral was to provide additional time for small companies to improve data systems and further develop off-Airport businesses.

Upon further review of the methodology used for the reallocation of permits, it was brought to the Mayor and Council's attention that trips that did not originate in San Jose were being counted towards the minimum of off airport trips required by the service model. These trips were being counted despite the fact that it did not contribute to the ultimate goal of the service model; to improve taxicab service within the City of San José. Therefore, it is recommended to subtract those trips whose origins are not within the City of San José and modify the requirements of the service model in order to ensure accurate trip reporting data in future reallocations.

## PERMIT MINIMUMS

Offering a minimum number of Airport taxicab company permits will serve as an incentive for companies to meet the eligibility requirements and to develop the industry tools to further build their dispatch business. In addition, providing permit minimums will allow sufficient time for companies to sustain themselves while developing GPS and fleet tracking systems in order to qualify for the permit reallocation effective April 1, 2009. Lastly, providing a minimum number of permits will foster competition and ensure all taxicab companies have access to the airport so long as they meet minimum requirements.