RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DAISY M. NISHIGAYA, Deputy City Attorney (#186614)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC., dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL, and DOES 1-10, inclusive,<br><br>Defendant(s). | Case Number: C07-06171 HRL<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Ronald M. Whyte |

Defendant City of San Jose hereby request that the court take judicial notice of the following:

1. Plaintiff Dial Dialing, Inc. dba California Cab is a suspended corporation as

1  of December 14, 2007. See California Secretary of State website printout showing that
2  Plaintiff Dial Dialing, Inc. dba California Cab is a suspended corporation as of December
3  14, 2007, attached hereto as Exhibit A, and authenticated in the Declaration of Alex Davis
4  filed herewith and Exhibit A thereto.

5      2.    Plaintiff Alpha Transportation, Inc. dba Alpha Cab Company is a suspended
6  corporation as of December 14, 2007. See California Secretary of State website printout
7  showing that Plaintiff Alpha Transportation, Inc. dba Alpha Cab Company is a suspended
8  corporation as of December 14, 2007, attached hereto as Exhibit B, and authenticated in
9  the Declaration of Alex Davis filed herewith and Exhibit B thereto.

10     This request is made pursuant to the provisions of Federal Rules of Evidence, Rule
11 201. The facts stated above are not subject to reasonable dispute and are capable of
12 ready and accurate determination by resort to sources whose accuracy cannot reasonably
13 be questioned.

Respectfully submitted,

Dated: December 28, 2007

RICHARD DOYLE, City Attorney

By: _____/s/_____
Daisy M. Nishigaya
Deputy City Attorney

Attorneys for CITY OF SAN JOSE

2

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE ISO OPPOSITION TO
PLAINTIFFS' APPLICATION FOR TRO

C07-06171 HRL
455580

**EXHIBIT A**
**REQUEST FOR JUDICIAL NOTICE**

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| DIAL DIALING, INC. |

| Number: C2275311 | Date Filed: 12/4/2001 | Status: suspended |
|---|---|---|
| Jurisdiction: California | | |

| Address |
|---|
| PO BOX 7233 |
| REDWOOD CITY, CA 94063-7233 |

| Agent for Service of Process |
|---|
| HARPREET S CHAWDHERY |
| 52 SO PARK VICTORIA |
| MILPITAS, CA 95035 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT B**
**REQUEST FOR JUDICIAL NOTICE**

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of DEC 14, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| ALPHA TRANSPORTATION, INC. |||
| **Number:** C2271529 | **Date Filed:** 2/6/2001 | **Status:** suspended |
| **Jurisdiction:** California |||
| Address |||
| 52 S PARK VICTORIA DR |||
| MILPITAS, CA 95035 |||
| Agent for Service of Process |||
| HARPREET S. CHAUDHARY |||
| 52 S PARK VICTORIA DR. |||
| MILPITAS, CA 95035 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.