1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  DAISY M. NISHIGAYA, Deputy City Attorney (#186614)
   RICHARD D. NORTH, Deputy City Attorney (#225617)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
7  Attorneys for CITY OF SAN JOSE

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

| | |
|---|---|
| 12  U.S.A. EXPRESS CAB, LLC, a California organization; ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization; DIAL DIALING, INC., dba CALIFORNIA CAB, a California organization; CITY CAB COMPANY, a California organization; MILPITAS CAB, LLC, a California organization; NATIONAL CAB, LLC, a California organization; and NET CAB COMPANY, a California organization,<br><br>            Plaintiff(s),<br><br>      v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL, and DOES 1-10, inclusive,<br><br>            Defendant(s). | Case Number:  C07-06171 HRL<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Date:     TBD<br>Time:    TBD<br>Judge:   Hon. Ronald M. Whyte |

   This matter comes before the Court on Plaintiffs' Motion for Preliminary Injunction seeking to enjoin enforcement of the San Jose Airport Permit Reallocation.  Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court,

1

1 | without a hearing, hereby orders as follows:

2 |     1.    Defendant City of San Jose's Request for Judicial Notice is GRANTED.

3 |     2.    Plaintiffs' Application for Temporary Restraining Order and Preliminary

4 | Injunction is DENIED.

6 | DATED: _____      _____

7 |                                                             RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT

[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION      C07-06171 HRL
FOR TRO AND PRELIMINARY INJUNCTION      455630