RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DAISY M. NISHIGAYA, Deputy City Attorney (#186614)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB, LLC, ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, DIAL DIALING, INC. dba CALIFORNIA CAB, CITY CAB COMPANY, MILPITAS CAB, LLC, NATIONAL CAB, LLC and NET CAB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL, and DOES 1-10, inclusive,<br><br>Defendants. | Case Number: C07-06171 RMW<br><br>**STIPULATION BY THE PARTIES TO SET BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. Ronald M. Whyte |

Plaintiffs U.S.A. EXPRESS CAB LLC, *et al.* ("Plaintiffs") and defendant CITY OF SAN JOSE ("Defendant") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief ("Complaint") on December 5, 2007;

WHEREAS, Defendant received service of the Complaint on December 10, 2007;

WHEREAS, Plaintiffs filed an *ex parte* motion for a temporary restraining order

1  ("TRO") on December 19, 2007;

2      WHEREAS, Federal Rule of Civil Procedure 12 required that Defendant file a
3  response to the Complaint on or before December 28, 2007;

4      WHEREAS, pursuant to this Court's Order Setting Briefing Schedule dated December
5  19, 2007, Defendant was required to respond to the motion for a TRO no later than
6  December 28, 2007 at 5:00 pm;

7      WHEREAS, on December 27, 2007, per Defendant's request, the Court extended
8  Defendant's time to file a response to the Complaint until January 30, 2008;

9      WHEREAS, on December 31, 2007 the Court issued an Order denying Plaintiffs'
10 motion for a TRO ("Order");

11     WHEREAS, Defendant plans to file a Motion to Dismiss the Complaint pursuant to
12 Federal Rule of Civil Procedure 12(b)(6);

13     WHEREAS, Plaintiffs are currently deliberating as to whether they will pursue this
14 action in light of the Order;

15     WHEREAS, the Parties agree that Defendant's time to file a response to the
16 Complaint should be further extended in order to avoid potentially unnecessary expenditure
17 of time and resources given Plaintiffs' ongoing deliberation as to whether they will pursue this
18 action in light of the Order;

19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

STIPULATION BY THE PARTIES TO SET BRIEFING SCHEDULE AND      C07-06171 RMW
[PROPOSED] ORDER      456351

THEREFORE, the Parties hereby stipulate as follows:

1. Defendant will file its Motion to Dismiss on or before March 14, 2008;
2. Plaintiffs will file any opposition on or before March 28, 2008;
3. Defendant will file its reply on or before April 4, 2008
4. The hearing on the Motion to Dismiss will be scheduled for April 18, 2008 or, if that date is not available, the next available date thereafter.

Dated: 1/10/08

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: _____
RICHARD D. NORTH
Deputy City Attorney

Attorneys for CITY OF SAN JOSE

Dated: _____

Respectfully submitted,

SAGASER, JONES & HELSLEY

By: _____
PATRICK D. TOOLE

Attorneys for plaintiffs U.S.A. EXPRESS CAB LLC, et al.

## ORDER

**IT IS HEREBY ORDERED** that the briefing schedule is set pursuant to the Parties' stipulation.

Dated: _____

_____
RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT COURT

1       THEREFORE, the Parties hereby stipulate as follows:

2       1.   Defendant will file its Motion to Dismiss on or before March 14, 2008;

3       2.   Plaintiffs will file any opposition on or before March 28, 2008;

4       3.   Defendant will file its reply on or before April 4, 2008

5       4.   The hearing on the Motion to Dismiss will be scheduled for April 18, 2008 or, if

6  that date is not available, the next available date thereafter.

7

8                                       Respectfully submitted,

9  Dated: _____            RICHARD DOYLE, City Attorney

10

11                                      By: _____
                                            RICHARD D. NORTH
12                                          Deputy City Attorney

13                                      Attorneys for CITY OF SAN JOSE

14

15                                      Respectfully submitted,

16  Dated: __1/9/08__                 SAGASER, JONES & HELSLEY

17

18                                      By: _____
                                            PATRICK D. TOOLE
19
                                        Attorneys for plaintiffs U.S.A. EXPRESS
20                                      CAB LLC, et al.

21
                                        **ORDER**
22
       **IT IS HEREBY ORDERED** that the briefing schedule is set pursuant to the Parties'
23  stipulation.

24

25

26  Dated: _____
                                        _____
27                                      RONALD M. WHYTE
                                        JUDGE OF THE UNITED STATES
28                                      DISTRICT COURT