1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  DAISY M. NISHIGAYA, Deputy City Attorney (#186614)
   RICHARD D. NORTH, Deputy City Attorney (#225617)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:   (408) 998-3131
   E-Mail Address: cao.main@sanjoseca.gov
6

7  Attorneys for Defendant CITY OF SAN JOSE

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12 | U.S.A. EXPRESS CAB, LLC, ALPHA            | Case Number: C07-06171 RMW
   | TRANSPORTATION, INC. dba ALPHA            |
13 | CAB COMPANY, DIAL DIALING, INC.           | **PARTIES' STIPULATION TO STAY**
   | dba CALIFORNIA CAB, CITY CAB              | **PENDING DEADLINES IN LIGHT OF**
14 | COMPANY, MILPITAS CAB, LLC,               | **SETTLEMENT DISCUSSIONS**
   | NATIONAL CAB, LLC and NET CAB             |
15 | COMPANY,                                  |

16            Plaintiffs,

17       v.

18 CITY OF SAN JOSE; SAN JOSE CITY
   COUNCIL, and DOES 1-10, inclusive,
19
             Defendants.
20

21       Plaintiffs U.S.A. EXPRESS CAB LLC, et al. ("Plaintiffs") and defendant CITY OF SAN

22 JOSE ("Defendant") (collectively, the "Parties") hereby stipulate as follows:

23       WHEREAS, pursuant to the Parties' stipulation and the Court's January 22, 2008

24 Order, Defendant's motion to dismiss is scheduled to be filed on March 14, 2008;

25       WHEREAS, the Parties are currently engaged in settlement discussions;

26       WHEREAS, the Parties agree that Defendant should not be required to file its motion

27 to dismiss in light of the current settlement discussions;

28       THEREFORE, the Parties hereby stipulate as follows:

1

1.   All pending deadlines are stayed in light of the current settlement discussions;

2.   If and when necessary, the Parties will meet and confer regarding reinstatement of applicable deadlines, including a briefing schedule for the motion to dismiss.

Dated: March 6, 2008

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: _____
RICHARD D. NORTH
Deputy City Attorney

Attorneys for CITY OF SAN JOSE

Dated: March ___, 2008

Respectfully submitted,

SAGASER, JONES & HELSLEY

By: _____
PATRICK D. TOOLE

Attorneys for plaintiffs U.S.A. EXPRESS CAB LLC, et al.

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Parties' stipulation:

1.   All pending deadlines are stayed in light of the current settlement discussions; and

2.   If and when necessary, the Parties will meet and confer regarding reinstatement of applicable deadlines, including a briefing schedule for the motion to dismiss.

Dated: _____

RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT

1. All pending deadlines are stayed in light of the current settlement discussions;

2. If and when necessary, the Parties will meet and confer regarding reinstatement of applicable deadlines, including a briefing schedule for the motion to dismiss.

Dated: March ___, 2008

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: _____
RICHARD D. NORTH
Deputy City Attorney

Attorneys for CITY OF SAN JOSE

Dated: March 5, 2008

Respectfully submitted,

SAGASER, JONES & HELSLEY

By: _____
PATRICK D. TOOLE

Attorneys for plaintiffs U.S.A. EXPRESS CAB LLC, et al.

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Parties' stipulation:

1. All pending deadlines are stayed in light of the current settlement discussions; and

2. If and when necessary, the Parties will meet and confer regarding reinstatement of applicable deadlines, including a briefing schedule for the motion to dismiss.

Dated: _____

RONALD M. WHYTE
JUDGE OF THE U.S. DISTRICT COURT