IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A. EXPRESS CAB, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendant. | ***E-FILED - 3/19/08***<br><br>CASE NO.: C-07-06171-RMW<br><br>**CLERK'S NOTICE REGARDING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set before the Honorable Judge Ronald M. Whyte will be conducted before **Magistrate Judge Patricia V. Trumbull** on **March 28, 2008 at 9:00 a.m.** Parties are to appear in **courtroom #5, 4th floor** of the U.S. Courthouse, 280 South First Street, San Jose, California.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: March 19, 2008

                                                    /s/ Corinne Lew<br>
                                                    Courtroom Deputy

Copy of Order E-Filed to Counsel of Record:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28