SAGASER, JONES & HELSLEY
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@sjhattorneys.com

Howard A. Sagaser #072492
Patrick D. Toole #190118

*E-FILED - 3/24/08*

Attorneys for:  Plaintiffs U.S.A. Express Cab Company, a California corporation, Alpha Transportation, Inc. dba Alpha Cab Company, a California organization, Dial Dialing, Inc. dba California Cab, a California organization, City Cab Company, a California organization, Milpitas Cab, LLC, a California organization, National Cab, LLC, a California corporation, and Net Cab Company, a California organization

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| U.S.A. EXPRESS CAB COMPANY, a California corporation, ALPHA TRANSPORTATION, INC. dba ALPHA CAB COMPANY, a California organization, DIAL DIALING, INC. dba CALIFORNIA CAB, a California organization, CITY CAB COMPANY, a California organization, MILPITAS CAB, LLC, a California organization, National Cab, LLC, a California corporation, and NET CAB COMPANY, a California organization,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE; SAN JOSE CITY COUNCIL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-06171 RMW<br><br>STIPULATION TO DISMISSAL; AND ORDER<br>[Fed. Rule Civ. Proc. 41(a)] |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that the above-captioned action be dismissed without

///

///

{6823/002/00221294.DOC}   1

STIPULATION TO DISMISSAL; AND ORDER         Case No. C07-06171 RMW
[Fed. Rule Civ. Proc. 41(a)]

1 prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). The parties have further
2 stipulated that each side will bear their own costs, including attorneys' fees.

SAGASER, JONES & HELSLEY

6 DATED: March 11, 2008     By _____
   Patrick D. Toole, Attorneys for Plaintiffs
   U.S.A. Express Cab Company, Alpha
   Transportation, Inc. dba Alpha Cab
   Company, Dial Dialing, Inc. dba California
   Cab, City Cab Company, Milpitas Cab,
   LLC, National Cab, LLC, and Net Cab
   Company

OFFICE OF THE CITY ATTORNEY

14 DATED: March 11, 2008     By _____
   Richard D. North, Attorneys for Defendants
   City of San Jose and San Jose City Council

### ORDER

18 Based upon this Stipulation, IT IS HEREBY ORDERED that this Action is
19 DISMISSED WITHOUT PREJUDICE.

21 DATED: March 24, 2008     *Ronald M. Whyte*
   Judge of the United States District Court
   Northern District of California-San Jose Division

---

{6829/002/00221294.DOC}                           2

STIPULATION TO DISMISSAL; AND ORDER                         Case No. C07-06171 RMW
[Fed. Rule Civ. Proc. 41(a)]

## PROOF OF SERVICE

My business address is 2445 Capitol Street, Post Office Box 1632, Fresno, California 93717-1632. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **STIPULATION TO DISMISSAL; AND ORDER [Fed. Rule Civ. Proc. 41(a)]** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Richard D. North, Esq.
Deputy City Attorney
OFFICE OF THE CITY ATTORNEY
  CITY OF SAN JOSE
200 East Santa Clara Street
San Jose, CA 95113-1905
Facsimile: (408) 998-3131
E-Mail: richard.north@sanjoseca.gov

__X__   (BY MAIL)   I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California.

_____   (BY PERSONAL SERVICE)   I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

_____   (BY ELECTRONIC MAIL)   I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated.

_____   (BY FACSIMILE)   I caused the above-referenced document to be delivered by facsimile to the facsimile number(s) of the addressee(s).

_____   (BY OVERNIGHT COURIER)   I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

EXECUTED ON March 17, 2008, at Fresno, California.

_____   (STATE)   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__   (FEDERAL)   I declare that I am employed in this office of a member of the bar of this court at whose direction this service was made.

_____
Lisa M. Silva

{6823/002/00218414.DOC}